# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LOOT CRATE, INC.,[1] ) | |
| ) | Case No. 19-11791 (BLS) |
| Debtor. ) | |
| ) | **Related Docket No. 3** |
| | |
| In re: ) | |
| ) | Chapter 11 |
| LOOT CRATE HOLDINGS, INC., ) | |
| ) | Case No. 19-11792 (BLS) |
| Debtor. ) | |
| ) | **Related Docket No. 3** |
| | |
| In re: ) | |
| ) | Chapter 11 |
| LC FUNDING, INC., ) | |
| ) | Case No. 19-11793 (BLS) |
| Debtor. ) | |
| ) | **Related Docket No. 3** |
| | |
| In re: ) | |
| ) | Chapter 11 |
| LOOT CRATE PARENT, INC., ) | |
| ) | Case No. 19-11794 (BLS) |
| Debtor. ) | |
| ) | **Related Docket No. 3** |

**ORDER GRANTING MOTION OF THE DEBTORS FOR ORDER
DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES [D.I. 3]**

Upon the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") for entry of this Order pursuant to Bankruptcy Code Section 105(a), Bankruptcy

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

600669323

Rule 1015(b), and Local Rule 1015-1, authorizing the joint administration of these Cases for procedural purposes only, as further described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon the record of any hearing held to consider the relief requested in the Motion; and upon the First Day Declaration and all proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Cases shall be consolidated for procedural purposes only and shall be jointly administered by this Court in the case of Loot Crate, Inc. (the "***Main Case***"), Case No. 19-11791.

3. All pleadings filed in the Debtors' Cases shall bear a consolidated caption in the following form:

---

[2]    Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LOOT CRATE, INC., *et al.*,[1] ) | |
| ) | Case No. 19-11791 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; Loot Crate Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

4. The Clerk of the Court shall maintain one file and one docket for all of these Cases, which file and docket for each respective Chapter 11 case shall be the file and docket for Loot Crate, Inc.

5. Parties-in-interest are directed to use the proposed caption shown in the Motion when filing pleadings with the Court in the Cases indicating that the pleading relates to the jointly administered Chapter 11 cases of "Loot Crate, Inc., *et al.*" The consolidated caption satisfies the requirements of Section 342(c) of the Bankruptcy Code.

6. A docket entry shall be made on the docket in each of the Cases (other than the Main Case) substantially as follows:

> An order has been entered in this case directing the joint administration for procedural purposes only of the Chapter 11 cases of Loot Crate Parent, Inc., LC Funding, Inc., Loot Crate Holdings, Inc., and Loot Crate, Inc. The docket in the case of Loot Crate, Inc., Case No. 19-11791 should be consulted for all matters concerning this case.

7. Nothing contained in the Motion or this Order shall be construed as directing or otherwise effectuating a substantive consolidation of the Cases.

8. The Debtors are authorized to utilize a combined service list for the Cases; and combined notices may be sent to creditors of the Debtors' estates and other parties-in-interest, as applicable.

9. The Debtors are authorized to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis, but nothing in this Order shall affect each estate's liability for its own quarterly fees under 28 U.S.C. § 1930.

10. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. The Debtors are directed, within forty-eight hours of the entry of this Order, to serve a copy hereof upon all the parties that were served with the Motion, along with any parties that have filed notices of appearance in these Cases since the filing of the Motion, the foregoing constituting all parties required to be served pursuant to Local Rule 9013-1(m)(iii).

12. This Court shall retain exclusive jurisdiction with respect to any and all matters, claims, rights, or disputes arising from or related to the implementation or interpretation of this Order.

**Dated: August 14th, 2019**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**