UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Inc. | : | Case No. 19-11791 (BLS) |
| | : | |
| LOOT CRATE, INC. | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| -------------------------------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Something Inked**, Attn: Oliver Landry, 1018 Elm Hill Pike, Nashville-Davidson, TN 37210, Phone: 615-946-1289; Fax: 615-499-4227

2. **Worldpay, LLC**, Attn: Ann Gabor, 8500 Governor's Hill Road, Cincinnati, OH 45249-1349, Phone: 678-587-1516

3. **R.R. Donnelley**, Attn: Robert Larson, 4101 Winfield Road, Warrenville, IL 60555, Phone: (630) 322-6006; Fax: (630) 322-6873

4. **K&S Specialty Products,** Attn: Kyle Fitzpatrick, 25526 Hardy Pace, Stevenson Ranch, CA 91381, Phone: 661-755-2250

5. **Just Funky, LLC,** Attn: Rajnish Arora, 4160 Highlander Parkway, Suite 100, Richfield, OH 44286; Phone: 234-249-0145

6. **Major League Baseball Properties, Inc.**, Attn: Amy E. Gold, 245 Park Avenue, New York, NY 10167; Phone: 212-485-4683

7. **Brian Laibow**, Attn: Brian Laibow, 573 Chapala Drive, Pacific Palisades, CA 90272; Phone: 626-676-0710


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ David Buchbinder for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 22, 2019

Attorney assigned to this Case: Benjamin Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jamie Edmonson, Esq., Phone: (302) 516-1705, Fax: (302) 516-1699