# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOOT CRATE, INC., *et al.*,<br><br>                         Debtors.[1] | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bio World Merchandising, Inc. ("Bioworld") hereby appears in the above-captioned cases through its co-counsel Scheef & Stone, L.L.P. and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **SCHEEF & STONE, L.L.P.** | **ASHBY & GEDDES, P.A.** |
|---|---|
| Peter C. Lewis, Esq. | Ricardo Palacio, Esq. |
| Christian Cowart, Esq. | 500 Delaware Avenue, 8th Floor |
| 500 North Akard, Suite 2700 | P.O. Box 1150 |
| Dallas, Texas 75201 | Wilmington, DE 19899-1150 |
| Telephone: (214) 706-4200 | Tel: (302) 654-1888 |
| Facsimile: (214) 706-4242 | Fax: (302) 654-2067 |
| Email: Peter.Lewis@solidcounsel.com | Email: rpalacio@ashbygeddes.com |
| Email: Christian.Cowart@solidcounsel.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc. The location of the Debtors' noticing address for service is: 3401 Pasadena Avenue, Los Angeles, California 90031.

{01480327;v1 }

otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Bioworld intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Bioworld is or may be entitled under agreements in law or in equity.

Dated: August 23, 2019

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio, Esq. (#3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: rpalacio@ashbygeddes.com

-and-

**SCHEEF & STONE, L.L.P.**
Peter C. Lewis, Esq.
Christian Cowart, Esq.
500 North Akard, Suite 2700
Dallas, Texas 75201
Telephone: (214) 706-4200
Facsimile: (214) 706-4242
Email: Peter.Lewis@solidcounsel.com
Email: Christian.Cowart@solidcounsel.com

*Counsel to Bio World Merchandising, Inc.*