### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOOT CRATE, INC., *et al.*,[1] | ) | Case No. 19-11791 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON SEPTEMBER 3, 2019 AT 1:00 P.M. (EDT)[2]

## I.    MATTERS UNDER CERTIFICATE OF NO OBJECTION (CNO)

1.    Debtors' Application for Authority to Employ and Retain Robinson & Cole LLP as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 50 - filed August 16, 2019]

Objection / Response Deadline:    August 26, 2019 at 4:00 p.m. (EST)

Objections / Responses Received:

Related Documents:

a.    Certificate of No Objection to Debtors' Application for Authority to Employ and Retain Robinson & Cole LLP as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 86 - filed August 28, 2019]

Status:  A Certificate of No Objection has been filed.

## II.    MATTERS GOING FORWARD

2.    Motion of the Debtors for (I) Authorization to (A) Maintain and File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, (C) File a Consolidated Local Rule 2002-1(b) Service List,

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate Parent, Inc.; LC Funding, Inc.; Loot Crate Holdings, Inc.; Loot Crate, Inc. (7119).  The Debtors' noticing address in these chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2]    The hearing will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 3, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances effective January 5, 2005, Revised May 11, 2018.

and (D) File the Names and Addresses of Consumer Creditors Under Seal and Maintain Sealed Status for Their Proofs of Claims, and (II) Approval of the Form and Manner of Notice of the Commencement of These Cases [Docket No. 6 - filed August 12, 2019]

Objection / Response Deadline:          August 26, 2019 at 4:00 p.m. (EST)

Objections / Responses Received:

a.      United States Trustee's Objection to the Motion of the Debtors for (I) Authorization to (A) Maintain and File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, (C) File a Consolidated Local Rule 2002-1(b) Service List, and (D) File the Names and Addresses of Consumer Creditors Under Seal and Maintain Sealed Status for Their Proofs of Claims, and (II) Approval of the Form and Manner of Notice of the Commencement of These Cases [Docket No. 75 - filed August 26, 2019]

Related Documents:

b.      Order Approving Motion to Maintain a Consolidated Credit Matrix, and File a Consolidated List of 30 Largest Unsecured Creditors, and Approving a Consolidated Local Rule 2002(b) Service List, and Authorizing the Filing of Customer Names and Addresses Under Seal, and Maintaining Such Seal for Schedules of Claims [Docket No. 37 - filed August 14, 2019]

c.      Certification of Counsel Submitting Revised Proposed Interim Order on Motion if Debtors for (I) Authorization to (A) Maintain a Consolidated Creditor Matrix and (B) File a Consolidated List of 30 Largest Unsecured Creditors, (C) Approving a Consolidated Local Rule 2002(b) Service List, (D) Authorizing the Filing of Customer Names and Addresses Under Seal, and Maintaining Such Seal for Schedules and Claims, and (II) Approving the Form and Manner of Notice of the Commencement of There [Docket No. 45 - filed August 15, 2019]

d.      Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

e.      Interim Order (I) Authorizing the Debtors to (a) Maintain a Consolidated Creditor Matrix and (b) File a Consolidated List of 30 Largest Unsecured Creditors, (c) Approving a Consolidated Local Rule 2002(b) Service List, (d) Authorizing the Filing of Customer Names and Addresses Under Seal, and Maintaining Such Seal for Schedules and Claims, and (II) Approving the Form and Manner of

Notice of the Commencement of There [Docket No. 48 - filed August 16, 2019]

f.     Official Committee of Unsecured Creditors' Joinder and Statement in Support of the Motion of the Debtors for (I) Authorization to (A) Maintain and File a Consolidated Creditor Matrix, (B) File a Consolidated List of 30 Largest Unsecured Creditors, (C) File a Consolidated Local Rule 2002-1(b) Service List, and (D) File the Names and Addresses of Consumer Creditors Under Seal and Maintain Sealed Status for Their Proofs of Claims, and (II) Approval of the Form and Manner of Notice of the Commencement of These Cases [Docket No. 78 - filed August 26, 2019]

Status: This matter will be going forward.

3.     Motion of the Debtors for Interim and Final Orders: (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms; (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief [Docket No. 7- filed August 12, 2019]

Objection / Response Deadline:     August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]

Objections / Responses Received:

Related Documents:

a.     Interim Order Granting Motion of the Debtors for (I) Continued Use of the Debtors' Cash Management System, Bank Accounts, and Business Forms; (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code; and (III) Related Relief [Docket No. 30 - filed August 13, 2019]

b.     Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

Status: This matter will be going forward.

4.     Motion of the Debtors for Interim and Final Orders (I) Authorizing (A) the Debtors to Pay Certain Pre-Petition Claims of Critical Vendors, and (B) Procedures Related Thereto, and (II) Granting Related Relief [Docket No. 8- filed August 12, 2019]

Objection / Response Deadline:     August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official

                                            Committee to August 28, 2019 @ 4:00 p.m.]

    Objections / Responses Received:

    Related Documents:

    a.    Interim Order (I) Authorizing (A) the Debtors to Pay Certain Pre-Petition Claims of Critical Vendors, and (B) Procedures Related Thereto, and (II) Granting Related Relief [Docket No. 31 - filed August 13, 2019]

    b.    Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

    Status:  This matter will be going forward.

5.    Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Honor Certain Pre-Petition Obligations to Customers in the Ordinary Course of Business [Docket No. 9- filed August 12, 2019]

    Objection / Response Deadline:    August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]

    Objections / Responses Received:

    Related Documents:

    a.    Interim Order Authorizing the Debtors to Honor Certain Pre-Petition Obligations to Customers in the Ordinary Course of Business [Docket No. 40 - filed August 14, 2019]

    b.    Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

6.    Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain of their Pre-Petition Sale, Use, Trust Fund, and Other Taxes and Related Obligations; and (II) Granting Related Relief [Docket No. 10- filed August 12, 2019]

    Objection / Response Deadline:    August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]

    Objections / Responses Received:

a.      Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain of their Pre-Petition Sale, Use, Trust Fund, and Other Taxes and Related Obligations; and (II) Granting Related Relief [Docket No. 85- filed August 28, 2019]

Related Documents:

b.      Interim Order (I) Authorizing the Debtors to Pay Pre-Petition Sales, Use, Trust Fund, and Other Taxes and Related Obligations; (II) waving Any Further or Different Notice of This Motion; and (III) Granting Related Relief [Docket No. 41 - filed August 14, 2019]

c.      Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

Status:  This matter will be going forward.

7.      Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to Pay Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits and Related Response to Employees [Docket No. 11- filed August 12, 2019]

Objection / Response Deadline:      August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]

Objections / Responses Received:

Related Documents:

a.      Interim Order Granting Motion of the Debtors for Authorization to Pay Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits and Related Expenses to Employees [Docket No. 33 - filed August 13, 2019]

b.      Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

Status:  This matter will be going forward.

8.      Motion of the Debtors for Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Payment, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 12 - filed August 12, 2019]

<table>
<tr><td>Objection / Response Deadline:</td><td>August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]</td></tr>
</table>

Objections / Responses Received:

Related Documents:

a.      Interim Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Payment, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Granting Related Relief [Docket No. 34 - filed August 13, 2019]

b.      Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

Status: This matter will be going forward.

9.      Motion of the Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 13- filed August 12, 2019]

<table>
<tr><td>Objection / Response Deadline:</td><td>August 23, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]</td></tr>
</table>

Objections / Responses Received:

a.      Paypal, Inc.'s Response and Limited Objection to the Motion of Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 73- filed August 23, 2019]

b.      Limited Objection and Reservation of Rights of Worldpay, LL (F/K/A Vantiv, LLC) to the Motion of Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III)

Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 74 - filed August 23, 2019]

c.      Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions (I)(A) Approving Bid Procedures  for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief and (II) for a Final Order (A) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (B) Granting Liens and Super-Priority Claims; (C) Scheduling Final Hearing; (D) Modifying the Automatic Stay and (E) Granting Related Relief [Docket No. 84 – filed August 28, 2019]

Related Documents:

d.      Notice of Filing of DIP Credit Agreement, as Exhibit 1 to Proposed Interim Order on Motion of Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 18 – filed August 12, 2019]

e.      Interim Order (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 44 - filed August 15, 2019]

f.      Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

Status:  This matter will be going forward.

10.     Motion of the Debtors for Entry of (I) An Order (A) Approving Bid Procedures  for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D)

Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief  [Docket No. 27 – filed August 12, 2019]

Objection / Response Deadline:  August 23, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]

Objections / Responses Received:

a. Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions (I)(A) Approving Bid Procedures  for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief and (II) for a Final Order (A) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (B) Granting Liens and Super-Priority Claims; (C) Scheduling Final Hearing; (D) Modifying the Automatic Stay and (E) Granting Related Relief [Docket No. 84 – filed August 28, 2019]

Related Documents:

b. Notice of Hearing [Docket No. 36- filed August 14, 2019]

Status:  This matter will be going forward.

Dated: August 29, 2019
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Facsimile:  (302) 351-8618
Email:  nramsey@rc.com
         jedmonson@rc.com
         mfink@rc.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (*pro hac vice* pending)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email:  mark.duedall@bclplaw.com
         leah.fiorenza@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (*pro hac vice* pending)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email:  andrew.schoulder@bclplaw.com

*Proposed Counsel to the Debtors and Debtors
in Possession*