**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 19-11791 (BLS) |
| LOOT CRATE, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
LOOT CRATE, INC.
19-11791**

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

Fill in this information to identify the case:

**Debtor name: Loot Crate, Inc.**

**United States Bankruptcy for the District of: Delaware**

**Case number: 19-11791**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

1. Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

| | |
|---|---|
| 1a. Real property:<br>Copy line 88 from Schedule A/B | $12,667.51 |
| 1b. Total personal property:<br>Copy line 91A from Schedule A/B | $62,670,968.92 |
| 1c. Total of all property:<br>Copy line 92 from Schedule A/B | $62,683,636.43 |

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$44,616,996.00

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

| | |
|---|---|
| 3a. Total claim amounts of priority unsecured claims:<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $507,349.79 |
| 3b. Total amount of claims of nonpriority amount of unsecured claims:<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $32,392,317.62 |

4. Total Liabilities
Lines 2 + 3a + 3b

$77,516,663.41

Fill in this information to identify the case:

**Debtor name:** Loot Crate, Inc.

**United States Bankruptcy for the District of:** Delaware

**Case number:** 19-11791

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and Cash Equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $1,360.83 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | JP MORAN CHASE | OPERATING | 7016 | $109,674.79 |
| 3.2 | JP MORAN CHASE | PAYROLL | 8373 | $0.00 |
| 3.3 | FIRST REPUBLIC BANK | OPERATING | 5897 | $128.97 |
| 3.4 | JP MORAN CHASE | COLLATERAL | 9251 | $30,043.83 |
| 3.5 | MB FINANCIAL | PEX | | $0.00 |
| 3.6 | CLEARBANC | LINE OF CREDIT | | $34.07 |
| 3.7 | PAYPAL | RECURLY | | $-6,729.09 |
| 3.8 | PAYPAL | SHOPIFY | | $12,394.70 |
| 3.9 | PAYPAL | PARENT | | $193.79 |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1 | AMAZON - MERCHANT RECEIVABLE | $3,846.27 |
| 4.2 | AMEX - MERCHANT RECEIVABLE | $280.19 |
| 4.3 | SHOPIFY - MERCHANT RECEIVABLE | $1,702.65 |
| 4.4 | VANTIV MSR - MERCHANT ACCOUNT RESERVE | $1,197,322.17 |
| 4.5 | PAYPAL - MERCHANT ACCOUNT RESERVE | $1,055,316.16 |

5. Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,405,569.33

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | DC ENTERTAINMENT | $6,987.50 |
| 7.2 | THE CDM COMPANY, INC. | $58,325.00 |
| 7.3 | FAMETEK LLC | $0.20 |
| 7.4 | PRINTING MANAGEMENT ASSOCIATES | $5,256.56 |
| 7.5 | J.B. HUNT TRANSPORT, INC. | $11,127.76 |
| 7.6 | GROUND UP INTERNATIONAL LLC | $102.00 |
| 7.7 | A CROWDED COOP LLC | $6,212.27 |
| 7.8 | CUSTOM PACKAGING SUPPLY, INC. | $6,467.22 |
| 7.9 | GOLD WING TOYS PRODUCTS LIMITED | $142,031.00 |
| 7.10 | MIDWAY BODY PARTS - SECURITY DEPOSIT | $25,000.00 |
| 7.11 | ED1125 LLC | $12,287.50 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | SEE ATTACHED EXHIBIT TO PART 2, QUESTION 8 | $3,072,901.93 |

9. Total of Part 2

Add lines 7 through 8. Copy the total to line 81.

$3,346,698.94

## Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. Accounts receivable

| 11a. | 90 days old or less: | $178,20.77 | $0.00 | = ........ | $17,820.77 |
|---|---|---|---|---|---|
| | | - | doubtful or uncollectible accounts | | |
| | | face amount | | | |
| 11b. | Over 90 days old: | $512,79.86 | $.00 | = ........ | $51,279.86 |
| | | - | doubtful or uncollectible accounts | | |
| | | face amount | | | |

   BALANCE AS OF AUGUST 11, 2019

12. Total of Part 3

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$69,100.63

## Part 4:    Investments

13. Does the debtor own any investments?

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1
Name of fund or stock:

| 14.1 | | $0.00 |
|---|---|---|

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture
Name of entity:                           % of ownership:

| 15.1 | % | | $0.00 |
|---|---|---|---|

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

| 16.1 | | $0.00 |
|---|---|---|

17. Total of Part 4

Add lines 14 through 16. Copy the total to line 83.

$0.00

**Part 5:** **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | $ | | $0.00 |
| 20. Work in progress | | $ | | $0.00 |
| 21. Finished goods, including goods held for resale<br>INVENTORY ON HAND LESS ALLOWANCE FOR EXCESS AND SLOW MOVING INVENTORY | JAN 2019 | $ $4,924,023.83 | HISTORICAL COST | $4,924,023.83 |
| 22. Other inventory or supplies | | $ | | $0.00 |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$4,924,023.83

24. Is any of the property listed in Part 5 perishable?

☑ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☑ Yes    Book value  $ 2,210,119.39    Valuation method    COST    Current value  $ 2,210,119.39

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $0.00 |

29. Farm animals *Examples:* Livestock, poultry, farm-raised fish

_____   $ _____   _____   $0.00
_____

30. Farm machinery and equipment (Other than titled motor vehicles)

_____   $ _____   _____   $0.00
_____

31. Farm and fishing supplies, chemicals, and feed

_____   $ _____   _____   $0.00
_____

32. Other farming and fishing-related property not already listed in Part 6

_____   $ _____   _____   $0.00
_____

33. Total of Part 6

Add lines 28 through 32. Copy the total to line 85.                                   $0.00

34. Is the debtor a member of an agricultural cooperative?

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☑ No

   ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes    Book value    $ _____    Valuation method    _____    Current value    $ _____

36. Is a depreciation schedule available for any of the property listed in Part 6?

☑ No

☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 39.1 FURNITURE & FIXTURES LESS ACCUMULATED DEPRECIATION | $ 37,358.23 | BOOK VALUE | $37,358.23 |
| 40. Office fixtures | | | |
| 40.1 | $ | | $0.00 |

41. Office equipment, including all computer equipment and communication systems equipment and software

| 41.1 | COMPUTERS & PERIPHERALS LESS ACCUMULATED DEPRECIATION | $ 301,950.69 | BOOK VALUE | $301,950.69 |

| 41.2 | COMPUTER SOFTWARE LESS ACCUMULATED DEPRECIATION | $ 455,854.34 | BOOK VALUE | $455,854.34 |

42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | $ | | $0.00 |

43. Total of Part 7

Add lines 39 through 42. Copy the total to line 86.

$795,163.26

44. Is a depreciation schedule available for any of the property listed in Part 7?

☐ No

☑ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 | $ | | $0.00 |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | $ | | $0.00 |

49. Aircraft and accessories

| 49.1 | $ | | $0.00 |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| 50.1 | $ 155.58 | BOOK VALUE | $155.58 |
| MACHINERY & EQUIPMENT LESS ACCUMULATED DEPRECIATION | | | |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$155.58

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☑ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 9:**  **Real Property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  LEASEHOLD IMPROVEMENT LESS ACCUMULATED DEPRECIATION | LEASEHOLD | $ 12,667.51 | BOOK VALUE | $12,667.51 |
| 55.2  3401 PASADENA AVE, LOS ANGELES, CA 90031 | LEASEHOLD | $ 0.00 | | UNDETERMINED |
| 55.3  820 E BALD EAGLE ST, LOCK HAVEN, PA 17745 | LEASEHOLD | $ 0.00 | | UNDETERMINED |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$12,667.51

57. Is a depreciation schedule available for any of the property listed in Part 9?

☐ No

☑ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 60.1    SEE ATTACHED EXHIBIT TO PART 10, QUESTION 60 | $ | | UNDETERMINED |
| 61. Internet domain names and websites | | | |
| 61.1    SEE ATTACHED EXHIBIT TO PART 10, QUESTION 61 | $ | | UNDETERMINED |
| 62. Licenses, franchises, and royalties | | | |
| 62.1    INTEREST AS PARTY TO VARIOUS LICENSE AGREEMENTS AS SET OUT IN SCHEDULE G | $ | | UNDETERMINED |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 63.1    CONFIDENTIAL CUSTOMER LIST | $ | | UNDETERMINED |
| 64. Other intangibles, or intellectual property | | | |
| 64.1 | $ | | $0.00 |
| 65. Goodwill | | | |
| 65.1 | $ | | $0.00 |

66. Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No

☑ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 11:**  **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____ _____ - _____ = $0.00
                    total face amount          doubtful or uncollectible
                                               amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | NET OPERATING LOSS | Tax year | 2017 | $15,350,019.00 |
|---|---|---|---|---|
| 72.2 | NET OPERATING LOSS | Tax year | 2016 | $30,595,720.00 |
| 72.3 | NET OPERATING LOSS | Tax year | 2015 | $4,502,253.00 |
| 72.4 | NET OPERATING LOSS | Tax year | 2014 | $134,881.00 |
| 72.5 | NET OPERATING LOSS | Tax year | 2013 | $391,647.00 |
| 72.6 | NET OPERATING LOSS | Tax year | 2012 | $4,566.00 |

**73. Interests in insurance policies or annuities**

73.1    SEE ATTACHED EXHIBIT TO PART 11, QUESTION 73                    UNDETERMINED

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____    $0.00

Nature of Claim    _____

Amount requested    $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____    $0.00

Nature of Claim    _____

Amount requested    $ _____

**76. Trusts, equitable or future interests in property**

76.1 _____    $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1    CONSTRUCTION IN PROGRESS                    $133,500.00

77.2    iCUP - SETTLEMENT PAYMENT RECEIVABLE                    $17,671.35

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$51,130,257.35

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $2,405,569.33 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $3,346,698.94 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $69,100.63 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $4,924,023.83 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $795,163.26 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $155.58 | |
| 88. Real property. Copy line 56, Part 9. | | $12,667.51 |
| 89. Intangibles and intellectual property.. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | $51,130,257.35 | |
| 91. Total. Add lines 80 through 90 for each column | 91a. $62,670,968.92 | 91b. $12,667.51 |
| 92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. | | $62,683,636.43 |

Loot Crate, Inc., et al. (19-11791)
Schedule A/B: Part 2, Question 8
Prepayments, Including Prepayments on Executory Contracts, Leases, Insurance, Taxes, and Rent

| Name of Holder of Payment | Type of Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| 4K MEDIA INC.-KONAMI CROSS MEDIA | 1441 - Prepaid Licensing & Royalty Fees | 2,000.00 |
| ACT III LICENSING, LLC | 1441 - Prepaid Licensing & Royalty Fees | 1,818.25 |
| ACTIVISION PUBLISHING / BLIZZARD ENTERTAINMENT | 1441 - Prepaid Licensing & Royalty Fees | 30,817.07 |
| ADVENTURE CHEST INC. | 1441 - Prepaid Licensing & Royalty Fees | 227,665.64 |
| ANIPLEX OF AMERICA | 1441 - Prepaid Licensing & Royalty Fees | 28,000.00 |
| ANTHEM | 1421 - Prepaid Benefits | 56,334.67 |
| ANTHONY PETRIE PRINT AND PRODUCT DESIGN INC | 1445 - Prepaid Creative Fees | 3,000.00 |
| AVEX PICTURES, INC | 1441 - Prepaid Licensing & Royalty Fees | 5,635.00 |
| BANDAI NAMCO ENTERTAINMENT AMERICA, INC | 1441 - Prepaid Licensing & Royalty Fees | 1,979.59 |
| BENJAMIN HALL | 1445 - Prepaid Creative Fees | 300.00 |
| BITLY INC | 1410 - Prepaid Advertising | 1,990.00 |
| BOSS FIGHT STUDIO | 1445 - Prepaid Creative Fees | 5,100.00 |
| BOSTON RED SOX BASEBALL CLUB, LP | 1441 - Prepaid Licensing & Royalty Fees | 100,000.00 |
| BRENT SCHOONOVER | 1445 - Prepaid Creative Fees | 1,000.00 |
| BRIAN BAITY | 1445 - Prepaid Creative Fees | 475.00 |
| CAPCOM USA, INC. | 1441 - Prepaid Licensing & Royalty Fees | 13,050.10 |
| CARTOON NETWORK ENTERPRISES | 1441 - Prepaid Licensing & Royalty Fees | 25,000.00 |
| CBS CONSUMER PRODUCTS | 1441 - Prepaid Licensing & Royalty Fees | 10,168.96 |
| CHINA BASIN BALLPARK COMPANY LLC | 1441 - Prepaid Licensing & Royalty Fees | 25,000.00 |
| CLARK ORR | 1445 - Prepaid Creative Fees | 750.00 |
| COMIC-CON INTERNATIONAL | 1450 - Prepaid Expenses Other | 3,979.18 |
| COPYRIGHT PROMOTIONS CANADA | 1441 - Prepaid Licensing & Royalty Fees | 4,253.00 |
| CREATA (USA) INC | 1445 - Prepaid Creative Fees | 16,000.00 |
| CRYSTAL & COMPANY | 1420 - Prepaid Insurance | 79,837.58 |
| DENNIS CALERO | 1445 - Prepaid Creative Fees | 1,100.00 |
| DISNEY CONSUMER PRODUCTS , INC. | 1441 - Prepaid Licensing & Royalty Fees | 1,310.40 |
| DISNEY CONSUMER PRODUCTS , INC. (STAR WARS CLASSIC) | 1441 - Prepaid Licensing & Royalty Fees | 2,312.86 |
| DREAMWORKS ANIMATION LICENSING, LLC | 1441 - Prepaid Licensing & Royalty Fees | 223.86 |
| EA SWISS SARL | 1441 - Prepaid Licensing & Royalty Fees | 75,000.00 |
| ED1125 LLC | 1430 - Prepaid Rent | 28,163.31 |
| ENDEMOL SHINE GROUP | 1441 - Prepaid Licensing & Royalty Fees | 4,000.00 |
| EVOLUTION USA LLC | 1441 - Prepaid Licensing & Royalty Fees | 4,000.00 |
| FUNIMATION PRODUCTIONS, LLC | 1441 - Prepaid Licensing & Royalty Fees | 17,172.47 |
| GIANT CREATURE, INC. | 1410 - Prepaid Advertising | 5,000.00 |
| GLOBAL ONE ACCESSORIES | 1446 - Prepaid COGS | 1,500.00 |
| HAYS COMPANY | 1421 - Prepaid Benefits | 4,166.66 |
| HOME BOX OFFICE, INC | 1441 - Prepaid Licensing & Royalty Fees | 45,000.00 |
| INCEPTION VENTURES, INC. | 1441 - Prepaid Licensing & Royalty Fees | 25,000.00 |
| ISAAC HANNAFORD ART LLC | 1445 - Prepaid Creative Fees | 1,500.00 |
| JAY P FOSGITT | 1445 - Prepaid Creative Fees | 250.00 |
| JENNIFER MUNDY | 1445 - Prepaid Creative Fees | 1,000.00 |
| JESSE SANZ | 1445 - Prepaid Creative Fees | 1,500.00 |
| JOHN SPRENGELMEYER | 1445 - Prepaid Creative Fees | 1,000.00 |
| JOSEPH SPIOTTO | 1445 - Prepaid Creative Fees | 1,000.00 |
| KARL ALTSTAETTER | 1445 - Prepaid Creative Fees | 600.00 |
| KING RECORD COMPANY LIMITED | 1441 - Prepaid Licensing & Royalty Fees | 1,212.20 |
| KODANSHA LTD. | 1441 - Prepaid Licensing & Royalty Fees | 7,920.00 |
| MAJOR LEAGUE BASEBALL PROPERTIES INC. | 1441 - Prepaid Licensing & Royalty Fees | 326,210.06 |
| MARVEL BRANDS LLC | 1441 - Prepaid Licensing & Royalty Fees | 316,535.35 |
| MARVEL CHARACTERS B.V. | 1441 - Prepaid Licensing & Royalty Fees | 48,906.79 |
| MARVEL DIGITAL MEDIA GROUP LLC | 1441 - Prepaid Licensing & Royalty Fees | 40,834.00 |
| MATTHEW SKIFF | 1445 - Prepaid Creative Fees | 1,000.00 |
| MICROSOFT SERVICES (HALO) | 1441 - Prepaid Licensing & Royalty Fees | 41,952.00 |
| MIDWAY BODY PARTS | 1430 - Prepaid Rent | 26,723.88 |
| MIGHTY FINE | 1441 - Prepaid Licensing & Royalty Fees | 16,000.00 |
| MITCH O'CONNELL | 1445 - Prepaid Creative Fees | 250.00 |

**Loot Crate, Inc., et al. (19-11791)**
**Schedule A/B: Part 2, Question 8**
**Prepayments, Including Prepayments on Executory Contracts, Leases, Insurance, Taxes, and Rent**

| Name of Holder of Payment | Type of Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| MLB ADVANCED MEDIA, LP | 1441 - Prepaid Licensing & Royalty Fees | 100,000.00 |
| MLB ADVANCED MEDIA, LP | 1410 - Prepaid Advertising | 700,000.00 |
| NETSUITE | 1440 - Prepaid Software | 44,475.78 |
| PAYROLL - DIRECT DEPOSIT WITHDRAWN | 1450 - Prepaid Expenses Other | 5,426.18 |
| POLYGON PICTURES | 1441 - Prepaid Licensing & Royalty Fees | 7,780.17 |
| RELX, INC D/B/A REED EXHIBITIONS | 1450 - Prepaid Expenses Other | 18,750.00 |
| RISK STRATEGIES COMPANY | 1420 - Prepaid Insurance | 240,991.72 |
| ROCKY DAVIES ILLUSTRATION & DESIGN | 1445 - Prepaid Creative Fees | 3,000.00 |
| SAILTHRU, INC. | 1410 - Prepaid Advertising | 34,666.66 |
| SALESFORCE.COM INC | 1440 - Prepaid Software | 10,350.00 |
| SANRIO, INC. | 1441 - Prepaid Licensing & Royalty Fees | 752.99 |
| SEAN A HUSBANDS | 1445 - Prepaid Creative Fees | 1,000.00 |
| SEGA OF AMERICA, INC. | 1441 - Prepaid Licensing & Royalty Fees | 7,464.94 |
| SMARTYSTREETS LLC | 1440 - Prepaid Software | 5,000.00 |
| SONICBOOMBOX LLC | 1411 - Prepaid Sponsorship | 10,000.00 |
| SONY INTERACTIVE ENTERTAINMENT EUROPE LIMITED | 1441 - Prepaid Licensing & Royalty Fees | 91.49 |
| SONY PICTURES CONSUMER PRODUCTS INC. | 1441 - Prepaid Licensing & Royalty Fees | 24,430.05 |
| SYNERGY NORTH AMERICA, INC. | 1440 - Prepaid Software | 25,359.85 |
| TABLEAU SOFTWARE INC. | 1440 - Prepaid Software | 12,308.33 |
| TATSUNOKO PRODUCTION CO., LTD. | 1441 - Prepaid Licensing & Royalty Fees | 10,000.00 |
| TEZUKA PRODUCTIONS CO., LTD | 1441 - Prepaid Licensing & Royalty Fees | 8,000.00 |
| THE LICENSING GROUP LTD | 1441 - Prepaid Licensing & Royalty Fees | 5,000.00 |
| THE ULTIMATE SOFTWARE GROUP, INC. | 1440 - Prepaid Software | 22,232.00 |
| TOEI ANIMATION | 1441 - Prepaid Licensing & Royalty Fees | 24,635.43 |
| TOHO CO.,LTD. | 1441 - Prepaid Licensing & Royalty Fees | 10,000.00 |
| TWENTIETH CENTURY FOX | 1441 - Prepaid Licensing & Royalty Fees | 13,062.92 |
| VALENTINE DELANDRO | 1445 - Prepaid Creative Fees | 1,200.00 |
| VIZ MEDIA, LLC | 1441 - Prepaid Licensing & Royalty Fees | 4,000.00 |
| ZENDESK | 1440 - Prepaid Software | 6,450.00 |
| ZENI MAX MEDIA | 1441 - Prepaid Licensing & Royalty Fees | 23,975.54 |
| | | **3,072,901.93** |

**Loot Crate, Inc., et al. (19-11791)**
**Schedule A/B: Part 2, Question 8**
**Patents, Copyrights, Trademarks, and Trade Secrets**

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|---|---|---|---|---|---|
| LOOT ANIME | Canada | 25 | Allowed | 1,811,388 | |
| LOOT CRATE | Canada | 25 | Allowed | 1,811,385 | |
| LOOT GAMING | Canada | 25 | Allowed | 1,811,386 | |
| LOOT CRATE DX | Canada | 9,16,25,26,28,35,42,45 | Allowed | 1,811,390 | |
| SLAM CRATE | Canada | 25 | Allowed | 1811384 | |
| LOOT ANIME | Canada | 9,16,26,28,35,42,45 | Pending | 1,755,381 | |
|  | China | 35 | Refused - response filed | 32287967 | |
|  | China | 9, 16, 25, 26, 28, 42, 45 | Approved | 1364453 | |
| LOOT ANIME | China | 16, 26, 28, 42, 45 | Approved | 1294776 | |
| LOOT CRATE | China | 9,16,26,28,35,45 | Approved | 1269214 | |
| LOOT CRATE | China | 25 | Approved | 1330104 | |
| LOOT CRATE DX | China | 9,16,25,26,28,42,45 | Approved | 1340081 | |
| LOOT GAMING | China | 35 | Refused | 32287971 | |
|  | China | 16,26,28 | Approved | 1338701 | |
| SLAM CRATE | China | 9,16,26,28,42,45 | Approved | 1362035 | |
| SPORTS CRATE | China | 9, 16, 25, 26, 28, 42, 45 | Approved | 1346953 | |
| LOOT ANIME | Mexico | 25 | Refused | 1851487 | |
| LOOT ANIME | Mexico | 35 | Suspended | 1767015 | |
| LOOT CRATE | Mexico | 25 | Refused | 1851486 | |
| LOOT CRATE | Mexico | 35 | Suspended | 1764951 | |
| LOOT CRATE DX | Mexico | 35 | Suspended | 1880735 | |
| LOOT GAMING | Mexico | 25 | Refused | 1851506 | |
| LOOT WEAR | Mexico | 25 | Refused | 1797079 | |
|  | United States of America | 25 | Allowed | 87/977,051 | |
|  | United States of America | 26 | Review prior to registration completed | 87/347,004 | |
| LEVEL UP | United States of America | 25 | Suspended | 87/232,051 | |
| LOOT CRATE | United States of America | 25 | Allowed | 87/232,032 | |
| LOOT CRATE DX | United States of America | 28 | Allowed | 87/231,893 | |
| LOOT WEAR | United States of America | 18 | Allowed | 87/070,803 | |
| LOOT PETS | Canada | 25 | | 1811387 | |
|  | Australia | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LEVEL UP | Australia | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | Australia | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT ANIME | Australia | 25 | Registered | N/A | 1330105 |
| LOOT CRATE | Australia | 9,16,26,28,35,45 | Registered | N/A | 1269052 |
| LOOT CRATE | Australia | 25 | Registered | N/A | 1330104 |
| LOOT CRATE DX | Australia | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | Australia | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT GAMING | Australia | 25 | Registered | N/A | 1330257 |
| LOOT WEAR | Australia | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
|  | Australia | 16,26,28,35,42 | Registered | N/A | 1284118 |
| SLAM CRATE | Australia | 25 | Registered | N/A | 1330106 |
| SLAM CRATE | Australia | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SPORTS CRATE | Australia | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |

Loot Crate, Inc., et al. (19-11791)
Schedule A/B: Part 2, Question 8
Patents, Copyrights, Trademarks, and Trade Secrets

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|---|---|---|---|---|---|
| LOOT CRATE | Canada | 9,16,26,28,35,45 | Registered | 1724602 | TMA992,286 |
| LOOT GAMING | Canada | 9,16,26,28,35,42,45 | Registered | 1762617 | TMA1,026,318 |
| LOOT WEAR | Canada | 3,14,18, 20,25,26 | Registered | 1788553 | TMA1,025,535 |
| SPORTS CRATE | Canada | 9,16,25,26,28,35,42,45 | Registered | 1824209 | TMA1,040,113 |
| SLAM CRATE | Canada | 9,16,26,28,35,42,45 | Registered | 1785539 | TMA1,028,109 |
| LOOT ANIME | China | 25 | Registered | N/A | 1330105 |
| LOOT ANIME | China | 35 | Registered | 32287969 | 32287969 |
| LOOT CRATE | China | 35 | Registered | 32287968 | 32287968 |
| LOOT CRATE DX | China | 35` | Registered | 32287965 | 32287965 |
| LOOT GAMING | China | 25 | Registered | N/A | 1330257 |
| LOOT WEAR | China | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
| *Lootcrate* | China | 35 | Registered | 20241058 | 20241058 |
| SLAM CRATE | China | 25 | Registered | N/A | 1330106 |
| SLAM CRATE | China | 35 | Registered | 32287970 | 32287970 |
| SPORTS CRATE | China | 35 | Registered | 32287966 | 32287966 |
|  | Cuba | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LEVEL UP | Cuba | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | Cuba | 25 | Registered | N/A | 1330105 |
| LOOT ANIME | Cuba | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT CRATE | Cuba | 25 | Registered | N/A | 1330104 |
| LOOT CRATE | Cuba | 9,16,26,28,35,45 | Registered | N/A | 1269214 |
| LOOT CRATE DX | Cuba | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | Cuba | 25 | Registered | N/A | 1330257 |
| LOOT GAMING | Cuba | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT WEAR | Cuba | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
| LOOTCRATE | Cuba | 16,26,28,35,42 | Registered | N/A | 1284118 |
| SLAM CRATE | Cuba | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SPORTS CRATE | Cuba | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
|  | European Union IPO | 9,16,25,26,28,35,42,45 | Registered | 016436453 | 016436453 |
| LOOT ANIME | European Union IPO | 9,16,26,28,35,42,45 | Registered | 014801302 | 014801302 |
| LOOT ANIME | European Union IPO | 25 | Registered | 16077026 | 16077026 |
| LOOT CRATE | European Union IPO | 9,16,20,26,28,35,45 | Registered | 013976386 | 013976386 |
| LOOT CRATE | European Union IPO | 25 | Registered | 16076895 | 16076895 |
| LOOT CRATE DX | European Union IPO | 9,16,25,26,28,35,42,45 | Registered | 16076721 | 16076721 |
| LOOT GAMING | European Union IPO | 9,16,26,28,35,42,45 | Registered | 014984447 | 014984447 |
| LOOT GAMING | European Union IPO | 25 | Registered | 16076945 | 16076945 |
| LOOT WEAR | European Union IPO | 3,14,18,20,25,26 | Registered | 015566466 | 015566466 |
| LOOTCRATE | European Union IPO | 16,20,26,28,35 | Registered | 013976428 | 013976428 |
| SLAM CRATE | European Union IPO | 9,16,25,26,28,35,42,45 | Registered | 16076631 | 16076631 |
| SPORTS CRATE | European Union IPO | 9,16,25,26,28,35,42,45 | Registered | 016359457 | 016359457 |
|  | International | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |

Loot Crate, Inc., et al. (19-11791)
Schedule A/B: Part 2, Question 8
Patents, Copyrights, Trademarks, and Trade Secrets

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|-----------|---------|----------------------|--------|-----------|---------|
| LEVEL UP | International | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | International | 25 | Registered | N/A | 1330105 |
| LOOT ANIME | International | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT CRATE | International | 25 | Registered | N/A | 1330104 |
| LOOT CRATE | International | 9,16,26,28,35,45 | Registered | N/A | 1269052 |
| LOOT CRATE | International | 9,16,26,28,35,45 | Registered | N/A | 1269214 |
| LOOT CRATE DX | International | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | International | 25 | Registered | N/A | 1330257 |
| LOOT GAMING | International | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT WEAR | International | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
| LOOTCRATE | International | 16,26,28,35,42 | Registered | N/A | 1284118 |
| LOOTCRATE | International | 16,26,28,35 | Registered | N/A | 1338701 |
| SLAM CRATE | International | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SLAM CRATE | International | 25 | Registered | N/A | 1330106 |
| SPORTS CRATE | International | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
|  | Japan | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LEVEL UP | Japan | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | Japan | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT ANIME | Japan | 25 | Registered | N/A | 1330105 |
| LOOT CRATE | Japan | 9,16,26,28,35,45 | Registered | N/A | 1269214 |
| LOOT CRATE | Japan | 25 | Registered | N/A | 1330104 |
| LOOT CRATE DX | Japan | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | Japan | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT GAMING | Japan | 25 | Registered | N/A | 1330257 |
| LOOT WEAR | Japan | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
| SLAM CRATE | Japan | 25 | Registered | N/A | 1330106 |
| SLAM CRATE | Japan | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SPORTS CRATE | Japan | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
|  | Korea, Republic of (KR) | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LOOT ANIME | Korea, Republic of (KR) | 25 | Registered | N/A | 1330105 |
| LOOT ANIME | Korea, Republic of (KR) | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT CRATE | Korea, Republic of (KR) | 25 | Registered | N/A | 1330104 |
| LOOT CRATE | Korea, Republic of (KR) | 9,16,26,28,35,45 | Registered | N/A | 1269214 |
| LOOT CRATE DX | Korea, Republic of (KR) | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | Korea, Republic of (KR) | 25 | Registered | N/A | 1330257 |
| LOOT GAMING | Korea, Republic of (KR) | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT WEAR | Korea, Republic of (KR) | 14,18,20,25,26 | Registered | N/A | 1308681 |
| SLAM CRATE | Korea, Republic of (KR) | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SLAM CRATE | Korea, Republic of (KR) | 25 | Registered | N/A | 1330106 |
| SPORTS CRATE | Korea, Republic of (KR) | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
| LOOT CRATE | Mexico | 9 | Registered | 1764947 | 1740955 |
| LOOT CRATE | Mexico | 16 | Registered | 1764948 | 1740956 |

Loot Crate, Inc., et al. (19-11791)
Schedule A/B: Part 2, Question 8
Patents, Copyrights, Trademarks, and Trade Secrets

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|---|---|---|---|---|---|
| LOOT CRATE | Mexico | 26 | Registered | 1764949 | 1740957 |
| LOOT CRATE | Mexico | 28 | Registered | 1764950 | 1740958 |
|  | New Zealand | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LEVEL UP | New Zealand | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | New Zealand | 25 | Registered | N/A | 1330105 |
| LOOT ANIME | New Zealand | 9,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT CRATE | New Zealand | 25 | Registered | N/A | 1330104 |
| LOOT CRATE | New Zealand | 9,16,26,28,35,45 | Registered | N/A | 1269052 |
| LOOT CRATE DX | New Zealand | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | New Zealand | 25 | Registered | N/A | 1330257 |
| LOOT GAMING | New Zealand | 9,26,35,42,45 | Registered | N/A | 1323894 |
| LOOT WEAR | New Zealand | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
|  | New Zealand | 16,26,28,35,42 | Registered | N/A | 1284118 |
| SLAM CRATE | New Zealand | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SLAM CRATE | New Zealand | 25 | Registered | N/A | 1330106 |
| SPORTS CRATE | New Zealand | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
|  | Norway | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LEVEL UP | Norway | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | Norway | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT ANIME | Norway | 25 | Registered | N/A | 1330105 |
| LOOT CRATE | Norway | 9,16,26,28,35,45 | Registered | N/A | 1269052 |
| LOOT CRATE | Norway | 25 | Registered | N/A | 1330104 |
| LOOT CRATE DX | Norway | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | Norway | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT GAMING | Norway | 25 | Registered | N/A | 1330257 |
| LOOT WEAR | Norway | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
|  | Norway | 16,26,28,35,42 | Registered | N/A | 1284118 |
| SLAM CRATE | Norway | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SPORTS CRATE | Norway | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
|  | Singapore | 9,16,25,26,28,35,42,45 | Registered | N/A | 1364453 |
| LEVEL UP | Singapore | 25 | Registered | N/A | 1330107 |
| LOOT ANIME | Singapore | 25 | Registered | N/A | 1330105 |
| LOOT ANIME | Singapore | 9,16,26,28,35,42,45 | Registered | N/A | 1294776 |
| LOOT CRATE | Singapore | 25 | Registered | N/A | 1330104 |
| LOOT CRATE | Singapore | 9,16,26,28,35,45 | Registered | N/A | 1269214 |
| LOOT CRATE DX | Singapore | 9,16,25,26,28,35,42,45 | Registered | N/A | 1340081 |
| LOOT GAMING | Singapore | 25 | Registered | N/A | 1330257 |
| LOOT GAMING | Singapore | 9,16,26,28,35,42,45 | Registered | N/A | 1323894 |
| LOOT WEAR | Singapore | 3,14,18,20,25,26 | Registered | N/A | 1308681 |
|  | Singapore | 16,26,28,35 | Registered | N/A | 1338701 |
| SLAM CRATE | Singapore | 9,16,26,28,35,42,45 | Registered | N/A | 1362035 |
| SLAM CRATE | Singapore | 25 | Registered | N/A | 1330106 |
| SPORTS CRATE | Singapore | 9,16,25,26,28,35,42,45 | Registered | N/A | 1346953 |
|  | United States of America | 25 | Registered | 87/347,000 | 5,591,061 |

**Loot Crate, Inc., et al. (19-11791)**
**Schedule A/B: Part 2, Question 8**
**Patents, Copyrights, Trademarks, and Trade Secrets**

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|---|---|---|---|---|---|
|  | United States of America | 9 | Registered | 87/346,985 | 5,591,060 |
|  | United States of America | 28 | Registered | 87/347,008 | 5,596,475 |
|  | United States of America | 35 | Registered | 87/347,010 | 5,414,334 |
|  | United States of America | 45 | Registered | 87/347,016 | 5,591,062 |
| LOOT ANIME | United States of America | 25 | Registered | 87/232,044 | 5,628,418 |
| LOOT ANIME | United States of America | 28 | Registered | 86/819,257 | 5807156 |
| LOOT ANIME | United States of America | 35 | Registered | 86/819,265 | 5,514,157 |
| LOOT ANIME | United States of America | 45 | Registered | 86/819,276 | 5,514,158 |
| LOOT ANIME | United States of America | 26 | Registered | 86/819,251 | 5,525,242 |
| LOOT CRATE | United States of America | 9,16,26,28,35,45 | Registered | 86/471,727 | 5,034,158 |
| LOOT CRATE | United States of America | 25 | Registered | 87/977,156 | 5,460,855 |
| LOOT CRATE DX | United States of America | 9 | Registered | 87/231,879 | 5829313 |
| LOOT CRATE DX | United States of America | 25 | Registered | 87/231,888 | 5829314 |
| LOOT CRATE DX | United States of America | 26 | Registered | 87/231,891 | 5,546,584 |
| LOOT CRATE DX | United States of America | 35 | Registered | 87/231,897 | 5,681,088 |
| LOOT GAMING | United States of America | 25 | Registered | 87/232,034 | 5,628,417 |
| LOOT GAMING | United States of America | 9 | Registered | 86/861,555 | 5,686,505 |
| LOOT GAMING | United States of America | 28 | Registered | 86/861,572 | 5,138,798 |
| LOOT GAMING | United States of America | 35 | Registered | 86/861,575 | 5,530,662 |
| LOOT GAMING | United States of America | 26 | Registered | 86/861,568 | 5,138,797 |
| LOOT GAMING | United States of America | 45 | Registered | 86/861,581 | 5,530,663 |
| LOOT PETS | United States of America | 31 | Registered | 86/808,357 | 5,138,628 |
| LOOT PETS | United States of America | 26 | Registered | 86/808,353 | 5,242,203 |
| LOOT WEAR | United States of America | 26 | Registered | 87/070,818 | 5,424,112 |
| LOOT WEAR | United States of America | 25 | Registered | 87/070,812 | 5751659 |
| LOOTCRATE | United States of America | 16,26,28,35,42 | Registered | 86/471,731 | 5,034,159 |
| SLAM CRATE | United States of America | 25 | Registered | 87/232,050 | 5,530,972 |

Loot Crate, Inc., et al. (19-11791)
Schedule A/B: Part 2, Question 8
Patents, Copyrights, Trademarks, and Trade Secrets

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|---|---|---|---|---|---|
| SLAM CRATE | United States of America | 35 | Registered | 87/051,420 | 5,307,619 |
| SLAM CRATE | United States of America | 26 | Registered | 87/051,410 | 5,590,748 |
| SLAM CRATE | United States of America | 28 | Registered | 87/051,414 | 5,628,292 |
| SPORTS CRATE | United States of America | 25 | Registered | 87/322,365 | 5,628,491 |
| SPORTS CRATE | United States of America | 26 | Registered | 87/322,369 | 5,628,492 |
| SPORTS CRATE | United States of America | 28 | Registered | 87/322,372 | 5,628,493 |
| SPORTS CRATE | United States of America | 35 | Registered | 87/322,374 | 5,676,777 |
|  | United States of America | 25 | Registered | 87/349,274 | 5734407 |
|  | United States of America | 26 | Registered | 87/349,276 | 5734408 |
|  | United States of America | 28 | Registered | 87/349,278 | 5734409 |
|  | United States of America | 35 | Registered | 87/349,281 | 5734410 |
|  | Canada | 9,16,25,26,28,35,42,45 | Registered | 1825921 | TMA1038809 |
|  | Canada | 9, 16, 25, 26, 28, 35, 42, 45 | Registered | 1825925 | TMA1038807 |
| LOOT PETS | European Union | 9, 16, 26, 28, 31, 35, 42, 45 | Registered | 14801278 | 14801278 |
| LEVEL UP | European Union | 9, 16, 26, 28, 35, 42, 45 | Registered | 14801344 | 14801344 |
|  | European Union | 9, 16, 26, 28, 35, 42, 45 | Registered | 14969331 | 14969331 |
| LOOT PETS | European Union | 25 | Registered | 16077001 | 16077001 |
| LEVEL UP | European Union | 25 | Registered | 16077042 | 16077042 |
|  | Mexico | 9, 16, 25, 28, 35, 42, 45 | Registered | N/A | 1364453 |
| LOOT CRATE DX | Mexico | 9, 16, 25, 26, 28, 35, 42, 45 | Registered | N/A | 1340081 |
| LOOT WEAR | Mexico | 3, 14, 18, 20, 26 | Registered | N/A | 1308681 |
| SLAM CRATE | Mexico | 9, 16, 26, 28, 35, 45 | Registered | N/A | 1362035 |
| SLAM CRATE | Mexico | 25 | Registered | N/A | 1330106 |
| SPORTS CRATE | Mexico | 25, 26, 28, 35 | Registered | N/A | 1346953 |
| LOOT ANIME | Mexico | 9, 26, 28, 42, 45 | Registered | N/A | 1294776 |
| LOOT CRATE | Mexico | 9, 16, 26, 28, 45 | Registered | N/A | 1269214 |
|  | Mexico | 16, 26, 28, 35, 42 | Registered | N/A | 1284118 |
|  | Australia | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
|  | China | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
|  | Cuba | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
|  | Japan | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |

**Loot Crate, Inc., et al. (19-11791)**
**Schedule A/B: Part 2, Question 8**
**Patents, Copyrights, Trademarks, and Trade Secrets**

| Mark Name | Country | International Classes | Status | Appl. No. | Reg. No |
|---|---|---|---|---|---|
| LVL UP | South Korea | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
| LVL UP | Norway | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
| LVL UP | New Zealand | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
| LVL UP | Singapore | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
| LVL UP | International | 9, 16, 26, 28, 35, 42, 45 | Registered | N/A | 1324932 |
| LOOT PETS | Australia | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | China | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | Cuba | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | Japan | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | South Korea | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | Norway | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | New Zealand | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | Singapore | 26, 31 | Registered | N/A | 1324466 |
| LOOT PETS | International | 26, 31 | Registered | N/A | 1324466 |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| Domains | adventureloot.com |
| Domains | allstarcrate.com |
| Domains | allstarcrate.net |
| Domains | allstarcrate.org |
| Domains | allstarcrates.com |
| Domains | allstarcrates.net |
| Domains | allstarcrates.org |
| Domains | animecrate.com |
| Domains | armorcrate.com |
| Domains | armourchest.com |
| Domains | armouredgeek.com |
| Domains | artistcrate.com |
| Domains | blacklinecrate.com |
| Domains | blackloot.com |
| Domains | bladecrate.com |
| Domains | bluescrate.com |
| Domains | boozecrate.com |
| Domains | bostoncreampiecrate.com |
| Domains | cajasdesuscripción.com |
| Domains | caselladiiscrizione.it |
| Domains | casellediiscrizione.it |
| Domains | collectorcorps.co.uk |
| Domains | courtsidecrate.com |
| Domains | courtside-crate.com |
| Domains | courtsidecrate.net |
| Domains | courtside-crate.net |
| Domains | craftscrate.com |
| Domains | cratedeal.com |
| Domains | cratefresh.com |
| Domains | cratemart.com |
| Domains | crateswap.com |
| Domains | cratetheloot.com |
| Domains | cratetraders.com |
| Domains | cratexchange.com |
| Domains | dealscrate.com |
| Domains | diamondcrate.net |
| Domains | diamondcrate.org |
| Domains | dragonscrate.com |
| Domains | fireflycargocrate.com |
| Domains | fitnesscrate.com |
| Domains | footballcrate.com |
| Domains | galaxycrate.com |
| Domains | geekfuel.ch |
| Domains | geekfuel.co.uk |
| Domains | geekfuel.in |
| Domains | geekfuel.kiwi |
| Domains | geekfuel.mx |
| Domains | geekfuel.nl |
| Domains | geekfuel.ph |
| Domains | geekfuel.pl |
| Domains | geekfuel.se |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| Domains | geekpetwear.com |
| Domains | geekyarmour.com |
| Domains | geekypetbox.com |
| Domains | geekypetcrate.com |
| Domains | geekypets.com |
| Domains | geekypetwear.com |
| Domains | getlootcrate.com |
| Domains | givecrate.com |
| Domains | givingcrate.com |
| Domains | grapeclubcrate.com |
| Domains | grapescrate.com |
| Domains | gridironcrate.com |
| Domains | gridironcrate.net |
| Domains | gridironcrate.org |
| Domains | hootchcrate.com |
| Domains | horrorcrate.com |
| Domains | https://twitter.com/lootanime?lang=en |
| Domains | https://twitter.com/lootcrate?lang=en |
| Domains | https://twitter.com/lootgaminghq?lang=en |
| Domains | https://twitter.com/lootwear |
| Domains | https://twitter.com/SportsCrate |
| Domains | https://www.facebook.com/lootanime/ |
| Domains | https://www.facebook.com/lootcrate/ |
| Domains | https://www.facebook.com/lootgaminghq/ |
| Domains | https://www.facebook.com/lootwear/ |
| Domains | https://www.facebook.com/marvelgeargoods/ |
| Domains | https://www.instagram.com/lootcrate/?hl=en |
| Domains | https://www.instagram.com/lootwear/?hl=en |
| Domains | https://www.instagram.com/sportscrate/?hl=en |
| Domains | https://www.twitch.tv/lootcrate |
| Domains | l00tcr4t3.com |
| Domains | l00tcrate.com |
| Domains | legendarycrate.com |
| Domains | legendscrate.com |
| Domains | lewtcrate.com |
| Domains | lewtkrate.com |
| Domains | liquorcrate.com |
| Domains | loot.cr |
| Domains | lootadmin.com |
| Domains | loot-admin.com |
| Domains | lootarmada.com |
| Domains | lootbarter.com |
| Domains | lootblack.com |
| Domains | lootclassical.com |
| Domains | lootcorp.net |
| Domains | lootcorp.org |
| Domains | lootcrap.com |
| Domains | lootcrate.at |
| Domains | lootcrate.be |
| Domains | lootcrate.biz |
| Domains | lootcrate.ca |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| Domains | lootcrate.cc |
| Domains | lootcrate.ch |
| Domains | lootcrate.co.il |
| Domains | lootcrate.co.nz |
| Domains | lootcrate.com |
| Domains | lootcrate.com.ar |
| Domains | lootcrate.com.es |
| Domains | lootcrate.dev |
| Domains | lootcrate.dk |
| Domains | lootcrate.dk |
| Domains | lootcrate.fr |
| Domains | lootcrate.fun |
| Domains | lootcrate.gr |
| Domains | lootcrate.hk |
| Domains | lootcrate.hu |
| Domains | lootcrate.it |
| Domains | lootcrate.kiwi |
| Domains | lootcrate.kr |
| Domains | lootcrate.lu |
| Domains | lootcrate.me |
| Domains | lootcrate.mobi |
| Domains | lootcrate.mx |
| Domains | lootcrate.ninja |
| Domains | lootcrate.no |
| Domains | lootcrate.org |
| Domains | lootcrate.ph |
| Domains | lootcrate.pl |
| Domains | lootcrate.ro |
| Domains | lootcrate.se |
| Domains | lootcrate.tk |
| Domains | lootcrate.tv |
| Domains | lootcrate.tw |
| Domains | lootcrate.us |
| Domains | lootcrate.xxx |
| Domains | lootcratedx.com |
| Domains | lootcrateinteractive.com |
| Domains | lootcratelabs.com |
| Domains | lootcrate-labs.com |
| Domains | lootcrateproductions.com |
| Domains | lootcratestudios.com |
| Domains | lootcreep.com |
| Domains | lootcrepe.com |
| Domains | looted.by |
| Domains | lootedm.com |
| Domains | lootercrate.com |
| Domains | looterlabs.com |
| Domains | looterlove.com |
| Domains | looterplay.com |
| Domains | looterprofile.com |
| Domains | lootfilms.com |
| Domains | lootfleet.com |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| Domains | lootflex.com |
| Domains | lootflix.com |
| Domains | lootgreat.com |
| Domains | lootguardian.com |
| Domains | loothold.com |
| Domains | lootjazz.com |
| Domains | loot-labs.com |
| Domains | lootlooks.com |
| Domains | lootlooks.info |
| Domains | lootlooks.net |
| Domains | lootlooks.org |
| Domains | lootmarkets.com |
| Domains | lootmetal.com |
| Domains | lootpie.com |
| Domains | lootpies.com |
| Domains | lootplatform.com |
| Domains | lootplayer.com |
| Domains | loot-pop.com |
| Domains | lootqa.com |
| Domains | lootrocks.com |
| Domains | lootsanctum.com |
| Domains | lootscape.com |
| Domains | lootsport.com |
| Domains | loot-sports.com |
| Domains | lootsummoner.com |
| Domains | lootsys.com |
| Domains | lootsystem.com |
| Domains | loottechno.com |
| Domains | lootthecrate.com |
| Domains | lootthreads.com |
| Domains | lootthreads.info |
| Domains | lootthreads.net |
| Domains | lootthreads.org |
| Domains | lootthreads.us |
| Domains | loottime.com |
| Domains | loottunes.com |
| Domains | loottv.com |
| Domains | lootunes.com |
| Domains | lootvault.com |
| Domains | loot-vault.com |
| Domains | loot-vault.net |
| Domains | lootvault.org |
| Domains | loot-vault.org |
| Domains | lootvideo.com |
| Domains | mecrate.com |
| Domains | membercrate.com |
| Domains | memberscrate.com |
| Domains | moviescrate.com |
| Domains | nbacourtsidecrate.com |
| Domains | nbaslamcrate.com |
| Domains | nba-slam-crate.com |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| Domains | nerdblock.ch |
| Domains | nerdblock.in |
| Domains | nerdblock.kiwi |
| Domains | nerdblock.mx |
| Domains | nerdblock.nl |
| Domains | nerdblock.ph |
| Domains | nerdblock.pl |
| Domains | piecrate.com |
| Domains | piratecrate.com |
| Domains | playercrate.net |
| Domains | playercrate.org |
| Domains | playercrates.com |
| Domains | playercrates.net |
| Domains | playercrates.org |
| Domains | razorcrate.com |
| Domains | rnbcrate.com |
| Domains | rnrcrate.com |
| Domains | rocknrollcrate.com |
| Domains | scificrate.com |
| Domains | shirtandsocks.com |
| Domains | shockpack.com |
| Domains | sidekickcrate.com |
| Domains | slamcrate.com |
| Domains | slam-crate.com |
| Domains | slamcrate.net |
| Domains | slam-crate.net |
| Domains | slam-crate.org |
| Domains | soccercrate.com |
| Domains | sockscrate.com |
| Domains | spiritcrate.com |
| Domains | spiritscrate.com |
| Domains | sport-crate.com |
| Domains | sportcrate.net |
| Domains | sport-crate.net |
| Domains | sportscrate.co |
| Domains | sportscrate.com |
| Domains | sportscrate.net |
| Domains | sports-crate.net |
| Domains | sportscratedev.com |
| Domains | sportscratevault.com |
| Domains | streamloot.com |
| Domains | subscriptionbox.com |
| Domains | subscriptionbox.de |
| Domains | subscriptionboxes.com |
| Domains | superstarcrate.com |
| Domains | superstarcrate.net |
| Domains | superstarcrate.org |
| Domains | superstarcrates.com |
| Domains | superstarcrates.net |
| Domains | superstarcrates.org |
| Domains | syfycrate.com |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| Domains | tailoredarmor.com |
| Domains | tailoredarmour.com |
| Domains | theblackcrates.com |
| Domains | thedailycrate.com |
| Domains | thediscerninggeek.com |
| Domains | tvcrate.com |
| Domains | unicorncrate.com |
| Domains | whitelinecrate.com |
| Domains | whiteloot.com |
| Domains | worldoflootcraft.com |
| Domains | wweslamcrate.com |
| Loot Anime Social Media Account | bit.ly |
| Loot Anime Social Media Account | Facebook |
| Loot Anime Social Media Account | GEMR |
| Loot Anime Social Media Account | Google+ |
| Loot Anime Social Media Account | grum.co |
| Loot Anime Social Media Account | Instagram |
| Loot Anime Social Media Account | Pinterest |
| Loot Anime Social Media Account | RedBubble |
| Loot Anime Social Media Account | Reddit |
| Loot Anime Social Media Account | Snapchat |
| Loot Anime Social Media Account | Tumblr |
| Loot Anime Social Media Account | Twitter |
| Loot Gaming Social Media Account | Facebook |
| Loot Gaming Social Media Account | Iconosquare PRO |
| Loot Gaming Social Media Account | Instagram |
| Loot Gaming Social Media Account | Snapchat |
| Loot Gaming Social Media Account | Steam |
| Loot Gaming Social Media Account | Twitch |
| Loot Gaming Social Media Account | Twitter |
| Loot Gaming Social Media Account | YouTube |
| Loot Wear Social Media Account | Iconosquare |
| Loot Wear Social Media Account | Instagram |
| Loot Wear Social Media Account | Tumblr |
| Loot Wear Social Media Account | Twitter |
| Sports Crate Social Media Account | Facebook |
| Sports Crate Social Media Account | Instagram |
| Sports Crate Social Media Account | Instagram |
| Sports Crate Social Media Account | Twitter |
| ZE Social Media Account | bit.ly |
| ZE Social Media Account | Contentful |
| ZE Social Media Account | Facebook |
| ZE Social Media Account | gleam.io |
| ZE Social Media Account | Google+ |
| ZE Social Media Account | Grum |
| ZE Social Media Account | Guru |
| ZE Social Media Account | Instagram |
| ZE Social Media Account | Pinterest |
| ZE Social Media Account | Polyvore |
| ZE Social Media Account | Reddit |
| ZE Social Media Account | Ship Station |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 10, Question 61**
**Internet Domain Names and Websites**

| Type of Interest | Platform |
|---|---|
| ZE Social Media Account | Simply Measured |
| ZE Social Media Account | Snapchat |
| ZE Social Media Account | Spotify |
| ZE Social Media Account | TikTok |
| ZE Social Media Account | Tumblr |
| ZE Social Media Account | Twitch |
| ZE Social Media Account | Twitter |
| ZE Social Media Account | YouTube |

**Loot Crate, Inc., et.al. (19-11791)**
**Schedule A/B: Part 11, Question 73**
**Interests in Insurance Policies or Annuities**

| Interests in insurance policies or annuities | Current value of debtor's interest |
|---|---|
| VALLEY FORGE INS CO - PACKAGE INSURANCE, POLICY NUMBER 6020201063 | UNDETERMINED |
| CONTINENTAL INS CO - BUSINESS AUTO INSURANCE, POLICY NUMBER 6020201046 | UNDETERMINED |
| CONTINENTAL CASUALTY CO - UMBRELLA INSURANCE, POLICY NUMBER 6020201077 | UNDETERMINED |
| NATIONAL FIRE INS CO - WORKERS COMPENSATION INSURANCE, POLICY NUMBER 618102550 | UNDETERMINED |
| NATIONAL FIRE INS CO - AOS WORKERS COMPENSATION INSURANCE, POLICY NUMBER 6046377906 | UNDETERMINED |
| CONTINENTAL CASUALTY CO - FOREIGN PACKAGE INSURANCE, POLICY NUMBER PST623277247 | UNDETERMINED |
| HISCOX INS CO - CRIME INSURANCE, POLICY NUMBER UC2153966218 | UNDETERMINED |
| ACE USA / ACE SURETY  - CYBER LIABILITY INSURANCE, POLICY NUMBER G25660511004 | UNDETERMINED |
| LLOYD'S OF LONDON - EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NUMBER ANV130292A | UNDETERMINED |
| LLOYD'S OF LONDON - DIFFERENCE IN CONDITION INSURANCE, POLICY NUMBER EQP00130701 | UNDETERMINED |
| TRAVELERS INS CO - OCEAN CARGO INSURANCE, POLICY NUMBER ZOC41N0148018ND | UNDETERMINED |
| ONE BEACON INSURANCE CO / ATLANTIC SPECIALTY LINES INC - PRODUCTION PACKAGE INSURANCE, POLICY NUMBER DI0236500 | UNDETERMINED |
| GENERAL LIABILITY/COMMERCIAL AUTOMOBILE INSURANCE, POLICY NUMBER CP0758100 | UNDETERMINED |
| ONE BEACON INSURANCE CO / ATLANTIC SPECIALTY LINES INC - PRODUCTION WORKERS COMPENSATION INSURANCE, POLICY NUMBER 4060455060000 | UNDETERMINED |
| ONE BEACON INSURANCE CO / ATLANTIC SPECIALTY LINES INC - PRODUCTION UMBRELLA LIABILITY INSURANCE, POLICY NUMBER EX0327200 | UNDETERMINED |
| ALLIED WORLD ASSURANCE CO - D&O INSURANCE, POLICY NUMBER 03113397 | UNDETERMINED |
| STARSTONE - EXCESS D&O 1 INSURANCE, POLICY NUMBER O88255190ASP | UNDETERMINED |
| CRUM&FORSTER - EXCESS D&O 2 INSURANCE, POLICY NUMBER 575-100520-2 | UNDETERMINED |
| AXIS - EXCESS D&O 3 INSURANCE, POLICY NUMBER MNN630180/01/2019 | UNDETERMINED |
| GREAT AMERICAN INSURANCE GROUP - EXCESS D&O 4 INSURANCE, POLICY NUMBER DMX1401994 | UNDETERMINED |
| PRUDENTIAL - DEATH BENEFIT - CHRISTOPHER DAVIS INSURANCE, POLICY NUMBER L9370057 | UNDETERMINED |

**Fill in this information to identify the case:**

Debtor name: Loot Crate, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11791

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

2. List creditors who have secured claims.If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| | UNKNOWN | $ UNKNOWN |

**2.1**

Creditor's name and mailing address

MIDTOWN MADISON MANAGEMENT LLC
780 THIRD AVENUE, 27TH FLOOR
NEW YORK , NY 10017

Date debt was incurred?
10/11/2018

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:
ALL ASSETS OWNED OR ACQUIRED AND THE PROCEEDS THEREOF

Describe the lien
UCC-1 FILED WITH DELAWARE SECETARY STATE ON 10/11/18 AGAINST LOOT CRATE, INC. (STATEMENT NO. 20187045020)

Is the creditor an insider or related party?
☑ No

☐ Yes

Is anyone else liable on this claim?
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**2.2**

Creditor's name and mailing address

MONEY CHEST LLC
603 SWEETLAND AVE
HILLSIDE , NJ 07205

Date debt was incurred?
8/3/2018

Last 4 digits of account number

Do multiple creditors have an interest
in the same property?
☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

Describe debtor's property that is subject to
the lien:
ALL ASSETS OWNED OR ACQUIRED AND THE
PROCEEDS THEREOF

Describe the lien
UCC-1 FILED WITH DELAWARE SECETARY
STATE ON 08/03/18 AGAINST LOOT CRATE,
INC. (STATEMENT NO. 20185366899)

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,994,939.00                    $ UNKNOWN

---

**2.3**

Creditor's name and mailing address
MONEY CHEST LLC, 603
SWEETLAND AVENUE, HILLSIDE, NJ
07205

Date debt was incurred?
8/9/2019

Last 4 digits of account number

Do multiple creditors have an interest
in the same property?
☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

Describe debtor's property that is subject to
the lien:
ALL ASSETS OWNED OR ACQUIRED AND THE
PROCEEDS THEREOF

Describe the lien
ASSIGNMENT OF MIDTOWN MADISON
MANAGEMENT LIEN

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,622,057.00                    $ UNKNOWN

**2.4**

Creditor's name and mailing address
PAYPAL, INC., ATTN: LEGAL
DEPARTMENT, 2211 NORTH FIRST
STREET, SAN JOSE, CA 95131

Date debt was incurred?
VARIOUS

Last 4 digits of account number

Do multiple creditors have an interest
in the same property?
☑ No

☐ Yes. Specify each creditor, including
this creditor, and its relative priority.

Describe debtor's property that is subject to
the lien:
ALL FUNDS HELD IN THE PAYPAL ACCOUNT

Describe the lien
PAYPAL ACCOUNT USER AGREEMENT

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          $ UNKNOWN

---

**2.5**

Creditor's name and mailing address
VANTIV, LLC, 850 GOVERNORS HILL
DRIVE, SYMMES TOWNSHIP, OH
45249

Date debt was incurred?
7/26/2017

Last 4 digits of account number

Do multiple creditors have an interest
in the same property?
☑ No

☐ Yes. Specify each creditor, including
this creditor, and its relative priority.

Describe debtor's property that is subject to
the lien:
ALL ACCOUNTS OWNED OR CONTROLLED BY
VANTIV FUNDED WITH SETTLEMENT
AMOUNTS, INCLUDING THE RESERVE
ACCOUNT AND THE PROCEEDS THEREOF

Describe the lien
CREDIT CARD MERCHANT AGREEMENT
BETWEEN VANTIV, LLC AND LOOT CRATE,
INC. DATED 07/26/17

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          $ UNKNOWN

2.6

Creditor's name and mailing address
WELLS FARGO BANK, NATIONAL
ASSOCIATION 301 S. COLLEGE ST.,
5TH FL CHARLOTTE, NC 28202

Date debt was incurred?
1/29/2019

Last 4 digits of account number

Do multiple creditors have an interest
in the same property?
☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

Describe debtor's property that is subject to
the lien:
ALL PURCHASED RECEIVABLES PURSUANT
TO A RECEIVALBES PURCHASE AGREEMENT
DATED 01/29/19

Describe the lien
UCC-1 FILED WITH DELAWARE SECETARY
STATE ON 01/30/98 AGAINST LOOT CRATE,
INC. (STATEMENT NO. 20190703236)

Is the creditor an insider or related party?
☑ No

☐ Yes

Is anyone else liable on this claim?
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official

Form 206H)
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent

☑ Unliquidated

☐ Disputed

UNKNOWN          $ UNKNOWN

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.

$44,616,996.00

Fill in this information to identify the case:

Debtor name: Loot Crate, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11791

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

ADAM SZAMET, 686 SOUTH GRAND AVENUE, PASADENA, CA 91105

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: $ 6,671.62    Priority amount: $6,671.62

**2.2** Priority creditor's name and mailing address

ALABAMA DEPARTMENT OF REVENUE, 50 NORTH RIPLEY STREET, MONTGOMERY, AL 36014

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: $ 22,310.00    Priority amount: UNDETERMINED

2.3    Priority creditor's name and mailing address

ALEJANDRA PINEDO, 3360 MLK JR BLVD APT 15, LYNWOOD, CA 90262

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,173.71                    $2,173.71

---

2.4    Priority creditor's name and mailing address

ALEXIS ROBLES, 3911 LOUISE ST, LYNWOOD, CA 90262

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,617.11                    $10,617.11

---

2.5    Priority creditor's name and mailing address

AMANDA VINSON, 5805 HAROLD WAY, APT. 3, LOS ANGELES, CA 90028

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 17.39                    $17.39

---

2.6    Priority creditor's name and mailing address

AMY B. WEITZMAN, 2701 CEDAR AVENUE, LONG BEACH, CA 90806

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,547.88                    $5,547.88

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,542.72 | $3,542.72 |

2.7  Priority creditor's name and mailing address

ANNA BOERI, 1652 COLBY AVENUE, APT. 203, LOS ANGELES, CA 90025

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,542.72        $3,542.72

---

2.8  Priority creditor's name and mailing address

ARIZONA DEPARTMENT OF REVENUE, ATTN: ATTORNEY GENERAL TAX, BANKRUPTCY & COLLECTION SECTION, 2005 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004-2926

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 266,585.00        UNDETERMINED

---

2.9  Priority creditor's name and mailing address

ARLENE ALVAREZ, 6333 SAINT LOUIS AVENUE, LONG BEACH, CA 90805

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,320.32        $8,320.32

---

2.10  Priority creditor's name and mailing address

ASHISH MAHTANI, 1833 NORTH KINGSLEY DRIVE, UNIT 1, LOS ANGELES, CA 90027

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,750.48        $2,750.48

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,792.35 | $2,792.35 |

**2.11** Priority creditor's name and mailing address

AUSTIN J. BECKMAN, 5439 RUSSELL AVENUE, APT. 6, LOS ANGELES, CA 90027

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,792.35          $2,792.35

---

**2.12** Priority creditor's name and mailing address

AUSTRALIA TAX OFFICE, 26 NARELLAN STREET, CANBERRA ACT, 2601 AUSTRALIA

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 496,705.00          UNDETERMINED

---

**2.13** Priority creditor's name and mailing address

BENJAMIN WEITZ, 3368 CHARLESTON WAY, LOS ANGELES, CA 90068

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,454.16          $10,454.16

---

**2.14** Priority creditor's name and mailing address

BOBBIE ENGLERT, 330 W BALD EAGLE ST , LOCK HAVEN, PA 17745

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 18.21          $18.21

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,844.48 | $2,844.48 |

BRIAN NGUYEN, 15650 IRENE WAY, WESTMINSTER, CA 92683

☐ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,332,386.00 | UNDETERMINED |

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, 505 NORTH BRAND BOULEVARD, SUITE 700, GLENDALE, CA 91203

☑ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number
9723

☐ Disputed

Basis for the claim:
TAX CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,100.00 | $1,100.00 |

CANDICE SHANE, 3408 TOURMALINE WAY, CARSON CITY, NV 89705

☐ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,232.00 | $1,232.00 |

CARA DISANDRO, 18 REEDER ROAD, LOCK HAVEN, PA 17745

☐ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

2.19    Priority creditor's name and mailing address

CAROLYN J. FIERRO, 13925 IMPERIAL HIGHWAY,
WHITTIER, CA 90605

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,053.42          $3,053.42

---

2.20    Priority creditor's name and mailing address

CHRIS DAVIS, 3585 HELMS AVENUE, CULVER CITY, CA
90232

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,259.94          $7,259.94

---

2.21    Priority creditor's name and mailing address

CIJI THORNTON, 600 SOUTH BEACH BOULEVARD,
UNIT 35, ANAHEIM, CA 92804

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 74.00          $74.00

---

2.22    Priority creditor's name and mailing address

COLORADO DEPARTMENT OF REVENUE, P.O. BOX
17087, DENVER, CO 80217-0087

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 59,196.00          UNDETERMINED

2.23    Priority creditor's name and mailing address

CONNECTICUT DEPARTMENT OF REVENUE, 450
COLUMBUS BOULEVARD, SUITE 1, HARTFORD, CT 6103

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 24,003.00        UNDETERMINED

---

2.24    Priority creditor's name and mailing address

CONNIE CHAN, 115 NORTH MARENGO AVENUE, APT.
B, ALHAMBRA, CA 91801

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,530.30        $2,530.30

---

2.25    Priority creditor's name and mailing address

CONNOR GARRITY, 4854 HAZELTINE AVENUE, APT. 7,
SHERMAN OAKS, CA 91423

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,500.30        $2,500.30

---

2.26    Priority creditor's name and mailing address

CRYSTAL VERA, 2971 LOWELL AVENUE, LOS ANGELES,
CA 90032

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 3,489.98        $3,489.98

2.27   Priority creditor's name and mailing address

CUSTOMER DEPOSITS

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
CUSTOMER DEPOSITS

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$ 23,063,717.94          UNDETERMINED

---

2.28   Priority creditor's name and mailing address

DAVID CHANG, 1933 LOMBARDY DRIVE, LA CANADA
FLINTRIDGE, CA 91011

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 9,177.92          $9,177.92

---

2.29   Priority creditor's name and mailing address

EDMUND J. PIETZAK, 428 NORTH HAYWORTH
AVENUE, APT. 306, LOS ANGELES, CA 90048

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,530.40          $2,530.40

---

2.30   Priority creditor's name and mailing address

ELIZABETH S. KAWASAKI, 437 EAST HARVARD,
BURBANK, CA 91501

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 7,336.05          $7,336.05

2.31  Priority creditor's name and mailing address

ERIC KIM, 1818 W GARVEY AVE, #N, ALHAMBRA, CA 91803

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,933.60          $6,933.60

---

2.32  Priority creditor's name and mailing address

ERIK I. GUERRERO, 456 W 67 ST, LOS ANGELES, CA 90003

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,707.04          $9,707.04

---

2.33  Priority creditor's name and mailing address

ERIK RUVALCABA, 5416 FAIR AVENUE, APT. 2304, NORTH HOLLYWOOD, CA 91601

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,083.33          $2,083.33

---

2.34  Priority creditor's name and mailing address

EUI C. SHIN, 910 NORTH MARTEL AVENUE, APT. 109, LOS ANGELES, CA 90046

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,591.43          $6,591.43

| | | | |
|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,933.60 | $6,933.60 |

**2.35** Priority creditor's name and mailing address

EVA CARDENAS, 10633 SPRY ST, NORWALK, CA 90650

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,933.60          $6,933.60

---

**2.36** Priority creditor's name and mailing address

FABIAN JUNIO, 5715 DEANE AVENUE, LOS ANGELES, CO 90043

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,864.14          $2,864.14

---

**2.37** Priority creditor's name and mailing address

FLORIDA DEPARTMENT OF REVENUE, 2450 SHUMARD OAK BOULEVARD, TALLAHASSEE, FL 32311

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _8_ )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 535,877.00          UNDETERMINED

---

**2.38** Priority creditor's name and mailing address

FREDERICK K. KIM, 1395 HASTINGS RANCH DRIVE, PASADENA, CA 91107

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,331.04          $7,331.04

**2.39** Priority creditor's name and mailing address

GEORGIA DEPARTMENT OF REVENUE, ATTN: COMPLIANCE DIVISON ARCS-BANKRUPTCY, 1800 CENTURY BOULEVARD, NE, SUITE 9100, ATLANTA, GA 30345-3202

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 51,848.00          UNDETERMINED

---

**2.40** Priority creditor's name and mailing address

HANNAH AREVALO, 1111 S GRAND AVE, APT 808, LOS ANGELES, CA 90015

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 6,420.83          $6,420.83

---

**2.41** Priority creditor's name and mailing address

HARISH BAKKA, 987 EAST DEL MAR BOULEVARD, APT. 18, PASADENA, CA 91106

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 4,585.13          $4,585.13

---

**2.42** Priority creditor's name and mailing address

HARVEY DRAPER, 713 WEST ELBERON AVENUE, SAN PEDRO, CA 90731

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?

☑ No

☐ Yes

$ 5,546.88          $5,546.88

**2.43**  Priority creditor's name and mailing address

HAWAII DEPARTMENT OF TAXATION, ATTN: DIRECTOR
OF TAXATION, 830 PUNCHBOWL STREET, ROOM 221,
HONOLULU, HI 96813-5094

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 4,008.00          UNDETERMINED

---

**2.44**  Priority creditor's name and mailing address

HERMON FESSAHAYE, 6312 10TH AVE #4,
LOSANGELES, CA 90043

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?

☑ No

☐ Yes

$ 3,120.12          $3,120.12

---

**2.45**  Priority creditor's name and mailing address

HOLLY FAUST, 330 WEST BALD EAGLE STREET, LOCK
HAVEN, PA 17745

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 1,666.67          $1,666.67

---

**2.46**  Priority creditor's name and mailing address

ILLINOIS DEPARTMENT OF REVENUE, ATTN:
BANKRUPTCY UNIT, PO BOX 19035, SPRINGFIELD, IL
62794-9035

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 38,548.00          UNDETERMINED

2.47 | Priority creditor's name and mailing address

INDIANA DEPARTMENT OF REVENUE, ATTN: BANKRUPTCY SECTION-MS108, 100 NORTH SENATE AVENUE, SUITE N240, INDIANAPOLIS, IN 46204

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 83,132.00    UNDETERMINED

---

2.48 | Priority creditor's name and mailing address

IOWA DEPARTMENT OF REVENUE AND FINANCE, 1305 EAST WALNUT STREET, 4TH FLOOR, 0107, DES MOINES, IA 50319

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 19,923.00    UNDETERMINED

---

2.49 | Priority creditor's name and mailing address

ISIAH WEDLOW, 254 N SPRUCE AVE, #84, RIALTO, CA 92376

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,480.48    $12,480.48

---

2.50 | Priority creditor's name and mailing address

JAN ROJAS, 766 VALENCIA STREET, ANAHEIM, CA 92805

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,218.82    $3,218.82

2.51   Priority creditor's name and mailing address

JANICE LUONG, 3201 W COMMONWEALTH AVE,
ALHAMBRA, CA 91803-1015

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 4,794.27                    $4,794.27

| | | | |
|---|---|---|---|
| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 9,797.67 | $9,797.67 |

**2.52**  Priority creditor's name and mailing address

JASON BANG, 8662 MEADOW ROAD, DOWNEY, CA 90242

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 9,797.67          $9,797.67

---

**2.53**  Priority creditor's name and mailing address

JENNIFER FERRARI, 1052 LINDEN AVENUE, GLENDALE, CA 91201

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 6,702.16          $6,702.16

---

**2.54**  Priority creditor's name and mailing address

JENNIFER KANNE, 5416 FAIR AVE, APT. 2301, NORTH HOLLYWOOD, CA 91601

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 2,625.52          $2,625.52

---

**2.55**  Priority creditor's name and mailing address

JENNIFER KYO, 1526 DIXON STREET, APT. B, GLENDALE, CA 91205

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 3,573.07          $3,573.07

2.56 Priority creditor's name and mailing address

JENNIFER LAGEMAN, 2507 RODEO ROAD, UNIT 1, LOS ANGELES, CA 90018

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,920.42          $10,920.42

2.57 Priority creditor's name and mailing address

JEREMY HARGER, 2121 ROBINSON STREET, UNIT B, REDONDO BEACH, CA 90278

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,243.95          $5,243.95

2.58 Priority creditor's name and mailing address

JESSE ALCALA, 23307 ANZA AVENUE, TORRANCE, CA 90505

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,166.67          $4,166.67

2.59 Priority creditor's name and mailing address

JIN BYERS, 447 HERONDO STREET, APT. 107, HERMOSA BEACH, CA 90254

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,574.29          $3,574.29

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,546.88 | $5,546.88 |

JOHN DRAPER, 713 WEST ELBERON AVENUE, SAN PEDRO, CA 90731

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Basis for the claim:
SEVERANCE

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,240.58 | $5,240.58 |

JOHN MARTINEZ, 636 NORTH 20TH STREET, MONTEBELLO, CA 90640

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,933.32 | $5,933.32 |

JULIA ARNOLD, 1306 1/2 NORTH FORMOSA AVENUE, LOS ANGELES, CA 90046

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 42,511.00 | UNDETERMINED |

KENTUCKY DEPARTMENT OF REVENUE, 501 HIGH STREET, FRANKFORT, KY 40601

*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Basis for the claim:
TAX CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

2.64 Priority creditor's name and mailing address

KIRAN GAJIPARA, 400 ADELLA LANE, PLACENTIA, CA 92870

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 5,003.50          $5,003.50

---

2.65 Priority creditor's name and mailing address

LAILA LONGER, 677 WEAVER HILL ROAD, LOCK HAVEN, PA 17745

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 2,530.30          $2,530.30

---

2.66 Priority creditor's name and mailing address

LEONARDO BALTIERREZ, 14733 HALCOURT AVE, NORWALK, CA 90650

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No

☐ Yes

$ 707.04          $707.04

---

2.67 Priority creditor's name and mailing address

LOS ANGELES COUNTY TAX COLLECTOR, 225 N HILL ST #1, LOS ANGELES, CA 90012

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$ 12,603.49          $12,603.49

2.68    Priority creditor's name and mailing address

LOUISIANA DEPARTMENT OF REVENUE, 607 3RD STREET, BATON ROUGE, LA 70802

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,185.00        UNDETERMINED

---

2.69    Priority creditor's name and mailing address

MAINE REVENUE SERVICES, P.O. BOX 9107, AUGUSTA, ME 4432

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,486.00        UNDETERMINED

---

2.70    Priority creditor's name and mailing address

MANOEL FARHAD, 321 NORTH ORANGE STREET, UNIT 210, GLENDALE, CA 91203

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,334.23        $3,334.23

---

2.71    Priority creditor's name and mailing address

MARIA FLORES, 418 EAST MORNINGSIDE STREET, LONG BEACH, CA 90805

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,562.56        $13,650.00

2.72    Priority creditor's name and mailing address

MARIA VILLALOBOS HERRERA, 1510 EAST
BROADWAY, APT. 16, GLENDALE, CA 91205

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,000.00          $2,000.00

---

2.73    Priority creditor's name and mailing address

MARIANETTE PROVENZANO, 5244 EAST PAOLI WAY,
LONG BEACH, CA 90803

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,893.03          $5,893.03

---

2.74    Priority creditor's name and mailing address

MARYLAND COMPTROLLER, ATTN: TAXPAYER
SERVICE SECTION, 110 CARROLL STREET,
ANNAPOLIS, MD 21411-0001

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 60,328.00          UNDETERMINED

---

2.75    Priority creditor's name and mailing address

MATTHEW AREVALO, 3700 SAN AUGUSTINE DRIVE,
GLENDALE, CA 91206

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,649.32          $13,649.32

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,544.28 | $3,544.28 |

**2.76** Priority creditor's name and mailing address

MAURICIO UNDURRAGA, 190 VIEWPOINT CIRCLE, VENTURA, CA 93003

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,544.28     $3,544.28

---

**2.77** Priority creditor's name and mailing address

MICHAEL MOHR, 2875 LOYOLA STREET, RIVERSIDE, CA 92503

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,846.16     $3,846.16

---

**2.78** Priority creditor's name and mailing address

MICHIGAN DEPARTMENT OF TREASURY, 430 WEST ALLEGAN STREET, LANSING, MI 48933-1592

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 95,266.00     UNDETERMINED

---

**2.79** Priority creditor's name and mailing address

MIKO HUGHES, 11575 LOCUST LANE, APPLE VALLEY, CA 92308

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 795.7     $795.7

2.80  Priority creditor's name and mailing address

MIN (HARRY) KANG, 310 WASHINGTON BOULEVARD, UNIT 701, MARINA DEL REY, CA 90292

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 6,255.00          $6,255.00

---

2.81  Priority creditor's name and mailing address

MISSISSIPPI DEPARTMENT OF REVENUE, ATTN: BANKRUPTCY SECTION, P.O. BOX 22808, JACKSON, MS 39225-2808

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 16,943.00          UNDETERMINED

---

2.82  Priority creditor's name and mailing address

MITCHELL RILY, 504 HACIENDA DRIVE, MONROVIA, CA 91016

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 6,493.58          $6,493.58

---

2.83  Priority creditor's name and mailing address

NATALIE HAZEN, 1052 LINDEN AVENUE, APT. A, GLENDALE, CA 91201

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 1,504.94          $1,504.94

2.84 Priority creditor's name and mailing address

NEBRASKA DEPARTMENT OF REVENUE, P.O. BOX 94818, LINCOLN, NE 68509-4818

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,339.00        UNDETERMINED

---

2.85 Priority creditor's name and mailing address

NEERAJ KAPOOR, 645 WEST 9TH STREET, APT. 706, LOS ANGELES, CA 90015

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,794.59        $4,794.59

---

2.86 Priority creditor's name and mailing address

NEW JERSEY DEPARTMENT OF TAXATION, ATTN: BANKRUPTCY SECTION, PO BOX 245, TRENTON, NJ 08695-0245

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ UNDETERMINED        UNDETERMINED

---

2.87 Priority creditor's name and mailing address

NEW YORK STATE DEPARTMENT OF TAXATION, ATTN: BANKRUTPCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 652,081.00        UNDETERMINED

2.88 Priority creditor's name and mailing address

NICHOLAS METCALFE, 1864 YOSEMITE DRIVE, LOS ANGELES, CA 90041

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,843.68          $5,843.68

---

2.89 Priority creditor's name and mailing address

NIMITHA S. PANIKKASSERY, 317 NORTH AVENUE 57, LOS ANGELES, CA 90042

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,809.57          $3,809.57

---

2.90 Priority creditor's name and mailing address

NORTH CAROLINA DEPARTMENT OF REVENUE, ATTN: BANKRUTPCY UNIT, P.O. BOX 1168, RALEIGH, NC 27602-1168

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number
7119

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 80,741.00          UNDETERMINED

---

2.91 Priority creditor's name and mailing address

NORTH DAKOTA DEPARTMENT OF TAXATION, OFFICE OF STATE TAX COMMISSIONER, 600 EAST BOULEVARD AVENUE, DEPARTMENT 127, BISMARK, ND 58505-0599

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 607.00          UNDETERMINED

2.92    Priority creditor's name and mailing address

NUSSET HERNANDEZ, 1113 EAST 107TH STREET, LOS ANGELES, CA 90002

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,250.03    $13,650.00

---

2.93    Priority creditor's name and mailing address

PENNSYLVANIA DEPARTMENT OF REVENUE, BUREAU OF CORPORATION TAXES, P.O. BOX 280427, HARRISBURG, PA 17128-0427

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 314,035.00    UNDETERMINED

---

2.94    Priority creditor's name and mailing address

PHILLIP MANGUM, 241 EAST ELMWOOD AVE, UNIT 103, BURBANK, CA 91502

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,320.32    $8,320.32

---

2.95    Priority creditor's name and mailing address

QUINN M. TO, 3371 LA CLEDE AVENUE, LOS ANGELES, CA 90039

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,322.42    $2,322.42

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,628.83 | $5,628.83 |
|---|---|---|---|---|

RAMI BURPEE, 2725 SYCAMORE AVENUE, MONTROSE, CA 91020

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,530.29 | $2,530.29 |
|---|---|---|---|---|

REUBEN MUNGUIA, 1723 EAST ERIE STREET, UNIT B, LONG BEACH, CA 90802

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,573.07 | $3,573.07 |
|---|---|---|---|---|

RUBY CHEN, 426 ROSEMARIE DRIVE, ARCADIA, CA 91007

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,002.07 | $4,002.07 |
|---|---|---|---|---|

RUBY CHIANG, 1236 SOUTH 9TH AVENUE, ARCADIA, CA 91006

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

2.100   Priority creditor's name and mailing address

SAMUEL STARR, 1534 CANTERBURY CIRCLE, REDLANDS, CA 92374

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,580.44          $2,580.44

---

2.101   Priority creditor's name and mailing address

SC DEPARTMENT OF REVENUE, PO BOX 2535, COLUMBIA, SC 29202-2535

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,609.74          $31,609.74

---

2.102   Priority creditor's name and mailing address

SEMARIA FESSAHAYE, 6312 10TH AVENUE, APT. 1, LOS ANGELES, CA 90043

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,750.02          $13,650.00

---

2.103   Priority creditor's name and mailing address

SONAL SHARMA, 4543 COLDWATER CANYON AVENUE, APT. 2, STUDIO CITY, CA 91604

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,463.58          $6,463.58

2.104  Priority creditor's name and mailing address

SOUTH CAROLINA DEPARTMENT OF REVENUE, 300A
OUTLET POINTE BOULEVARD, COLUMBIA, SC 29210

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 102,310.00          UNDETERMINED

---

2.105  Priority creditor's name and mailing address

STEED SUN, 1430 BRADBURY ROAD, SAN MARINO, CA
91108

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,186.18          $8,186.18

---

2.106  Priority creditor's name and mailing address

STEPHANIE GONZALES, 2313 WALNUT AVENUE,
MANHATTAN BEACH, CA 90266

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,250.12          $2,250.12

2.107   Priority creditor's name and mailing address

TAMMY TAN, 17949 CONTADOR DRIVE, ROWLAND HEIGHTS, CA 91748

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    $ 3,334.68          $3,334.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

---

2.108   Priority creditor's name and mailing address

TERRY VALDEZ, 484 EAST MOUNTAIN STREET, PASADENA, CA 91104

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    $ 1,584.00          $1,584.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

---

2.109   Priority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS DIVISION, P.O. BOX 12548, MC-008, AUSTIN, TX 78711

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number
1884

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:    $ 1,037,282.00          UNDETERMINED
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

---

2.110   Priority creditor's name and mailing address

THANH HO, 2102 HANCOCK STREET 1/2, LOS ANGELES, CA 90031

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:    $ 2,280.12          $2,280.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

2.111  Priority creditor's name and mailing address

THOMAS KURZANSKI, 311 ALPINE STREET, UNIT 3, PASADENA, CA 91106

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,837.83                    $5,837.83

---

2.112  Priority creditor's name and mailing address

TYLER FARRELL, 13720 MOORPARK STREET, APT. 205, SHERMAN OAKS, CA 91423

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,573.25                    $3,573.25

---

2.113  Priority creditor's name and mailing address

TYLER S. SANCHEZ, 324 EAST VALENCIA AVENUE, APT. A, BURBANK, CA 91502

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,166.81                    $2,166.81

---

2.114  Priority creditor's name and mailing address

UTAH STATE TAX COMMISSION, 210 NORTH 1950 WEST, SALT LAKE CITY, UT 84134

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,646.00                   UNDETERMINED

2.115   Priority creditor's name and mailing address

VEDIKA BIRLA, 888 NORTH ALAMEDA STREET, LOS
ANGELES, CA 90012

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 3,750.00          $3,750.00

---

2.116   Priority creditor's name and mailing address

VERMONT DEPARTMENT OF TAXES, 133 STATE
STREET, MONTPELIER, VT 05602

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 13,582.00          UNDETERMINED

---

2.117   Priority creditor's name and mailing address

VINCE VANASIN, 8235 EAST BEVAN STREET, SAN
GABRIEL, CA 91775

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 5,628.82          $5,628.82

---

2.118   Priority creditor's name and mailing address

VINIT KAVATKAR, 2201 WEST BROADWAY, UNIT B212,
ANAHEIM, CA 92804

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

$ 3,809.57          $3,809.57

2.119  Priority creditor's name and mailing address

WASHINGTON DEPARTMENT OF REVENUE, 1904
HUMBOLT STREET, SUITE A, BELLINGHAM, WA 98225-
4244

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number
2055

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TAX CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 391,663.00        UNDETERMINED

---

2.120  Priority creditor's name and mailing address

WILLIAM COLEMAN, 1753 BROWNING BOULEVARD,
LOS ANGELES, CA 90062

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?

☑ No

☐ Yes

$ 13,260.51        $13,260.51

---

2.121  Priority creditor's name and mailing address

WILLIAM MAIER, 920 SANBORN AVE, LOS ANGELES,
CA 90029

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SEVERANCE

Is the claim subject to offset?

☑ No

☐ Yes

$ 6,630.00        $6,630.00

---

2.122  Priority creditor's name and mailing address

WILLIAM WASSON, 398 LOMA DRIVE, LOS ANGELES,
CA 90017

Date or dates debt was incurred
VARIOUS

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

$ 3,091.05        $3,091.05

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 15,477.00 | UNDETERMINED |

WISCONSIN DEPARTMENT OF REVENUE, MADISON HEADQUARTERS, 2135 RIMROCK ROAD, MADISON, WI 53713

☑ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number

☐ Disputed

Basis for the claim:
TAX CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 8 )

Is the claim subject to offset?
☑ No
☐ Yes

---

2.124 Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$ 5,002.10          $5,002.10

YURIY KULIBABA, 8744 ETIWANDA AVENUE, UNIT 2, NORTHRIDGE, CA 91325

☐ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

2.125 Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$ 2,738.93          $2,738.93

ZACHARY ANDERSON, 10853 ROSE, APT. 53, LOS ANGELES, CA 90034

☐ Contingent

Date or dates debt was incurred
VARIOUS

☐ Unliquidated

Last 4 digits of account number

☐ Disputed

Basis for the claim:
EMPLOYEE CLAIM

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

3.1 Nonpriority creditor's name and mailing address
28TH AVE MANAGEMENT LLC, 17 28TH AVE, STE. 103, VENICE, CA 90291

As of the petition filing date, the claim is: *Check all that apply.*

$9,000.00

Date or dates debt was incurred
VARIOUS

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.2  Nonpriority creditor's name and mailing address
3 DIMENSIONAL ART LLC, 2323 RAVINE WAY, GLENVIEW, IL 60025

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $6,817.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

3.3  Nonpriority creditor's name and mailing address
47 BRAND LLC, 132 CAMPANELLI INDUSTRIAL DR, BROCKTON, MA 02301

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $128,730.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

3.4  Nonpriority creditor's name and mailing address
4K MEDIA INC., 53 WEST 23RD STREET, NEW YORK, NY 10010

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

3.5  Nonpriority creditor's name and mailing address
A CROWDED COOP LLC, PO BOX 780121, PHILADELPHIA, PA 19178-0121

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $134,412.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

3.6  Nonpriority creditor's name and mailing address
AAA RUBBISH INC., PO BOX 2158, BELL GARDEN, CA 90202

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                $5,812.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.7  Nonpriority creditor's name and mailing address
ABG ACESSORIES INC., 13799 MONTE VISTA AVE, CHINO, CA 91710

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                $4,925.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.8  Nonpriority creditor's name and mailing address
ACCO BRANDS USA LLC., PO BOX 205626, DALLAS, TX 75320

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                $84,175.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.9  Nonpriority creditor's name and mailing address
ACORNS GROW INCORPORATED, 5300 CALIFORNIA AVE., IRVINE, CA 92617

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                $7,790.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.10  Nonpriority creditor's name and mailing address
ACT III LICENSING LLC, 100 N. CRESCENT DR, STE 120, BEVERLY HILLS, CA 90210

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$2,745.68

---

3.11  Nonpriority creditor's name and mailing address
ACTIVSION BLIZZARD INTERNAIONAL B.V., BEECHAVENUE 131D, 1119 RB SCHIPHOL-RIJK, NETHERLANDS

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$79,541.68

---

3.12  Nonpriority creditor's name and mailing address
ADRIENNE BOWMAN, 775 EAST UNION STREET, APT. 108, PASADENA, CA 91101

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE EXPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$2,871.07

---

3.13  Nonpriority creditor's name and mailing address
ADVENTURE CHEST INC., 1901 AVENUE OF THE STARS, SUITE 1050, LOS ANGELES, CA 90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$30,199.42

3.14  Nonpriority creditor's name and mailing address
AFCO CREDIT CORPORATION, 1133 AVENUE OF THE AMERICAS SUITE
2735-39, NEW YORK, NY 10036

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     $69,392.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.15  Nonpriority creditor's name and mailing address
ALANIC INTERNATIONAL CORP/DIOZ GROUP, 19 W 34TH STREET STE.
1018,, NEW YORK, NY 10001

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     $212,955.7
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.16  Nonpriority creditor's name and mailing address
ALBA MEDINA, 2219 GRIFFIN AVE, APT #3, LOS ANGELES, CA, 90031

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

3.17  Nonpriority creditor's name and mailing address
ALEX YOO, 232 S. LA FAYETTE PARK PL. #203, LOS ANGELES, CA 90057

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.18 Nonpriority creditor's name and mailing address
ALEXANDER K. SCHIFF, 5841 WHITNALL HWY, APT 4, N HOLLYWOOD, CA 91601-1458

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

3.19 Nonpriority creditor's name and mailing address
AMERICAN ALARM SYSTEM INC, PO BOX 10520, SANTA ANA, CA 92711

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$665.85

3.20 Nonpriority creditor's name and mailing address
AMERICAN DYNAMIC SERVICES INC., 752 HUNTINGTON DR, # C, ARCADIA, CA 91007

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$765.00

3.21 Nonpriority creditor's name and mailing address
AMERICAN EXPRESS, PO BOX 30384, SALT LAKE CITY, UT 84130

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$61,504.3

| 3.22 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.22** Nonpriority creditor's name and mailing address
AMERICAN NEEDLE INC., 1275 BUSCH PARKWAY, BUFFALO GROVE, IL 60089

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$98,866.8

---

**3.23** Nonpriority creditor's name and mailing address
AMINCO INTERNATIONAL, ALTUS GLOBAL TRADE SOLUTIONS, STEVE R, ACCOUNTING, 2400 VETERANS MEMORIAL BLVD., STE 300, KENNER, CA 90035

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

**3.24** Nonpriority creditor's name and mailing address
ANDREA CAVEN, 5406 LEMON GROVE AVE, LOS ANGELES, CA 90038

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.25** Nonpriority creditor's name and mailing address
ANIMATION INK LLC., ATTN: JOHN LOHMANN, 330 E. ORANGETHORPE AVE, PLACENTIA, CA 92870-6503

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$21,500.00

3.26 Nonpriority creditor's name and mailing address
ANIME NEWS NETWORK, 402-4410 COTE DES NEIGES, WESTMONT, QC H3V 1E6

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$3,650.00

3.27 Nonpriority creditor's name and mailing address
ANIPLEX OF AMERICA, 2120 COLORADO AVENUE., STE. 220, SANTA MONICA, CA 90404

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

3.28 Nonpriority creditor's name and mailing address
ANSECO GROUP LLC, DBA QIMA, 255-257 GLOUCESTER ROAD, SINO PLAZA, 8TH FL, CAUSEWAY BAY, HONG KONG

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$649.00

3.29 Nonpriority creditor's name and mailing address
ANTHEM BLUE CROSS, ANTHEM BLUE CROSS, PO BOX 511300, LOS ANGELES, CA 90051-7855

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$56,334.67

3.30  Nonpriority creditor's name and mailing address
ANTHONY JOOSTEN, 8340 CANTLEY RD, RICHMOND, V7C 3R5

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.31  Nonpriority creditor's name and mailing address
ANTONIO VILLA, 2406 BOBBY LANE, SANTA ANA, CA 92706

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.32  Nonpriority creditor's name and mailing address
AQUA GREEN SOLUTIONS, PO BOX 733, LA JOLLA, CA 92038-0733

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $1,494.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.33  Nonpriority creditor's name and mailing address
ARBON EQUIPMENT CORPORATION, 22607 OLD CANAL RD, YORBA
LINDA, CA 92887

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $23,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.34  Nonpriority creditor's name and mailing address
ARC HOLDING LTD/FOX SPORTS, 10201 W PICO BLVD , Los Angeles, CA
90064

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $2,499.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.35    Nonpriority creditor's name and mailing address
ASENDIA, ATTN: ACCOUNTING DEPT, 701C ASHLAND AVENUE,
FOLCROFT, PA 19032

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$29,621.92

---

3.36    Nonpriority creditor's name and mailing address
ATLASSIAN PTY LTD, LEVEL 6, 341 GEORGE STREET, SYDNEY, NSW
2000

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$17,125.00

---

3.37    Nonpriority creditor's name and mailing address
AVALARA INC., ATTN: JAMIE PEDDYCORD, 1100 2ND AVE STE. 300,
SEATTLE, WA 98101-3429

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$12,891.29

---

3.38    Nonpriority creditor's name and mailing address
AVALARA TAXES, ATTN: JAMIE PEDDYCORD, 1100 2ND AVE STE. 300,
SEATTLE, WA 98101-3429

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$131,977.39

3.39 Nonpriority creditor's name and mailing address
AWESOME OS INC., 8605 SANTA MONICA BLVD. #30540, LOS ANGELES, CA 90069

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$215,720.00

---

3.40 Nonpriority creditor's name and mailing address
AWIN INC., PO BOX 845591, BOSTON, MA 02284-5591

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$104,492.33

---

3.41 Nonpriority creditor's name and mailing address
BAMKO LLC, PO BOX 748020, CINCINNATI, OH 45274-8020

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$20,032.55

---

3.42 Nonpriority creditor's name and mailing address
BANDAI NAMCO ENTERTAINMENT AMERICA INC, PO BOX 7647, SAN FRANCISCO, CA 94120

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$5,042.96

3.43   Nonpriority creditor's name and mailing address
BATUTA CAPITAL ADVISORS LLC, 650 HALSTEAD AVE, MAMARONECK,
NY 10543

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

3.44   Nonpriority creditor's name and mailing address
BAY CITIES CONTAINER CORP., 5138 INDUSTRY AVENUE, PICO, RIVERA
90660

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$240,481.03

3.45   Nonpriority creditor's name and mailing address
BAY CITIES CONTAINER CORP., ATN: ROBERT J. STEMLER, KEESAL,
YOUNG & LOGAN, 400 OCEANGATE, LONG BEACH, CA, 90802

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.46   Nonpriority creditor's name and mailing address
BB DESIGNS USA LLC, UNIT 4, ECLIPSE INDUSTRIAL CENTRE,
SANDOWN ROAD, WATFORD, WD24 7UE

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$39,000.00

3.47   Nonpriority creditor's name and mailing address
BENCHMARK RESOLUTION GROUP LLC, DBA SIGNATURE
RESOLUTIONS, 633 W. 5TH STREET, STE 1000, LOS ANGELES, CA 90071

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.48   Nonpriority creditor's name and mailing address
BENJAMIN CARLIN, C/O SUPER CARLIN BROTHERS LLC, 2425 FAIRWAY
DRIVE SW, ROANOKE, VA 24015

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.49   Nonpriority creditor's name and mailing address
BENJAMIN WEITZ, 3368 CHARLESTON WAY, LOS ANGELES, CA 90068

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $17.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.50   Nonpriority creditor's name and mailing address
BENSUSSEN DEUTSCH & ASSOCIATES LLC (BD&A), PO BOX 749856,
LOS ANGELES, CA 90074-9856

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $649,612.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.51  Nonpriority creditor's name and mailing address
BERGESON, LLP, 111 N MARKET ST, STE. 600, SAN JOSE, CA 95113

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $3,838.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.52  Nonpriority creditor's name and mailing address
BERKSHIRE FASHIONS INC., 420 5TH AVE 28TH FLOOR, NEW YORK, NY 10018

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $3,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.53  Nonpriority creditor's name and mailing address
BETHESDA SOFTWORKS, LLC., WHOLLY OWNED BY ZENIMAX MEDIA, INC, J. GRIFFIN LESHER, 1370 PICCARD DRIVE, ROCKVILLE, GA 30326

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

---

3.54  Nonpriority creditor's name and mailing address
BETTER BUSINESS BUREAU, PO BOX 140015, BOISE, ID 83714

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $3,705.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.55 Nonpriority creditor's name and mailing address
BIOWORLD MERCHANDISING INC., APRIL ROOS BIOWORLD
MERCHANDISING INC., 1159 COTTONWOOD, LN, IRVING, TX 75038

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$473,330.75

3.56 Nonpriority creditor's name and mailing address
BIOWORLD MERCHANDISING INC., APRIL ROOS BIOWORLD
MERCHANDISING INC., 1159 COTTONWOOD, LN, IRVING, TX 75038

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SUBORDINATED CONVERTIBLE PROMISSORY NOTE

Is the claim subject to offset?
☑ No
☐ Yes

UNKNOWN

3.57 Nonpriority creditor's name and mailing address
BLANKET THING MEDIA, 4018 MONROE STREET, LOS ANGELES, CA
90029

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$6,280.00

3.58 Nonpriority creditor's name and mailing address
BLEACHER REPORT INC., ATTN: SHELLY MULLIS, JEREMY BREKKE,
DANE AAGAARD, PO BOX 32017, NEW YORK, NY 10087-2017

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$35,948.98

3.59   Nonpriority creditor's name and mailing address
BOMAN FORKLIFT, 2636 E. SOUTH ST., LONG BEACH, CA 90805

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $391.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.60   Nonpriority creditor's name and mailing address
BOOM ENTERTAINMENT INC., 5670 WILSHIRE BLVD, STE. 400, LOS
ANGELES, CA 90036

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $17,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.61   Nonpriority creditor's name and mailing address
BOPE LTD, BOPE LTD 67 CLERKENWELL ROAD, LONDON, EC1R 5BL

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $28,020.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.62   Nonpriority creditor's name and mailing address
BOSS FIGHT STUDIO, 1044 WASHINGTON ST, NORWOOD, MA 02062

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $5,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.63 Nonpriority creditor's name and mailing address
BOWE INDUSTRIES INC., C/O KIRSCHENBAUM & KIRSCHENBAUM PC.,
ATTN: KENNETH KIRSCHENBAUM AND STEVEN SHEINWALD, 200
GARDEN CITY PLAZA, SUITE 315, GARDEN CITY, NY 11530

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $55,787.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.64 Nonpriority creditor's name and mailing address
BOWE INDUSTRIES INC., C/O KIRSCHENBAUM & KIRSCHENBAUM, P.C.,
ATTN: KENNETH KIRSCHENBAUM AND STEVEN SHEINWALD, 200
GARDEN CITY PLAZA, SUITE 315, GARDEN CITY, NY, 11530

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

---

3.65 Nonpriority creditor's name and mailing address
BOX BLVD, ATTN: ERIC JOHNSON, 1008 ELKGROVE AVE, APT 3, VENICE,
CA 91185-1415

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

---

3.66 Nonpriority creditor's name and mailing address
BREAKWATER CREDIT OPPORTUNITIES FUND, L. P., AS AGENT FOR THE
LENDERS, 1999 AVENUE OF THE STARS, LOS ANGELES, CA 90067

Date or dates debt was incurred
06/01/2016

As of the petition filing date, the claim is:                     UNKNOWN
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TERMINATED UNSECURED LOAN

Is the claim subject to offset?
☑ No

☐ Yes

3.67  Nonpriority creditor's name and mailing address
BRENTWOOD SEARCH, 400 CONTINENTAL BLVD. 6TH FLOOR, SUITE 41,
EL SEGUNDO, CA 90245

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

---

3.68  Nonpriority creditor's name and mailing address
BRIAN LAIBOW, 573 CHAPALA DRIVE, PACIFIC PALISADES, CA 90272

Date or dates debt was incurred
08/03/2018

As of the petition filing date, the claim is:                    UNKNOWN
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SUBORDINATED CONVERTIBLE PROMISSORY NOTE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.69  Nonpriority creditor's name and mailing address
BRIEFLY STATED INC. (GBG), 350 5TH AVE 9TH FLOOR,, NEW YORK, NY
10118

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $19,947.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.70  Nonpriority creditor's name and mailing address
BUCHALTER NEMER - A PROFESSIONAL CORPORATION, ATTN:
GABRIEL G. GREEN, 1000 WILSHIRE BLVD. STE. 1500,, LOS ANGELES,
CA 90017-1730

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $47,421.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.71 | Nonpriority creditor's name and mailing address
BUNGIE INC., C/O MILLER NASH GRAHAM & DUNN LLP, ATTN: JOHN R. KNAPP JR., PIER 70, 2801 ALASKAN WAY, SUITE 300, SEATTLE, WA 98121

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$32,852.43

---

3.72 | Nonpriority creditor's name and mailing address
BYNDER LLC, 1730 SOUTH AMPHLETT BOULEVARD, SUITE 320, SAN MATEO, CA 94402

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$8,085.00

---

3.73 | Nonpriority creditor's name and mailing address
C.H. ROBINSON WORLDWIDE INC, 680 KNOX STREET SUITE 210, TORRANCE, CA 90502-1325

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$37,552.03

---

3.74 | Nonpriority creditor's name and mailing address
CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT, PO BOX 989150, SACRAMENTO, CA, 95798-9150

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.75  Nonpriority creditor's name and mailing address
CALIFORNIA WATER SERVICE COMPANY, PO BOX 51967, LOS ANGELES,
CA 90051-6267

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$473.83

---

3.76  Nonpriority creditor's name and mailing address
CANDICE C SHANE, 3410 TOURMALINE DRIVE, CARSON CITY, NV 89705

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

---

3.77  Nonpriority creditor's name and mailing address
CAPCOM USA INC., 800 CONCAR DRIVE SUITE 175, SAN MATEO, CA
94402

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$91,747.99

---

3.78  Nonpriority creditor's name and mailing address
CARL MARKS ADVISORY GROUP LLC, 900 THIRD AVE 33RD FL, NEW
YORK, NY 10022

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$35,062.70

3.79 Nonpriority creditor's name and mailing address
CARTA, 195 PAGE MILL RD, STE. 101, PALO ALTO, CA 94306

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$15,000.00

3.80 Nonpriority creditor's name and mailing address
CARTOON NETWORK ENTERPRISES INC., ATTN: PETER YODER, 1 TIME WARNER CENTER, 14TH FLOOR, NEW YORK, NY 10019

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$213,027.94

3.81 Nonpriority creditor's name and mailing address
CBRE INC., 400 S HOPE STREET, LOS ANGELES, CA 90071

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$59,788.51

3.82 Nonpriority creditor's name and mailing address
CBS CONSUMER PRODUCTS INC., ATTN: SCOTT ROBERTSON, ATTN: DANNY KIM, ALEXANDRA YEE, 500 SOUTH BUENA VISTA STREET, BURBANK, CA 91521

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$6,749.06

3.83   Nonpriority creditor's name and mailing address
CD PROJEKT S.A., ATTN: RAFAL KLOCZKO, CHIEF COUNSEL, UI.
JAGIELLOŃSKA 74, 03-301, WARAZAWA, POLAND

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $19,453.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.84   Nonpriority creditor's name and mailing address
CDS STUDIO PTE LTD, 195 PEARL'S HILL TERRACE,, #03-59, , 168976

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $1,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.85   Nonpriority creditor's name and mailing address
CDW DIRECT LLC, ATTN: VIDA KRUG, 200 N. MILWAUKEE, VERNON
HILLS, IL 60061

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $44,887.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.86   Nonpriority creditor's name and mailing address
CEDARWOOD YOUNG CO. AKA ALLAN COMPANY, 14620 JOANBRIDGE
ST., BALDWIN PARK, CA 91706

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $282.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.87   Nonpriority creditor's name and mailing address
CELIGO INC., 1820 GATEWAY DRIVE SUITE 260, SAN MATEO, CA 94404

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$43,679.29

---

3.88   Nonpriority creditor's name and mailing address
CENTURY GROUP PROFESSIONALS LLC, 222 N SEPULVEDA BLVD SUITE 2150, EL SEGUNDO, CA 90245

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$2,731.14

---

3.89   Nonpriority creditor's name and mailing address
CENTURY GROUP PROFESSIONALS, LLC, ATTN: JOANNE K. LEIGHTON, ARTIANO & ASSOCIATES, APC, 3828 CARSON STREET, SUITE 102, TORRANCE, CA, 90503

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.90    Nonpriority creditor's name and mailing address
CHANGES ONLINE, WHOLLY OWNED BY BOWE INDUSTRIES, INC.,
JERRY AMBROISE, 8836 77TH AVENUE, GLENDALE, CA 91302

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
- [x] No
- [ ] Yes

UNDETERMINED

---

3.91    Nonpriority creditor's name and mailing address
CHASE ANAST, 10707 MOORPARK ST. APT 206, NORTH HOLLYWOOD,
CA 91602

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,040.00

---

3.92    Nonpriority creditor's name and mailing address
CHINA BASIN BALLPARK COMPANY LLC, PACIFIC BELL PARK PREVIEW
CENTER, 24 WILLIE MAYS PLZ, SAN FRANSISCO, CA 94107-2134

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

$25,000.00

---

3.93    Nonpriority creditor's name and mailing address
CHRIS VILLAIN, 2801 MADONNA DR, FULLERTON, CA 92835

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,000.00

3.94    Nonpriority creditor's name and mailing address
CHRISTIAN GAMBARDELLA, STARGARDER STR 63, BERLIN, 10437

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $251.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.95    Nonpriority creditor's name and mailing address
CHRONO INC, ATTN: JUSTIN SACKS, ZAK STELTZ, AND ROBERT
MIEDEMA, 701 BRAZOS STREET, SUITE 150, AUSTIN, TX 78701

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $23,516.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.96    Nonpriority creditor's name and mailing address
CINTAS CORPORATION NO. 2, 2700 CAROLEAN IND. DR., STATE
COLLEGE, PA 16801

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $808.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.97    Nonpriority creditor's name and mailing address
CITY OF VERNON PUBLIC UTILITIES DEPARTMENT, 4305 SANTA FE
AVE, VERNON, CA 90058

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $1,765.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.98    Nonpriority creditor's name and mailing address
CLEAR FINANCE TECHNOLOGY CORPORATION, ATTN: ANDREW
D'SOUZA, 548 MARKET STREET SUITE 68100, SAN FRANCISCO, CA
94104

Date or dates debt was incurred
05/08/2019

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
REVENUE SHARE AGREEMENT

Is the claim subject to offset?
☑ No
☐ Yes

UNKNOWN

---

3.99    Nonpriority creditor's name and mailing address
CLEVER FOODIES, 6862 EISENHOWER CT,, CHINO, CA 91710

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$16,643.98

---

3.100    Nonpriority creditor's name and mailing address
CLOUD9 ESPORTS, INC. V LOOT CRATE , C/O LAW OFFICE OF DEREK A.
ELETICH, ATTN: DEREK A. ELETICH, PO BOX 391384, MOUNTAIN VIEW,
CA, 94039

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.101    Nonpriority creditor's name and mailing address
CNA INSURANCE, LOCK BOX 790094, ST. LOUIS, MO 63101

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$13,761.17

3.102 Nonpriority creditor's name and mailing address
CNN NEWS SOURCE, C/O SZABO ASSOCIATE, INC, 3355 LENOX ROAD
NE, SUITE 945, ATLANTA, CA 90291

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.103 Nonpriority creditor's name and mailing address
COKEM INTERNATIONAL LTD., 3880 FOURTH AVENUE EAST ,
SHAKOPEE, MN 55379

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $9,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.104 Nonpriority creditor's name and mailing address
COLLECTIVE COLOR, 1227 W. TEMPLE ST, LOS ANGELES, CA 90026

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $68,515.3
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.105 Nonpriority creditor's name and mailing address
COLONIAL LIFE, PO BOX 903, COLUMBIA, SC 29202-0903

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $433.9
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.106    Nonpriority creditor's name and mailing address
COMCAST BUSINESS -2805, PO BOX 70219, PHILADELPHIA, PA 19176-0219

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$207.87

---

3.107    Nonpriority creditor's name and mailing address
COMCAST SPORTSNET CHICAGO LLC, 75 REMITTANCE DRIVE SUITE 2850, CHICAGO, IL 60675-2850

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

3.108    Nonpriority creditor's name and mailing address
COMPU-GEN TECHNOLOGIES INC, 515 WEST 4TH STREET, WILLIAMSPORT, PA 17701

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$126.14

---

3.109    Nonpriority creditor's name and mailing address
CONCUR TECHNOLOGIES INC., ATTN: MELANIE MORGAN, RODOLFO GABA, 601 108TH AVENUE NE, STE. 1000, BELLEVUE, WA 98004

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$8,821.08

3.110    Nonpriority creditor's name and mailing address
CONTENTFUL INC., 101 MONTGOMERY STREET SUITE 1900, SAN
FRANCISCO, CA 94104-4135

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$2,318.00

---

3.111    Nonpriority creditor's name and mailing address
COOLEY LLP, ATTN: CATHY HERSHCOPF, ROBERT WINNING, AND
SARAH A. CARNES, 55 HUDSON YARDS, NEW YORK, NY 10001-2157

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$303,835.58

---

3.112    Nonpriority creditor's name and mailing address
COPYRIGHT PROMOTIONS CANADA, 235 CARLAW AVENUE, 5TH
FLOOR, TORONTO, ON M4M2S1

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$4,253.00

---

3.113    Nonpriority creditor's name and mailing address
CORE STAFFING SOLUTIONS, 655 S. MAIN STREET SUITE 200-199,
ORANGE, CA 92868

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$76,188.88

3.114  Nonpriority creditor's name and mailing address
CORT BUSINESS SERVICES CORP, D/B/A CORT FURNITURE RENTAL,
ATTN: DOLORES GONZALES, PO BOX 17401, BALTIMORE, MD 21297-
1401

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $2,277.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.115  Nonpriority creditor's name and mailing address
COYOTE LOGISTICS, 2545 W DIVERSEY AVE, 3RD FL, CHICAGO, IL 60647

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $2,765.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.116  Nonpriority creditor's name and mailing address
CREATA (USA) INC., 1801 SOUTH MEYERS ROAD, STE. 400, OAKBROOK
TERRACE, IL 60181

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                   $18,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.117  Nonpriority creditor's name and mailing address
CREATIVE LICENSING CORP / STUDIOCANAL, ATTN: RAND MARLIS,
10940 WILSHIRE BLVD, STE. 1600, LOS ANGELES, CA 90024

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                   $40,697.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.118   Nonpriority creditor's name and mailing address
CRITEO LTD,10 BLOOMSBURY WAY, LONDON, WC1A 2SH, UNITED
KINGDOM

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?

☑ No

☐ Yes

UNDETERMINED

3.119   Nonpriority creditor's name and mailing address
CUSTOM COFFEE PLAN, FARMERS BROTHERS CO., PO BOX 732855,
DALLAS, TX 75373

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$538.30

3.120   Nonpriority creditor's name and mailing address
CUSTOM PACKAGING SUPPLY INC., 3233 MISSION OAKS BLVD, UNIT H,
CAMARILLO, CA 93012

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$873.05

3.121   Nonpriority creditor's name and mailing address
DAMARIUS GOMEZ, 4919 NEVADA ST, BELL, CA, 90201

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

UNDETERMINED

3.122    Nonpriority creditor's name and mailing address
DANIEL J WILSON, 8460 YUCCA LANE, LOS ANGELES, CA 90031

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$44,192.4


3.123    Nonpriority creditor's name and mailing address
DARK HORSE COMICS INC., EULER HERMES COLLECTIONS NA, 800
RED BROOK BLVD SUITE 400C, OWINGS MILLS, MD 21117

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$61,335.62


3.124    Nonpriority creditor's name and mailing address
DAVE YANG, 47 VOYAGERS LANE, ASHLAND, MA 01721

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00


3.125    Nonpriority creditor's name and mailing address
DEBLASIO ENTERPRISES LLC DBA AGENCY 850, EAGLE BUSINESS
CREDIT LLC PO BOX 724051, ATLANTA, GA 31139-4051

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$16,935.40

3.126  Nonpriority creditor's name and mailing address
DEDRIAN SMALL, 2342 MANHATTAN BEACH BOULEVARD, GARDENA,
CA, 90249

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.127  Nonpriority creditor's name and mailing address
DELL BOOMI, 1400 LIBERTY RIDGE DRIVE, CHESTER BROOK, PA 19807

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$22,320.00

---

3.128  Nonpriority creditor's name and mailing address
DENDERA ADVISORY, LLC, 747 3RD AVENUE, NEW YORK, NY 10017

Date or dates debt was incurred
08/03/2018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SUBORDINATED CONVERTIBLE PROMISSORY NOTE

Is the claim subject to offset?
☑ No
☐ Yes

UNKNOWN

---

3.129  Nonpriority creditor's name and mailing address
DENNIS CALERO, 20 SHADYSIDE AVE, NYACK, NY 10960-4816

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

3.130 Nonpriority creditor's name and mailing address
DESIGN INTERNATIONAL GROUP INC., DCN HOLDINGS INC. SIX STAR (HK) LTD, 1806 33RD STREET SUITE 180, ORLANDO,, FL 32839

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$326,084.55

---

3.131 Nonpriority creditor's name and mailing address
DEVELOPMENT PLUS INC., 250 BEL MARIN KEYS BLVD, F-300, NOVATA, CA 94949

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$43,140.00

---

3.132 Nonpriority creditor's name and mailing address
DEVIN MILLER, 121 S HOPE ST, APT 605, LOS ANGELES, CA 90012-5020

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$0.01

---

3.133 Nonpriority creditor's name and mailing address
DEWEY SERVICES INCORPORATED, DEWEY PEST CONTROL, PO BOX 7114, PASADENA, CA 91109-7214

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$405.2

3.134  Nonpriority creditor's name and mailing address
DISNEY CONSUMER PRODUCTS INC., ATTN: SCOTT ROBERTSON, DANNY KIM, AND ALEXANDRA YEE, 500 SOUTH BUENA VISTA STREET, BURBANK, CA 91521

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$4.67

---

3.135  Nonpriority creditor's name and mailing address
DISNEY MUSIC GROUP, ATTN: LEGAL DEPT, 500 SOUTH BUENA VISTA STREET, BURBANK, CA 91506

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$1,474.00

---

3.136  Nonpriority creditor's name and mailing address
DLA PIPER LLP (US), PO BOX 75190, BALTIMORE, MD 21275

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$29,140.27

---

3.137  Nonpriority creditor's name and mailing address
DOUBLE FINE PRODUCTIONS INC., 525 BRANNAN STREET SUITE 200, SAN FRANCISCO, CA 94107

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$11,319.68

3.138  Nonpriority creditor's name and mailing address
DREAMWORKS ANIMATION LICENSING, LLC, 1000 FLOWER ST,
GLENDALE, CA 91201

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$36,381.9

3.139  Nonpriority creditor's name and mailing address
E-NOR INC., 5201 GREAT AMERICA PARKWAY , STE. 320, SANTA CLARA,
CA 95054

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$44,935.4

3.140  Nonpriority creditor's name and mailing address
EAGLEMOSS INC., 18317 INDUSTRIAL DR. MEADVILLE, MEADVILLE, PA
16388

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$7,767.00

3.141  Nonpriority creditor's name and mailing address
EASY POST, 417 MONTGOMERY ST. 5TH FLOOR, SAN FRANCISCO, CA
94104

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$8,000.00

3.142  Nonpriority creditor's name and mailing address
EAT CLUB, 3780 FABIAN WAY, PALO ALTO, CA 94303

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$21,253.38

3.143  Nonpriority creditor's name and mailing address
ED1125 LLC, 141 W. AVENUE 34, LOS ANGELES, CA 90031

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$4,983.21

3.144  Nonpriority creditor's name and mailing address
ELECTRONIC ARTS INC., 209 REDWOOD SHORES PARKWAY, REDWOOD CITY, CA 94065

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$29,080.18

3.145    Nonpriority creditor's name and mailing address
ELEPHANT GUN LLC, 970 16TH PLACE, VERO BEACH, FL 32960

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $30,515.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.146    Nonpriority creditor's name and mailing address
ELOISE ORBIN, C/O JUST LIKE FALLING OFF A BIKE LLC, 613 EWING
AVE, NASHVILLE, TN 37203

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $36,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.147    Nonpriority creditor's name and mailing address
EMILY WHITE, 319 NORTH GERTRUDA AVENUE, APT. B, REDONDO
BEACH, CA 90277

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.148    Nonpriority creditor's name and mailing address
ENDEMOL SHINE IP BV, MEDIARENA 1 , AMSTERDAM, 1114 BC

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $36,678.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.149 | Nonpriority creditor's name and mailing address
ERIK GUERRERO, 456 W 67 ST, LOS ANGELES, CA, 90003

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

UNDETERMINED

---

3.150 | Nonpriority creditor's name and mailing address
ETONIEN LLC, 222 N. SEPULVEDA BLVD. SUITE 1507, EL SEGUNDO, CA 90245

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$132,875.00

---

3.151 | Nonpriority creditor's name and mailing address
EVA CARDENAS, 10633 SPRY ST, NORWALK, CA, 90605

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

UNDETERMINED

---

3.152 | Nonpriority creditor's name and mailing address
EVOLUTION MANAGEMENT, ATTN: TRAVIS J. RUTHERFORD, 26635 AGOURA ROAD, SUITE 107, CALABASAS, LA 70062

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?

☑ No

☐ Yes

UNDETERMINED

3.153  Nonpriority creditor's name and mailing address
FAC71 LIMITED, C/O LESLIE WOOLFSON & CO., 137 BRENT STREET,
LONDON, NW4 4DJ

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$16,677.3

3.154  Nonpriority creditor's name and mailing address
FACEBOOK INC., 1601 WILLOW ROAD,, MENLO PARK, CA 94025

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,036,305.8

3.155  Nonpriority creditor's name and mailing address
FACTORY 1, LLC, ATTN: DAVID H. BOREN, RITHOLZ LEVY FIELDS LLP,
10940 WILSHIRE BOULEVARDSUITE 1600, LOS ANGELES, CA, 90024

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.156  Nonpriority creditor's name and mailing address
FACTORY1 LLC, 2860 GATE THREE PLACE, CHULA VISTA, CA 91914

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$274,324.33

3.157  Nonpriority creditor's name and mailing address
FAMETEK LLC, 2261 SOUTH ATLANTIC BLVD., COMMERCE, CA 90040

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $3,664.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.158  Nonpriority creditor's name and mailing address
FANSETS LLC, 6140 S. GUN CLUB RD, PO BOX 150, K6, AURORA, CO
80016

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $1,947.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.159  Nonpriority creditor's name and mailing address
FASHION ACCESSORY BAZAAR LLC, 15 WEST 34TH STREET, NEW
YORK, NY 10001

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $74,775.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.160  Nonpriority creditor's name and mailing address
FEDEX FREIGHT, JC HENDERSON, DEPT LA PO BOX 21415,, PASEDENA,
WI 53212-1059

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.161 Nonpriority creditor's name and mailing address
FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE. INC., 17210 S
MAIN ST , GARDENA, CA 90248

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$70,433.77

3.162 Nonpriority creditor's name and mailing address
FEDEX, 3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR, MEMPHIS, TN
38116-5017

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$337,116.44

3.163 Nonpriority creditor's name and mailing address
FILML.A. INC, 6255 W SUNSET BLVD, 12TH FLOOR, HOLLYWOOD, CA
90028

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$685.00

3.164 Nonpriority creditor's name and mailing address
FLEETWOOD-FIBRE PACKAGING & GRAPHICS, BRIAN MINN, CFOTODD
BROOKS, 15250 DON JULIAN RD., CITY OF INDUSTRY, CA 91745

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$276,305.49

3.165   Nonpriority creditor's name and mailing address
FLEXPORT INC., FLEXPORT LLC 760 MARKET STREET 8TH FLOOR, SAN FRANCISCO, CA 94102

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$10,633.75

---

3.166   Nonpriority creditor's name and mailing address
FLOQAST INC., 14721 CALIFA STREET, LOS ANGELES, CA 91411

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$9,613.4

---

3.167   Nonpriority creditor's name and mailing address
FOCALPOINT SECURITIES LLC, 11150 SANTA MONICA BLVD SUITE 1550, LOS ANGELES, CA 90025

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$45,919.07

---

3.168   Nonpriority creditor's name and mailing address
FOLIO ILLUSTRATION AGENCY, 10 GATE STREET, LONDON, WC2A 3HP

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$900.00

3.169  Nonpriority creditor's name and mailing address
FORWARD BROKERAGE LLC, PO BOX 310, ALTOONA, PA 16603

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $22,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.170  Nonpriority creditor's name and mailing address
FOX ENTERTAINMENT GROUP D/B/A TWENTIETH CENTURY FOX
LICENSING & MERCHANDISING, ATTN: JILL GITEL, 2121 AVENUE OF
THE STARS, 4TH FL. ROOM #428, LOS ANGELES, CA 90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $234,894.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.171  Nonpriority creditor's name and mailing address
FRANKLIN SPORTS INC, 17 CAMPANELLI PARKWAY, STOUGHTON, MA
02072

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,388.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.172  Nonpriority creditor's name and mailing address
FREDERATOR NETWORKS INC., 2829 N. GLENOAKS BLVD., BURBANK,
CA 91504

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $8,096.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.173   Nonpriority creditor's name and mailing address
FREEMAN, 2170 S TOWNE CENTRE PL, SUITE 100, ANAHEIM, CA 92806

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $14,383.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.174   Nonpriority creditor's name and mailing address
FULLSCREEN INC., TONY FERRIN, 12180 MILLENNIUM DRIVE,, PLAYA
VISTA, CA 90094

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $5,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.175   Nonpriority creditor's name and mailing address
FUNIMATION PRODUCTIONS, LTD., ATTN: GENERAL COUNSEL, 1200
LAKESIDE PARKWAY, BUILDING 1, FLOWER MOUND, TX 75028

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $115,892.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.176   Nonpriority creditor's name and mailing address
FUNKO LLC, C/O PERKINS COIE LLP, ATTN: HOLLY SIMPKINS, 1201
THIRD AVENUE, STE. 4900, SEATTLE, WA, 98101-3099

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.177  Nonpriority creditor's name and mailing address
GARY SANCHEZ, 12201 SW 95TH STREET, MIAMI, FL 33186

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.178  Nonpriority creditor's name and mailing address
GARY SCULLION, 5 VICTORIA GARDENS BIGGIN HILL, KENT, TN16 3DH

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.179  Nonpriority creditor's name and mailing address
GAYLE GILMAN, C/O SNARLY GIRL MEDIAQ (FKA RIPPLE
ENTERTAINMENT), 914 24TH ST, SANTA MONICA, CA 90403

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $12,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.180  Nonpriority creditor's name and mailing address
GEN3 MARKETING LLC, ATTN: ANTHONY P. TABASSO, 11 LOCHVIEW
LANE, PHOENIXVILLE, PA 18940

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.181   Nonpriority creditor's name and mailing address
GEN3 MARKETING LLC, ATTN: ANTHONY P. TABASSO, 11 LOCHVIEW
LANE, PHOENIXVILLE, PA, 18940

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.182   Nonpriority creditor's name and mailing address
GEORGE DAVIS, 1104 STRATFORD COURT, DEL MAR, CA 92014

Date or dates debt was incurred
08/03/2018

As of the petition filing date, the claim is:                    UNKNOWN
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SUBORDINATED CONVERTIBLE PROMISSORY NOTE

Is the claim subject to offset?
☑ No
☐ Yes

3.183   Nonpriority creditor's name and mailing address
GEORGE NADER, 316 BETHANY ROAD, BURBANK, CA 91504

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $3,786.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.184   Nonpriority creditor's name and mailing address
GIANT CREATURE INC., 2700 CAHUENGA BLVD EAST UNIT 4215, LOS
ANGELES, CA 90068

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.185  Nonpriority creditor's name and mailing address
GLOBAL ONE ACCESSORIES LLC, ATTN: BRANDON MICHAELS, 7
SHAKER HOLLOW ROAD, EAST SETAUKET, NY 11733

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $696,590.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.186  Nonpriority creditor's name and mailing address
GLOBAL ONE ACCESSORIES, INC., ATTN: GARRETT S. LLEWELLYN,
BARNES & THRONBURG LLP, 2029 CENTURY PARK EAST, SUITE 300,
LOS ANGELES, CA, 90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.187  Nonpriority creditor's name and mailing address
GOLD WING TOYS PRODUCTS LIMITED, ATTN: CHING LAU, 232 DES
VOEUX ROAD, CENTRAL HONG KONG, HONG KONG

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $1,403,745.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.188  Nonpriority creditor's name and mailing address
GOOGLE INC-ADWORDS, ALAN L. BRODKIN & ASSOCIATES, 15500B
ROCKFIELD BLVD., IRVINE, CA 92618

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $910.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.189  Nonpriority creditor's name and mailing address
GOOGLE INC., 1600 AMPHITHEATRE PKWY, MOUNTAIN VIEW, CA 94043

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $42,010.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.190  Nonpriority creditor's name and mailing address
GORDON K LARSON, 1370 HAUSER BLVD., LOS ANGELES, CA 90019

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $13,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.191  Nonpriority creditor's name and mailing address
GREEN TEAM MAINTENANCE & JANITORIAL SERVICES, PO BOX 1582, FONTANA, CA 92334

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $9,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.192  Nonpriority creditor's name and mailing address
GREENBERG TRAURIG LLP, 1900 UNIVERSITY AVENUE SUITE 500 EAST, PALO ALTO, CA 94303

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $517,974.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.193    Nonpriority creditor's name and mailing address
GREENFACE LLC, 3065 ROSECRANS STREET #208, SAN DIEGO, CA
92110

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.194    Nonpriority creditor's name and mailing address
GREY MATTER ART LLC, 245 N MAIN STREET, PO BOX 328, NEW YORK,
NY 10954

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.195    Nonpriority creditor's name and mailing address
GRINDR LLC, PO BOX 69176, WEST HOLLYWOOD, CA 90069

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $14,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.196    Nonpriority creditor's name and mailing address
H3 SPORTGEAR LLC, ATTN: GARRETT S. LLEWELLYN, BARNES &
THRONBURG LLP, 2029 CENTURY PARK EAST, SUITE 300, LOS
ANGELES, CA 90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $124,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.197  Nonpriority creditor's name and mailing address
H3 SPORTGEAR LLC, ATTN: GARRETT S. LLEWELLYN, BARNES &
THRONBURG LLP, 2029 CENTURY PARK EAST, SUITE 300, LOS
ANGELES, CA, 90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

3.198  Nonpriority creditor's name and mailing address
H3 SPORTGEAR, LLC, ATTN: DONALD B. KEMPSTER, ESQ, KEMPSTER
CORCORAN, QUICENO & LENZ-CALVO, LTD, 332 S. MICHIGAN AVE,
SUITE 1428, CHICAGO, IL, 60604

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    UNDETERMINED
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

3.199  Nonpriority creditor's name and mailing address
HACHETTE BOOK GROUP, PO BOX 8828, JFK STATION, BOSTON, MA
02114

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $186,320.16
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.200 Nonpriority creditor's name and mailing address
HALO BRANDED SOLUTIONS, INC., C/O GARDENER, RIECHMANN, & CHOW, ATTN: RON CHOW, 438 E. KATELLA AVE., SUITE 202, ORANGE, CA, 92867

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.201 Nonpriority creditor's name and mailing address
HAMLIN'S CUSTOM BEVERAGES, 2631 S. LA CIENEGA BLVD, LOS ANGELES, CA 90034

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$36.00

3.202 Nonpriority creditor's name and mailing address
HANNAH RUNKLE, 4934 ANGELES CREST HWY, LA CANADA FLINTRIDGE, CA 91011

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$950.00

3.203 Nonpriority creditor's name and mailing address
HARMONY GOLD USA INC., CHRISTY DURAN, VP, BUSINESS & LEGAL AFFAIRS, 7655 SUNSET BLVD., LOS ANGELES, CA 90046

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$12,172.92

3.204  Nonpriority creditor's name and mailing address
HARPREET MARWAHA DBA TELLROBO, 2160 PACIFIC AVE APT6, SAN
FRANCISCO, CA 94115-1549

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$31,250.00

3.205  Nonpriority creditor's name and mailing address
HARVARD STUDENT AGENCIES, 67 MT AUBURN ST, CAMBRIDGE, MA
02138

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$950.00

3.206  Nonpriority creditor's name and mailing address
HASBRO INC., 1027 NEWPORT AVE., PAWTUCKET, RI 02862

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$73,167.75

3.207  Nonpriority creditor's name and mailing address
HATCH EXHIBITS LLC., 6660 SANTA BARBARA ROAD SUITE 25,
ELKRIDGE, MD 21075

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$393.00

3.208   Nonpriority creditor's name and mailing address
HAYDEE CHINCHILLA, 6745 TOLER AVE, BELL GARDENS, CA, 90201

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

3.209   Nonpriority creditor's name and mailing address
HAYS INSURANCE BUSINESS, ATTN: MARK DANG, 880 APOLLO STREET,
SUITE 300, EL SEGUNDO, CA 90245

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.210   Nonpriority creditor's name and mailing address
HCVT, LLP (HOLTHOUSE/CARLIN/VAN TRIGT), 11444 WEST OLYMPIC
BOULEVARD, LOS ANGELES, CA 90064

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $9,478.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.211   Nonpriority creditor's name and mailing address
HELLER'S GAS INC., LEWISBURG PO BOX 444, BERWICK, PA 18603

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $63.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.212   Nonpriority creditor's name and mailing address
HENRY MARTINEZ, 103 E 67TH ST, LONG BEACH, CA, 90805

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

3.213   Nonpriority creditor's name and mailing address
HERMON FESSAHAYE, 6312 10TH AVE #4, LOS ANGELES, CA, 90043

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

3.214   Nonpriority creditor's name and mailing address
HMML INC, 592 RADCLIFFE AVE PACIFIC, PALISADES, CA 90272

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     $20,631.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.215   Nonpriority creditor's name and mailing address
HNRY LOGISTICS INC., 5200 W. 110TH ST., OVERLAND PARK, KS 66211

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:     $11,015.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.216   Nonpriority creditor's name and mailing address
HOOTSUITE MEDIA INC., 535 MISSION STREET, SAN FRANCISCO, CA 94104

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $5,533.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.217   Nonpriority creditor's name and mailing address
HORIZON IMPORTS INC, 10 WEST 33RD ST STE 606, NEW YORK, NY 10001

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.218   Nonpriority creditor's name and mailing address
HR LINK INC., 4420 GAGE AVE, BELL, CA 90201

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $19,000.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.219   Nonpriority creditor's name and mailing address
HYP HOSIERY, 20 WEST 37TH STREET 5TH FLOOR, NEW YORK, NY 10018

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $45,977.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.220  Nonpriority creditor's name and mailing address
IDEA AND DESIGN WORKS LLC, IDW PUBLISHING LLC, 2765 TRUXTUN
ROAD, SAN DIEGO, CA 92106

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $24,484.25
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.221  Nonpriority creditor's name and mailing address
IDEA AND DESIGN WORKS, LLC, ATTN: GABE P. WRIGHT, HAHN, LOESER
& PARKS LLP, 600 WEST BROADWAY, SUITE 1500, SAN DIEGO, CA,
92101

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

---

3.222  Nonpriority creditor's name and mailing address
IDEA NUOVA INC., ATTN: DIANA RIDGE, WARNER & SCHEURMAN, 6
WEST 8TH STREET, 10TH FLOOR, NEW YORK, NY 10011

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $66,750.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.223  Nonpriority creditor's name and mailing address
IDEA NUOVA, INC., ATTN: JONATHON D. WARNER, WARNER &
SCHEURMAN, 6 WEST 8TH STREET, 10TH FLOOR, NEW YORK, NY, 10011

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.224   Nonpriority creditor's name and mailing address
IHC CREATIVE INC., 932 WILSON ST #2D, LOS ANGELES, CA 90021

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.225   Nonpriority creditor's name and mailing address
IMGUR INC., 600 CALIFORNIA STREET 11TH FLOOR, SAN FRANCISCO,
CA 94108

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $7,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.226   Nonpriority creditor's name and mailing address
IMPACT RADIUS INC DBA IMPACT TECH INC, IMPACT RADIUS 223 E. DE
LA GUERRA, SANTA BARBARA, CA 93101

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $178,851.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.227   Nonpriority creditor's name and mailing address
INCEPTION VENTURES INC., 15928 VENTURA BLVD.# 224, ENCINO, CA
91316

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.228  Nonpriority creditor's name and mailing address
INKSEE DBA WHITE LABEL MFG , C/O HAMPTON HOLLEY LLP, 2101
EAST COAST HWY, #100, CORONA DEL MAR, CA, 92625

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.229  Nonpriority creditor's name and mailing address
INNOVATIVE DESIGNS LLC, 141 WEST 36TH STREET 8TH FLOOR, NEW
YORK, NY 10018

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $87,880.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.230  Nonpriority creditor's name and mailing address
INSIGHT EDITIONS, LP, 800 A STREET, SAN RAFAEL, CA 94901

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $81,226.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.231  Nonpriority creditor's name and mailing address
IPFS CORPORATION, 30 MONTGOMERY STREET, SUITE 501, JERSEY
CITY, NJ 7302

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $83,189.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.232  Nonpriority creditor's name and mailing address
IRELL & MANELLA LLP, 840 NEWPORT CENTER DRIVE, SUITE 400,
NEWPORT BEACH, CA 92660

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $164,442.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.233  Nonpriority creditor's name and mailing address
IRON MOUNTAIN, PO BOX 601002, PASADENA, CA 91189-1002

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $138.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.234  Nonpriority creditor's name and mailing address
JACK NADEL INC, ATTN: PAULINE METZLER, 8701 BELLANCA AVE., LOS
ANGELES, CA 90045

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $574,999.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.235  Nonpriority creditor's name and mailing address
JACK NADEL, INC., ATTN: WILLIAM E. IRELAND, HAIGHT BROWN &
BONESTEEL LLP, 555 SOUTH FLOWER STREET, 45TH FLOOR, LOS
ANGELES, CA, 90071

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

3.236  Nonpriority creditor's name and mailing address
JACMEL JEWELRY INC., 401 PENHORN AVE UNIT 1, SECAUCUS, NJ
07094

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $66,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.237  Nonpriority creditor's name and mailing address
JAKKS SALES CORPORATION, 2951 28TH STREET, SANTA MONICA, CA
90405

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $104,948.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.238  Nonpriority creditor's name and mailing address
JAMES DEULING, 220 E BROADWAY #210, GLENDALE, CA 91205

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $7,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.239  Nonpriority creditor's name and mailing address
JAN ROJAS, 766 VALENCIA STREET, ANAHEIM, CA 92805

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $128.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE EXPENSE

Is the claim subject to offset?
☑ No

☐ Yes

3.240  Nonpriority creditor's name and mailing address
JAY FRANCO AND SONS INC., EULER HERMES COLLECTIONS NA 800
RED BROOK BLVD SUITE 400C, OWINGS MILLS, MD 21117

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $36,014.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.241  Nonpriority creditor's name and mailing address
JENIEL BRAUN, 3313 ROSEMEAD PLACE, ROSEMEAD, CA 91770

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.242  Nonpriority creditor's name and mailing address
JEREMY CALDWELL, 1013 FAIRHAVEN DR, GARLAND, TX 75040

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $1,062.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.243  Nonpriority creditor's name and mailing address
JINX INC., 13465 GREGG ST, POWAY, CA 92064

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $3,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.244  Nonpriority creditor's name and mailing address
JOSH PAYNE, 4217 JACKSON AVE, CULVER CITY, CA 90232-3235

Date or dates debt was incurred
08/03/2018

As of the petition filing date, the claim is:                    UNKNOWN
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
SUBORDINATED CONVERTIBLE PROMISSORY NOTE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.245  Nonpriority creditor's name and mailing address
JOYRIDE COFFEE DISTRIBUTORS LLC, 37-12 56TH ST, WOODSIDE, NY 11377

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $2,840.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.246  Nonpriority creditor's name and mailing address
JP MORGAN CHASE BANK NA, PO BOX 15918 STE DE1-1404, WILMINGTON, DE 19850

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $6,356.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
CREDIT CARD CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

---

3.247  Nonpriority creditor's name and mailing address
JPL ASSOC INC. DBA PROMOTIONAL CONCEPTS TEAM, STE 201, FT. LAUDERDALE, FL 33314

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $577,424.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.248   Nonpriority creditor's name and mailing address
JPL ASSOCIATES, INC., C/O CHRIS GOOD, DBA PROMOTIONAL
CONCEPTS TEAM, GOOD LAW, 2934 1/2 NORTH BEVERLY, LOS
ANGELES, CA, 90077

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.249   Nonpriority creditor's name and mailing address
JULIAN HIGGINS, 11741 GILMORE ST #102, NORTH HOLLYWOOD, CA
91606

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

3.250   Nonpriority creditor's name and mailing address
JUST FUNKY LLC, GOODMAN FACTORS, 3010 LBJ FREEWAY SUITE 540,
DALLAS, TX 75234

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$72,701.8

---

3.251   Nonpriority creditor's name and mailing address
JUST FUNKY, LLC, C/O RITZER, COUGHLIN, & PAGLIA, LTD., ATTN:
PATRICK J. THOMAS, 1360 EAST NINTH STREET, 1000 IMAGE CENTER,
CLEVELAND, OH, 44144

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.252    Nonpriority creditor's name and mailing address
K&S SPECIALTY PRODUCTS, 25526 HARDY PL, STEVENSON RANCH, CA 91381

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $1,427,665.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.253    Nonpriority creditor's name and mailing address
KAISER FOUNDATION HEALTH PLAN, FILE 5915, LOS ANGELES, CA 90074-5915

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $25,433.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.254    Nonpriority creditor's name and mailing address
KOHL BUILDING MAINTENANCE, 9538 TOPANGA CANYON BLVD, CHATSWORTH, CA 91311

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $3,189.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.255   Nonpriority creditor's name and mailing address
KONAMI DIGITAL ENTERTAINMENT INC, ATTN: TOMOKO KUBO, 2381
ROSCRANS AVE STE. 200,, EL SEGUNDO, CA 90245-4922

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:      $136.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.256   Nonpriority creditor's name and mailing address
KOURT SECURITY PARTNERS LLC DBA SELECT SECURITY, PO BOX
1707, LANCASTER, PA 17608-1707

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:      $176.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.257   Nonpriority creditor's name and mailing address
KPMG LLP, DEPT 0922, PO BOX 120922, DALLAS, TX 75312

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:      $34,569.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.258   Nonpriority creditor's name and mailing address
KRISTIN SCHOTT, C/O SCREENWAVE MEDIA INC, 3425 LIMEKILN PIKE,
SUITE #10, CHALFONT, PA 18914

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:      $9,312.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.259   Nonpriority creditor's name and mailing address
L.A. COMMERCIAL GROUP, INC., C/O JESSICA L. LEMOINE, DBA
CONTINENTAL COMMERCIAL GROUP, PO BOX 251450, GLENDALE, CA,
91225

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.260   Nonpriority creditor's name and mailing address
LANDSBERG ORORA, ATTN: PETE AUDE, 1900 WEST UNIVERSITY
DRIVE, SUITE 101, TEMPE, AZ 85281

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$301,827.76

---

3.261   Nonpriority creditor's name and mailing address
LANDSBERG ORORA, ATTN: THOMAS VANCE, VANCE AND BLAIR, 991
LOMAS SANTA FE DRIVE, SUITE C-435, SOLANA BEACH, CA, 92075

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.262   Nonpriority creditor's name and mailing address
LANDSTAR GLOBAL LOGISTICS, INC., 13410 SUTTON PARK DRIVE
SOUTH, JACKSONVILLE, FL 32224

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.263   Nonpriority creditor's name and mailing address
LEE A LAUNAY, 6370 QUEBEC DRIVE, LOS ANGELES, CA 90068

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.264   Nonpriority creditor's name and mailing address
LEGALZOOM ENTERPRISE INITIATIVES INC., LEGAL ZOOM.COM INC,
101 N. BRAND BLVD. 10TH FLOOR, GLENDALE, CA 91203

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $584.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.265   Nonpriority creditor's name and mailing address
LEGENDARY GEEK AND SUNDRY LLC, 2525 NAOMI STREET, BURBANK,
CA 91504

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.266   Nonpriority creditor's name and mailing address
LEGENDARY PICTURES FUNDING LLC. , 4000 WARNER BOULEVARD,
BURBANK, CA 91522

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $46,721.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.267  Nonpriority creditor's name and mailing address
LIA ASSOCIATES, LLC, C/O REBECCA HUFFORD-COHEN, LAW OFFICES
OF REBECCA HUFFORD-COHEN, 433 NORTH CAMDEN DRIVE, SUITE
600, BEVERLY HILLS, CA, 90210

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.268  Nonpriority creditor's name and mailing address
LINKEDIN CORPORATION, ATTN: MINDY BULLINGTON, 2029 STIERLIN
COURT, MOUNTAIN VIEW, CA 94043

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$13,500.00

---

3.269  Nonpriority creditor's name and mailing address
LIPSKY LOWE LLP, 420 LEXINGTON AVE, SUITE 1830, NEW YORK, NY
10170

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

3.270  Nonpriority creditor's name and mailing address
LITTLER MENDELSON, PC, 2049 CENTURY PARK E,, LOS ANGELES, CA
90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$108,053.64

3.271   Nonpriority creditor's name and mailing address
LIVEINTENT INC., 222 BROADWAY, FLOOR 22, NEW YORK, NY 10038

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$5,450.72

3.272   Nonpriority creditor's name and mailing address
LOOKER DATA SCIENCES INC, 101 CHURCH STREET 4TH FLOOR,
SANTA CRUZ, CA 95060

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$15,600.00

3.273   Nonpriority creditor's name and mailing address
LUIS E ZULETA, C/O ABOVE THE CLOUDS LLC, 14953 LASSEN STREET,
MISSION HILLS, CA 91345

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

3.274   Nonpriority creditor's name and mailing address
M. SOLOMON & ASSOCIATES INC., 4314 MARINA CITY DRIVE,
PENTHOUSE 20, MARINA DEL REY, CA 90292

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$12,500.00

3.275   Nonpriority creditor's name and mailing address
MACMILLAN HOLDINGS LLC, D/B/A HOLTZBRINCK PUBLISHERS LLC,
ALISON LAZARUS, 16365 JAMES MADISON HWY., GORDONSVILLE, VA
22942

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $20,255.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes


3.276   Nonpriority creditor's name and mailing address
MAHAR MANUFACTURING CORP, D/B/A FIESTA CONCESSION CORP.,
ATTN: MICHAEL LAUBER & CAROLE RANSLEY, 2834 E. 46TH STREET,
VERNON, CA 90058

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $14,923.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes


3.277   Nonpriority creditor's name and mailing address
MAIDEN COLLECTIBLES LTD. (UK), ATTN: LLEXI LEON, BRIDLE HOUSE,
36 BRIDLE LANE, LONDON, W1F9BZ

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $6,389.1
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes


3.278   Nonpriority creditor's name and mailing address
MAJESTY BRANDS, 469 7TH AVENUE, SUITE 1301, NEW YORK, NY
10018

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $4,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.279  Nonpriority creditor's name and mailing address
MAJOR FULFILLMENT LLC, 13707 S. FIGUEROA ST, LOS ANGELES, CA 90061

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $98,129.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.280  Nonpriority creditor's name and mailing address
MAJOR LEAGUE BASEBALL PROPERTIES INC., ATTN: KRISTA BROWN, JOSEPHINE FUZESI, DENIS NOLAN, KATHLEEN TORRES, ASHLEY KRAUS, GILLIEN MURRAY, ETHAN ORLINSKY, 245 PARK AVENUE,, NEW YORK, NY 10167

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.281  Nonpriority creditor's name and mailing address
MAKER STUDIOS INC, PO BOX 101596, PASADENA, CA 91189-0005

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $79,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.282  Nonpriority creditor's name and mailing address
MARK MONITOR INC., MARKMONITOR, PO BOX 71398, CHICAGO, IL 60694-1398

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $13,090.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.283  Nonpriority creditor's name and mailing address
MARTIN WONG, 3517 BIRCHWOOD TERRACE, #201, FREMONT, CA
94536

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.284  Nonpriority creditor's name and mailing address
MARVEL BRANDS LLC, MARVEL CHARACTERS B.V., C/O MARVEL
ENTERTAINMENT LLC, ATTN: YOLANDA CRUZ, 135 WEST 50TH ST 7TH
FLOOR, NEW YORK, NY 10020

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $493,150.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.285  Nonpriority creditor's name and mailing address
MASTER EXCAVATING LLC, 166 TOBACCO SHED RD, LOCK HAVEN, PA
17745

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $8,490.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.286  Nonpriority creditor's name and mailing address
MCHALE DESIGN INC., ATTN: MAUREEN MCHALE, 1855 CORONADA
AVENUE, SUITE C, SIGNAL HILL, CA 90755

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $9,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.287   Nonpriority creditor's name and mailing address
MCKINSEY & COMPANY INC. UNITED STATES, PO BOX 7247-7255,
PHILADELPHIA, PA 119170-7255

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $2,353,577.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.288   Nonpriority creditor's name and mailing address
MELANIE M. VERDUGO, 851 GREENSIDE DR., #3214, RICHARDSON, TX
75080

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.289   Nonpriority creditor's name and mailing address
MERRILL COMMUNICATIONS LLC, ONE MERRILL CIRCLE, ST PAUL, MN
55108

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $2,911.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.290   Nonpriority creditor's name and mailing address
METLIFE SMALL BUSINESS CENTER, METLIFE, PO BOX 783895,
PHILADELPHIA, PA 19178-3895

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                 $33,167.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.291 Nonpriority creditor's name and mailing address
MICHAEL FONTAINE, 6216 NEWLIN AVENUE, WHITTIER, CA 90601

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $12.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE EXPENSE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.292 Nonpriority creditor's name and mailing address
MICROSOFT CORPORATION, ATTN: JOSEPH FERSTL, ONE MICROSOFT
WAY, REDMOND, WA 98052-6399

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $680.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.293 Nonpriority creditor's name and mailing address
MICROSOFT SERVICES (HALO), MICROSOFT SERVICES, PO BOX
844510, DALLAS, TX 75284-4510

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $34,434.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.294 Nonpriority creditor's name and mailing address
MIDWEST BODY PARTS, ATTN: KEVIN COX, PO BOX 471,
WILLIAMSBURG, OH 45176

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $26,723.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.295   Nonpriority creditor's name and mailing address
MIMI PACK INC., 19425 SOLEDAD CANYON ROAD, #178, CANYON
COUNTY, CA 91351

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $30,001.68
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes


3.296   Nonpriority creditor's name and mailing address
MIN (HARRY) KANG, 310 WASHINGTON BOULEVARD, UNIT 701,
MARINA DEL REY, CA 90292

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes


3.297   Nonpriority creditor's name and mailing address
MITCHELL & NESS LLC, 235 S 17TH ST, PHILADELPHIA, PA 19103

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $39,273.38
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes


3.298   Nonpriority creditor's name and mailing address
MLB ADVANCED MEDIA, LP, 75 NINTH AVENUE, NEW YORK, NY 10011

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $500,000.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.299  Nonpriority creditor's name and mailing address
MOBILEFORMING, ATTN: JONATHAN ARNOTT AND DAVID LYNCH,
611N. BRAND AVE, 11TH FLOOR, GLENDALE, CA 91203

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.300  Nonpriority creditor's name and mailing address
MOBILEWORKS INC. DBA LEADGENIUS, WHOLLY OWNED BY
MOBILEWORKS INC., ATTN: DOMINIC BERMUDEZ, 2054 UNIVERSITY
AVENUE,, STE. 400, BERKELEY, CA 94704

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $10,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.301  Nonpriority creditor's name and mailing address
MOBYFOX INC., ATTN: FEARGAL MAC CONULADH AND FRANCESC
ENRICH, 545 MIDDLEFIELD ROAD, SUITE 165, MENLO PARK, CA 94025

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.302  Nonpriority creditor's name and mailing address
MODE TRANSPORTATION LLC, LOCKBOX SERVICES PO BOX 936644,
HAPEVILLE, GA 30354-1705

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $100,659.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.303  Nonpriority creditor's name and mailing address
MONICA THOMPSON, 5 W MAIN ST , APT #8, LOCK HAVEN, PA, 17745

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

---

3.304  Nonpriority creditor's name and mailing address
MOOSE TOY LLC, 737 CAMPUS SQUARE W, EL SEGUNDO, CA 90245

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $33,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.305  Nonpriority creditor's name and mailing address
MPS-VIRGINIA, 16365 JAMES MADISON HIGHWAY, GORDONSVILLE, VA 22942

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

---

3.306  Nonpriority creditor's name and mailing address
MUTSUMI MIYAZAKI, 16417 SOUTH HOBART BOULEVARD, GARDENA, CA 90247

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $22.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.307 | Nonpriority creditor's name and mailing address
MWW GROUP LLC, C/O WHITE & WILLIAMS LLP, ATTN: MARTINA YACOUB, ONE RIVERFORNT PLAZA, 1037 RAYMOND BLVD SUITE 230, NEWARK, NJ 07102

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$138,709.92

---

3.308 | Nonpriority creditor's name and mailing address
MWW GROUP, LLC, C/O WHITE & WILLIAMS LLP, ATTN: MARTINA YACOUB, ONE RIVERFORNT PLAZA, 1037 RAYMOND BLVD, SUITE 230, NEWARK, NJ, 07102

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

---

3.309 | Nonpriority creditor's name and mailing address
MY ANIME LIST LLC, 8445 CAMINO SANTA FE SUITE 210, SAN DIEGO, CA 92121

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

3.310    Nonpriority creditor's name and mailing address
NAOMI KYLE, DBA THENK INC., 2638 RED SAGE, IRVINE, CA 92618

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$9,500.00

---

3.311    Nonpriority creditor's name and mailing address
NBA MEDIA VENTURES LLC, SALVATORE LAROCCA AND JANEE
HOWARD, 645 FIFTH AVENUE, NEW YORK, NY 10022

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$156,750.00

---

3.312    Nonpriority creditor's name and mailing address
NBCUNIVERSAL-UNIVERSAL STUDIOS LICENSING LLC, UNIVERSAL
CITY DEV PARTNERS, 1000 UNIVERSAL STUDIOS PLAZA (B15),
ORLANDO, FL 32819-7610

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$95,658.85

---

3.313    Nonpriority creditor's name and mailing address
NECA, PO BOX 5651, CLARK, NJ 07066

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.314   Nonpriority creditor's name and mailing address
NERDIST INDUSTRIES LLC, 2525 NAOMI ST., BURBANK, CA 91504

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $115,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.315   Nonpriority creditor's name and mailing address
NETFLIX DISTRIBUTION LLC, 100 WINCHESTER CIRCLE, LOS GATOS, CA
95032

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $74,817.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.316   Nonpriority creditor's name and mailing address
NEW ENGEN INC., ATTN: MARNIX BRINKHOFF, 2401 4TH AVE, SUITE
700, SEATTLE, WA 98121

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $64,081.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.317   Nonpriority creditor's name and mailing address
NEW ERA CAP CO. INC, 6111 GRAYSON RD., HARRISBURG, PA 17111

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                              $9,368.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.318   Nonpriority creditor's name and mailing address
NICHOLAS ACOSTA, 1256 W. 187TH PLACE, GARDENA, CA 90248

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.319   Nonpriority creditor's name and mailing address
NIPPON IMPORTS DBA BLUEFIN DISTRIBUTION, 3321 E. LA PALMA,
ANAHEIM, CA 92806

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $45,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.320   Nonpriority creditor's name and mailing address
NMPI, AKA INCUBETA, 4551 GLENCOE AVE STE 330, MARINA DEL REY,
CA 90292

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $51,613.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.321   Nonpriority creditor's name and mailing address
NOAH SYNDERGAAD, ATHLETE/INFLUENCER FOR MLB, C/O CAA
SPORTS, ATTN: MATT BROWNSTEIN AND MARISSA DISHAW, 8625
PATTERSON AVE, RICHMOND, VA 23229

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $30,666.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.322  Nonpriority creditor's name and mailing address
NORMA AGUILAR, 2219 GRIFFIN AVE, #1, LOS ANGELES, CA, 90031

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

---

3.323  Nonpriority creditor's name and mailing address
OATH AMERICAS INC., 13031 W JEFFERSON BLVD., BUILDING 900, LOS ANGELES, CA 90094

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $25,717.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.324  Nonpriority creditor's name and mailing address
OFFERS.COM LLC, 7801 N. CAPITAL OF TEXAS HWY., SUITE 300, AUSTIN, TX 78731

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.325  Nonpriority creditor's name and mailing address
OFFICE DEPOT INC., 6600 N MILITARY TRAIL - S416R, BOCA RATON, FL 33496

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $714.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.326    Nonpriority creditor's name and mailing address
OPTIMAD MEDIA LLC, 13217 JAMBOREE RD, TUSTIN, CA 92782

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:        $4,111.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.327    Nonpriority creditor's name and mailing address
ORANGE COURIER INC, ATTN: MARIED SAN GABRIEL, 3731 W. WARNER AVE., SANTA ANA, CA 92704

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:        $22,579.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.328    Nonpriority creditor's name and mailing address
OSMAN KHAN, 205 EAST BROADWAY, NEW YORK, NY 10002

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:        $12,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.329    Nonpriority creditor's name and mailing address
OWJI LAW GROUP, OWJI LAW GROUP, PO BOX 355, SAN FRANCISCO, CA 94104-0355

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:        $14,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.330 Nonpriority creditor's name and mailing address
PACIFIC CAPITAL MANAGEMENT LLC, ATTN: PENNY BORDOKAS,
11601 WILSHIRE BLVD STE 1925, LOS ANGELES, CA 90025

Date or dates debt was incurred
08/03/2018

As of the petition filing date, the claim is:                UNKNOWN
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SUBORDINATED CONVERTIBLE PROMISSORY NOTE

Is the claim subject to offset?
☑ No
☐ Yes

3.331 Nonpriority creditor's name and mailing address
PALADONE PRODUCTS LTD, ATTN: STEVE FLEMING & GRAEME CARR,
NEW WHARF BRIGHTON ROAD, UNIT 3, SHOREHAM-BY-SEA, W SUSSEX
BN43 6RN

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $41,800.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.332 Nonpriority creditor's name and mailing address
PARTY ANIMAL INC., IAN ESCHER 909 CROCKER ROAD, WESTLAKE, OH
44145

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $34,417.1
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.333 Nonpriority creditor's name and mailing address
PATRICK ALUISE, 26 AMBERLEAF, IRVINE, CA 92614

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                $5,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.334   Nonpriority creditor's name and mailing address
        PAUL BIANCHI, 4101 ARCH DRIVE #106, STUDIO CITY, CA 91604

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $1,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.335   Nonpriority creditor's name and mailing address
        PAUL BRIERLEY, 6228 DE LONGPRE AVE, APT 8, LOS ANGELES, CA
        90028

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $625.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.336   Nonpriority creditor's name and mailing address
        PAULA BYERS, NO ADDRESS AVAILABLE

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $174.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.337   Nonpriority creditor's name and mailing address
        PAYPRO ADMINISTRATORS, 6180 QUAIL VALLEY COURT, RIVERSIDE, CA
        92507-0757

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $201.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.338   Nonpriority creditor's name and mailing address
        PEDRO ACUNA, 130 1/2 WEST AVENUE 34, LOS ANGELES, CA, 90031

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:        UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No
☐ Yes

---

3.339   Nonpriority creditor's name and mailing address
        PERFORMANCE DESIGNED PRODUCTS LLC, 2300 W EMPIRE AVE SUITE
        600, BURBANK, CA 91504

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:        $72,418.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.340   Nonpriority creditor's name and mailing address
        PHILIP CHUBAK, C/O CHUBAK FINANCE, 10318 LLONA AVE, LOS
        ANGELES, CA 90064

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:        $2,775.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.341   Nonpriority creditor's name and mailing address
        PHOTOBARN INC., 10529 KINGSTON PIKE, KNOXVILLE, TN 37934

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:        $2,230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.342 Nonpriority creditor's name and mailing address
PIERCE E COOK, III, 168 MERRILL AVENUE, SIERRA MADRE, CA 91024

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$1,250.00

3.343 Nonpriority creditor's name and mailing address
PINS MEDALS COINS, PINSMEDALSCOINS LLC, 1100 WALL ST. SUITE 218, LOS ANGELES, CA 90015

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$18,362.00

3.344 Nonpriority creditor's name and mailing address
PLAYBILL INC., 37-15 61ST STREET, WOODSIDE, NY 11377

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$4,474.00

3.345 Nonpriority creditor's name and mailing address
PLAYTAP MEDIA LLC, 7928 HOLLYWOOD BLVD. # 326, LOS ANGELES, CA 90046

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$20,250.00

| 3.346 | Nonpriority creditor's name and mailing address<br>PLUS STUDIOS LLC, 3917 E. LONE MOUNTAIN ROAD, SUITE CC, NORTH LOS ANGELES, NV 89081 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $26,541.02 |
|---|---|---|---|

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address<br>PPL ELECTRIC UTILITIES, 2 NORTH 9TH STREET, CPC-GENN1, ALLENTOWN, PA 18101-1175 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,027.52 |
|---|---|---|---|

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address<br>PPW TOYS, 7843 W. 79TH STREET, PLAYA DEL REY, CA 90293 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,500.00 |
|---|---|---|---|

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address<br>PRASHANTH LYENGAR, C/O BLUE ORCA AI LLC, 7203 PINTADO, IRVINE, CA 92618 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,780.00 |
|---|---|---|---|

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.350   Nonpriority creditor's name and mailing address
PRINTING MANAGEMENT ASSOCIATES, 17128 EDWARDS RD,
CERRITOS, CA 90703

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $3,604.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.351   Nonpriority creditor's name and mailing address
PROMEVO LLC, PROMEVO BILLING DEPARTMENT, 808 LYNDON LN STE
205, LOUISVILLE, KY 40222

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $8,007.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.352   Nonpriority creditor's name and mailing address
PROTIVITI INC., 12269 COLLECTIONS CENTER DRIVE, CHICAGO, IL
60693

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $366,530.2
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.353   Nonpriority creditor's name and mailing address
PSYONIX LLC, 401 W. A STREET SUITE 2400, SAN DIEGO, CA 92101-
7909

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $6,095.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.354 Nonpriority creditor's name and mailing address
PYRAMID AMERICA, LP, C/O BRYSON BORDER, TUCKER, ALBIN &
ASSOCIATES INC., PYRAMID AMERICA, 1 HAVEN AVENUE, MT. VERNON,
NY 10018

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$51,250.00

---

3.355 Nonpriority creditor's name and mailing address
QUANTCAST CORPORATION, 795 FOLSOM STREET, SAN FRANCISCO,
CA 94107

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$15,000.00

---

3.356 Nonpriority creditor's name and mailing address
QUANTUM MECHANIX INC. (QMX), C/O QUANTUM MECHANIX, 6731
VARIEL AVENUE, CANOGA PARK, CA 91303

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$277,525.00

---

3.357 Nonpriority creditor's name and mailing address
QUICK DISPENSE INC., 2700 KIMBALL AVENUE, POMONA, CA 91767

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$1,708.02

3.358   Nonpriority creditor's name and mailing address
QUORA INC., 650 CASTRO STREET SUITE 450, MOUNTAIN VIEW, CA
94041

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $4,944.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.359   Nonpriority creditor's name and mailing address
RANCHO JANITORIAL SUPPLIES - 22108, 416 NORTH NINTH ST.,
MODESTO, CA 95350

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $2,189.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.360   Nonpriority creditor's name and mailing address
RASTACLAT LLC, 4007 PARAMOUNT BLVD STE 110, LAKEWOOD, CA
90712

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $13,102.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.361   Nonpriority creditor's name and mailing address
READYREFRESH BY NESTLE, PO BOX 856158, LOUISVILLE, KY 40285-
6158

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $276.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.362  Nonpriority creditor's name and mailing address
RECURLY INC., RECURLY, 400 ALABAMA STREET #202, SAN
FRANCISCO, CA 94110

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $44,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.363  Nonpriority creditor's name and mailing address
REDDIT INC., 420 TAYLOR STREET, SAN FRANCISCO, CA 94102

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.364  Nonpriority creditor's name and mailing address
RELX INC. DBA REED EXHIBITIONS, 230 PARK AVENUE, NEW YORK, NY
10169

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $18,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.365   Nonpriority creditor's name and mailing address
RICHARD FAGEL, C/O P-DIDDY, 5911 GREAT OAK CIRCLE, LOS ANGELES,
CA 90042

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $15,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.366   Nonpriority creditor's name and mailing address
RICHARDS, LAYTON & FINGER, P.A, ONE RODNEY SQUARE, 920 NORTH
KING STREET, WILMINGTON, DE 19801

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $12,787.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.367   Nonpriority creditor's name and mailing address
RICO INDUSTRIES INC., ATTN: DANIEL SCHACK (VP, SALES), 7000 N.
AUSTIN AVE., NILES, IL 60714

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $25,135.34
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.368   Nonpriority creditor's name and mailing address
RICOH USA, INC, PO BOX 31001-0850, PASADENA, CA 91110-0850

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

3.369  Nonpriority creditor's name and mailing address
ROADEX AMERICA, INC., ON BEHALF OF LANDSTAR GLOBAL
LOGISTICS, 1515 W 178TH ST, GARDENA, CA 90248

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.370  Nonpriority creditor's name and mailing address
ROBERT E BENNETT, 1020 W. ANGELENO AVENUE # 11, BURBANK, CA
91506

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

3.371  Nonpriority creditor's name and mailing address
ROCK ME APPAREL, VINCENT PAK, PO BOX 4680, CERRITOS, CA 90703

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$190,454.79

3.372  Nonpriority creditor's name and mailing address
RODRIGO DEL TORO, MAHONEY LAW GROUP -KEVIN MAHONEY, ESQ,
249 E. OCEAN BLVD SUITE 814, LONG BEACH, CA, 90802

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.373  Nonpriority creditor's name and mailing address
ROGUE ROCKET INC.SO, ROGUE ROCKET INC., 10911 RIVERSIDE DRIVE,
NORTH HOLLYWOOD, CA 91602

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $58,750.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.374  Nonpriority creditor's name and mailing address
ROOSTER TEETH PRODUCTIONS, ROOSTER TEETH PRODUCTIONS LLC,
1901 E. 51ST STREET BUNGALOW A, ATTN: GEOFF YETTER, LICENSING
MANAGER, AUSTIN, TX 78723

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $7,842.6
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.375  Nonpriority creditor's name and mailing address
RR DONNELLEY RECEIVABLES INC., PO BOX 932721, CLEVELAND, OH
44193

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $1,515,683.87
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.376  Nonpriority creditor's name and mailing address
RUBIE'S COSTUME CO. INC, 1770 WALT WHITMAN ROAD, MELVILLE, NY
11747

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,004.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.377 Nonpriority creditor's name and mailing address
RVCKVS HOLDINGS LLC, 10755 SCRIPPS POWAY PKWY, SAN DIEGO, CA 92131

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$53,856.43

3.378 Nonpriority creditor's name and mailing address
SAFIRE PARTNERS, ATTN: TODD GITLIN AND JESSICA MENDOZA, 269 SOUTH BEVERLY DRIVE, SUITE 1213, BEVERLY HILLS, CA 90212

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$207,375.00

3.379 Nonpriority creditor's name and mailing address
SAILTHRU INC., SAILTHRU SAILTHRU INC., DEPT CH 16966, PALATINE, IL 60055

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$101,000.00

3.380 Nonpriority creditor's name and mailing address
SALESFORCE.COM INC, 415 MISSION STREET 3RD FLOOR,, SAN FRANCISCO, CA 94105

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$82,800.00

3.381   Nonpriority creditor's name and mailing address
        SAMANAGE USA, INC., 117 EDINBURGH SOUTH, CARY, NC 27511

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $4,558.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.382   Nonpriority creditor's name and mailing address
        SAMUEL LAM, 747 NORTH EUCALYPTUS AVENUE, APT. 2, INGLEWOOD,
        CA 90302

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $1,968.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
EMPLOYEE EXPENSE

Is the claim subject to offset?
☑ No

☐ Yes

3.383   Nonpriority creditor's name and mailing address
        SANDRA GARCIA , 118 E AVENUE 38, APT #5, LOS ANGELES, CA, 90031

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
WORKERS COMPENSATION CLAIM

Is the claim subject to offset?
☑ No

☐ Yes

3.384   Nonpriority creditor's name and mailing address
        SANRIO INC., 2101 E EL SEGUNDO BLVD STE 503, EL SEGUNDO, CA
        90245-4520

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                    $81,879.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.385   Nonpriority creditor's name and mailing address
SCRIPPS MEDIA, INC. - MIDROLL MEDIA, ATTN: DAVID GENGLER,
ATTORNEY, 4650 N. PORT WASHINGTON ROAD, MILWALKIE, CA 91110-
0850

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.386   Nonpriority creditor's name and mailing address
SEGA OF AMERICA INC., ATTN: DEPARTMENT OF LEGAL & BUSINESS
AFFAIRS, 6400 OAK CANYON SUITE 100, IRVINE, CA 92618

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $34,035.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.387   Nonpriority creditor's name and mailing address
SEISMIC INC., 586 WISCONSIN ST SUITE C, SAN FRANCISCO, CA 94107

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $42,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.388   Nonpriority creditor's name and mailing address
SHAUN GREENE, C/O TILTED WINDMILL AGENCY, 4626 CAHUENGA
BLVD, APT 200, LOS ANGELES, CA 91602

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.389   Nonpriority creditor's name and mailing address
SHEPPARD MULLIN RICHTER & HAMPTON LLP, 1901 AVENUE OF THE
STARS, SUITE 1600, LOS ANGELES, CA 90067-6055

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                   $77,396.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.390   Nonpriority creditor's name and mailing address
SHIPPABO, 555 W. 5TH STREET SUITE 610, LOS ANGELES, CA 90013

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                   $18,855.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.391   Nonpriority creditor's name and mailing address
SIDEBENCH STUDIO LLC, 330 S BARRINGTON AVE, APT 210, LOS
ANGELES, CA 90049-6419

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                   $317,951.3
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.392   Nonpriority creditor's name and mailing address
SIDEBENCH STUDIOS, LLC, ATTN: BENSON K LAU, LAW OFFICE OF
ADAM M SATNICK, 11755 WILSHIRE BLVD STE 1250, LOS ANGELES, CA
90025

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                   UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

3.393  Nonpriority creditor's name and mailing address
SIMEON MIHAYLOV, 5125 ORRVILLE AVE, WOODLAND HILLS, CA 91367

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.394  Nonpriority creditor's name and mailing address
SIMPLY MEASURED INC., 131 S. DEARBORN ST. SUITE 700, CHICAGO, IL 60603

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $10,000.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.395  Nonpriority creditor's name and mailing address
SIX STAR (HONG KONG) LTD., ATTN: JENNIFER CAREY, 94 GRANVILLE ROAD, TSIM SHA TSUI EAST, SUITE 508, INTERNATIONAL PLAZA, KOWLOON, HONG KONG

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.396  Nonpriority creditor's name and mailing address
SLAM MEDIA INC., 1205 E PIKE ST STE 2C, SEATTLE, WA 98122-3932

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                     $6,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.397  Nonpriority creditor's name and mailing address
SLINGSHOT COURIER SERVICE INC., 24 HR MESSENGER SERVICE, 430
1/2 N. LA CIENEGA BLVD, WEST HOLLYWOOD, CA 90048

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $75.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.398  Nonpriority creditor's name and mailing address
SOLANA BPO INC., 1710 NORTH EAST 198 TERRACE, MIAMI, FL 33179

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $2,211.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.399  Nonpriority creditor's name and mailing address
SOMETHING INKED /AIA CORPORATION, 800 W. WINNECONNE
AVENUE, NEENAH, WI 54956-3196

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $4,932,670.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.400  Nonpriority creditor's name and mailing address
SONICBOOMBOX LLC, 3215 41ST STREET E1, ASTORIA, NY 11103

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                          $19,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.401   Nonpriority creditor's name and mailing address
SONY INTERACTIVE ENTERTAINMENT AMERICA (SIEA), 2207
RIDGEPOINTE PARKWAY, SAN MATEO, CA 94404

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $10,438.9
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.402   Nonpriority creditor's name and mailing address
SONY PICTURES CONSUMER PRODUCTS INC. , SONY PICTURES
CONSUMER PRODUCTS INC. AGF, COLUMBIA PICTURES INDUSTRIES,
INC. , 10202 W. WASHINGTON BLVD., FRANK CAPRA BUILDING 2ND
FLOOR, CULVER CITY, CA 90232

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $52,057.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.403   Nonpriority creditor's name and mailing address
SOURCE KNOWLEDGE, 1751 RICHARDSON, SUITE 4509, MONTREAL, QC
H3K 1C6

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $181,297.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.404   Nonpriority creditor's name and mailing address
SOUTH CAROLINA DEPARTMENT OF , EMPLOYMENT AND
WORKFORCE, 1550 GADSDEN ST, COLUMBIA, SC 29201

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.405   Nonpriority creditor's name and mailing address
SOUTHERN CALIFORNIA PACKAGING EQUIPMENT, DAVID
PAGKALINAWAN, 4102 W. VALLEY BLVD., WALNUT, CA 91789

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.406   Nonpriority creditor's name and mailing address
SOUTHWEST OFFSET PRINTING, 13650 GRAMERCY PLACE, GARDENA,
CA 90249

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $29,057.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

---

3.407   Nonpriority creditor's name and mailing address
SPARROW ASSOCIATES, ATTN: JAKE ELAN ELIAS, 8635 CASHIO
STREET, APT 10, LOS ANGELES, NJ 07066

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION

Is the claim subject to offset?
☑ No

☐ Yes

---

3.408   Nonpriority creditor's name and mailing address
SPROUT SOCIAL INC., 131 SOUTH DEARBORN STREET, SUITE 700,
CHICAGO, IL 60603

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.409  Nonpriority creditor's name and mailing address
SPS COMMERCE INC, PO BOX 205782, DALLAS, TX 75320-5782

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $661.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.410  Nonpriority creditor's name and mailing address
STANCE INC., 193 AVENIDA LA PATA, SAN CLEMENTE, CA 92673

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $4,613.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.411  Nonpriority creditor's name and mailing address
STAPLES ADVANTAGE, PO BOX 660409, DALLAS, TX 75266-0409

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $1,982.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.412  Nonpriority creditor's name and mailing address
STATE OF DELAWARE, ATTN: DIVISION OF CORPORATIONS, PO BOX
5509, BINGHAMPTON, NY 13902-5509

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                    $1,367.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.413 | Nonpriority creditor's name and mailing address<br>STRIPE, 402 W. 13th Street, NEW YORK, NY 10014 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $95.27 |

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.414 | Nonpriority creditor's name and mailing address<br>STUDIO 71, LP, 8383 WILSHIRE BLVD SUITE 1050, BEVERLY HILLS, CA 90211 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $43,500.00 |

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.415 | Nonpriority creditor's name and mailing address<br>SUM XP, 13301 WISTERWOOD ST, AUSTIN, TX 78729-2845 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,451.94 |

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.416 | Nonpriority creditor's name and mailing address<br>SUMMIT IT SERVICES LLC, 2800 CORNERSTONE DR. STE 203, PAGOSA SPRINGS, CO 81147 | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,980.00 |

Date or dates debt was incurred
VARIOUS

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.417   Nonpriority creditor's name and mailing address
SUPER7, 777 FLORIDA STREET SUITE 202, SAN FRANCISCO, CA 94110

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $22,968.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.418   Nonpriority creditor's name and mailing address
SYNERGY NORTH AMERICA INC., ATTN: NEERAJ PANCHOLI AND ANISH
MACKAN, 10901 W. 120TH AVENUE, SUITE 240, BLOOMFIELD, CO
80021

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $26,783.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.419   Nonpriority creditor's name and mailing address
TANIA DABABNEH, C/O PIERRE LACOUR PC, ATTN: JOHNATHAN P.
LACOUR, 2655 NORTH PINE STREET, POMONA, CA, 91767

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

3.420 Nonpriority creditor's name and mailing address
TATSUNOKO PRODUCTIONS CO. LTD., MUSASHINO YS BLDG. 2F, 1-19-3
NAKACHO MUSASHINO-SHI, TOKYO, JAPAN

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$10,000.00

3.421 Nonpriority creditor's name and mailing address
TEAM BEANS LLC, 2301 COTTONTAIL LANE, SOMERSET, NJ 08873

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$76,805.83

3.422 Nonpriority creditor's name and mailing address
TERAKEET LLC, 318 SOUTH CLINTON STREET, SYRACUSE, NY 13202

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$56,700.00

3.423 Nonpriority creditor's name and mailing address
TERVIS TUMBLER COMPANY, 201 TRIPLE DIAMOND BLVD N, VENICE, FL
34275

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

$82,500.00

3.424  Nonpriority creditor's name and mailing address
TESSA NETTING, C/O EXPAND ENTERTAINMENT LLC, 6121 SUNSET
BLVD, LOS ANGELES, CA 90028

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.425  Nonpriority creditor's name and mailing address
THE BEANSTALK GROUP LLC, 220 EAST 42ND ST 16TH FLOOR, NEW
YORK, NY 10017

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $51.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.426  Nonpriority creditor's name and mailing address
THE CDM COMPANY INC., 12 CORPORATE PLAZA DRIVE, SUITE 200,
NEWPORT BEACH, CA 92663

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $46,179.4
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.427  Nonpriority creditor's name and mailing address
THE EMBLEM SOURCE, ATTN: BRIAN RUTT, 4575 WESTGROVE DR.,
SUITE 500, ADDISON, TX 75001

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $6,384.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.428   Nonpriority creditor's name and mailing address
THE FORECAST AGENCY LLC, PO BOX 4776 DEPT #100, HOUSTON, TX
77210-4776

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                          $4,009.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.429   Nonpriority creditor's name and mailing address
THE LICENSING GROUP LTD, 6404 WILSHIRE BLVD SUITE #960, LOS
ANGELES, CA 90048

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                          $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.430   Nonpriority creditor's name and mailing address
THE MID ROLL, PO BOX 206460, DALLAS, TX

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                          $26,459.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.431   Nonpriority creditor's name and mailing address
THE PARAGON COLLECTIVE, 6069 SATURN ST, #4, LOS ANGELES, CA
90035

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                          $4,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.432 Nonpriority creditor's name and mailing address
THE TOPPS COMPANY INC., ATTN: IRA FRIEDMAN, 1 WHITEHALL STREET, 6TH FLOOR, NEW YORK, NY 10004

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$116,748.14

3.433 Nonpriority creditor's name and mailing address
THE ULTIMATE SOFTWARE GROUP INC., 1485 NORTH PARK DRIVE, WESTON, FL 33326

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$35,287.67

3.434 Nonpriority creditor's name and mailing address
THOMAS J. OLSEN, C/O LIPSKY LOWE LLP, ATTN DOUGLAS B. LIPSKY, CHRISTOPHER H. LOWE, 630 THIRD AVENUE, FIFTH FL, NEW YORK, NY, 10017-6705

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.435 Nonpriority creditor's name and mailing address
TIME WARNER CABLE, PO BOX 60074, CITY OF INDUSTRY, CA 91716-0074

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$4,359.78

3.436  Nonpriority creditor's name and mailing address
TITAN MERCHANDISE, 144 SOUTHWARK STREET, LONDON, SE1 0UP

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$11,760.00

---

3.437  Nonpriority creditor's name and mailing address
TOEI ANIMATION, 11150 W. OLYMPIC BLVD. SUITE 800, LOS ANGELES, CA 90064

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$15,747.54

---

3.438  Nonpriority creditor's name and mailing address
TOHO CO. LTD., C/O RUI MACHIDA, 2029 CENTURY PARK EAST, SUITE 433, LOS ANGELES, CA 90067

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$17,320.37

---

3.439  Nonpriority creditor's name and mailing address
TOROCO TRUCKING LLC, 6753 CAMINO MAQUILADORA, SAN DIEGO, CA 92154

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$12,690.00

3.440   Nonpriority creditor's name and mailing address
TOWERSTREAM CORPORATION, 76 HAMMERLUND WAY,
MIDDLETOWN, RI 02842

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $16,593.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.441   Nonpriority creditor's name and mailing address
TREND SETTERS, LTD., 22500 STATE ROUTE 9, TREMONT, IL 61568

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $588,066.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.442   Nonpriority creditor's name and mailing address
TRENDKITE INC., 800 BRAZOS ST. #340, AUSTIN, TX 78701

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.443   Nonpriority creditor's name and mailing address
TRISTIN J LARIOS, NO ADDRESS AVAILABLE

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:          $1,959.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No

☐ Yes

3.444   Nonpriority creditor's name and mailing address
TRYAD SOLUTIONS INC., 2015 DEAN STREET SUITE 6A, ST. CHARLES, IL
60174

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $55,797.5
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.445   Nonpriority creditor's name and mailing address
TUBI INC., 315 MONTGOMERY ST., 11TH FLOOR, SAN FRANCISCO, CA
94104

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.446   Nonpriority creditor's name and mailing address
UBISOFT INC., 625 3RD STREET, SAN FRANCISCO, CA 94107

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $11,988.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.447   Nonpriority creditor's name and mailing address
UGI CENTRAL PENN GAS 518, 4550 LENA DRIVE, SUITE 102,
MECHANICSBURG, PA 17055

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $71.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.448    Nonpriority creditor's name and mailing address
ULINE INC., PO BOX 88741, CHICAGO, IL 60680-1741

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $3,374.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.449    Nonpriority creditor's name and mailing address
UNIVERSAL WASTE SYSTEMS INC., PO BOX 3038, WHITTIER, CA 90605

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $635.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.450    Nonpriority creditor's name and mailing address
UPS, ATTN: BILL VOGT & J. GOULDING, PO BOX 894820, LOS ANGELES, CA 90189-4820

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $21,135.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.451    Nonpriority creditor's name and mailing address
URBAN EPISODE INC, 794 E. 18TH STREET, LOS ANGELES, CA 90021

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                    $5,006.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.452 | Nonpriority creditor's name and mailing address
USAOPOLY INC., 5999 AVENIDA ENCINAS STE 150, CARLSBAD, CA 92008

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$52,733.28

3.453 | Nonpriority creditor's name and mailing address
VETERINARY PET INSURANCE COMPANY, FILE 50939, LOS ANGELES, CA 90074-0939

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$675.04

3.454 | Nonpriority creditor's name and mailing address
VIACOM INTERNATIONAL INC., 1515 BROADWAY, NEW YORK, NY 10036-8901

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

$34,930.91

3.455 | Nonpriority creditor's name and mailing address
VISA MASTERCARD INTERCHANGE FEE CLASS ACTION PAYMENT CARD INTERCHANGE FEE SETTLEMENT PO BOX 2530, PORTLAND, OR 97208-2530

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
POTENTIAL LITIGATION CLAIM

Is the claim subject to offset?

☑ No

☐ Yes

UNKNOWN

3.456   Nonpriority creditor's name and mailing address
        VIZ MEDIA LLC, 1355 MARKET STREET SUITE 200, SAN FRANCISCO, CA
        94103

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                              $108,000.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.457   Nonpriority creditor's name and mailing address
        WAR MACHINE MARKETING, 3435 OCEAN PARK BLVD, SANTA MONICA,
        CA 90405

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                              $5,582.68
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.458   Nonpriority creditor's name and mailing address
        WARD TRANSPORT & LOGISTICS CORP, PO BOX 1553, ALTOONA, PA
        16603

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                              $2,684.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.459   Nonpriority creditor's name and mailing address
        WARNER BROTHERS HOME ENTERTAINMENT, 4000 WARNER BLVD.,
        BURBANK, CA 91522

        Date or dates debt was incurred
        VARIOUS

As of the petition filing date, the claim is:                              $211,393.59
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.460  Nonpriority creditor's name and mailing address
WIKIA INC., 149 NEW MONTGOMERY ST FL 3, SAN FRANCISCO, CA
94105-370

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                                    $6,717.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.461  Nonpriority creditor's name and mailing address
WINCRAFT, 960 EAST MARK STREET, ATTN: BRENDA STYBA, WINONA,
MN 55987

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                                    $226,581.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.462  Nonpriority creditor's name and mailing address
WISECRACK INC., 2410 HYPERION AVE # B, LOS ANGELES, CA 90027-
4714

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                                    $18,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.463  Nonpriority creditor's name and mailing address
WORLD WRESTLING ENTERTAINMENT INC. (WWE), JUNE JACK WWE
INC, 1241 E MAIN ST, STAMFORD, CT 06902

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:                                                    $3,964.1
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

3.464  Nonpriority creditor's name and mailing address
WORTHY PROMOTIONAL PRODUCTS, 1515 KOWALIGA ROAD,
ECLECTIC, AL 36024

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$5,640.00

3.465  Nonpriority creditor's name and mailing address
XB FULFILLMENT, PO BOX 51332, LOS ANGELES, CA 90051-5632

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$16,364.25

3.466  Nonpriority creditor's name and mailing address
XPOLOGISTICS, 27836 NETWORK PLACE, CHICAGO, IL 60673-1278

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$7,722.18

3.467  Nonpriority creditor's name and mailing address
YALAMAN LLC, 7270 FRANKLIN AVE #206, LOS ANGELES, CA 90046

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

3.468 Nonpriority creditor's name and mailing address
YRC FREIGHT INC, ATTN: CHRISTINA ROJAS, PO BOX 13573, NEWARK, NJ 07188

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$7,101.89

3.469 Nonpriority creditor's name and mailing address
ZAK DESIGNS INC., PO BOX 19188, SPOKANE, WA 99219-9188

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$357,521.6

3.470 Nonpriority creditor's name and mailing address
ZAK DESIGNS, INC., ATTN: LISA YANG, LIMNEXUS LLP, 707 WILSHIRE BOULEVARD, 46TH FLOOR, LOS ANGELES, CA, 90017

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

UNDETERMINED

3.471 Nonpriority creditor's name and mailing address
ZENDESK INC, ZENDESK, 1019 MARKET STREET, SAN FRANCISCO, CA 94103

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$46.7

| | | |
|---|---|---|
| 3.472 | Nonpriority creditor's name and mailing address<br>ZENIMAX MEDIA INC., 1370 PICCARD DR, ROCKVILLE, MD 20850 | As of the petition filing date, the claim is:  $138,446.32<br>*Check all that apply.* |

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
TRADE PAYABLE

Is the claim subject to offset?

☑ No

☐ Yes

| | | |
|---|---|---|
| 3.473 | Nonpriority creditor's name and mailing address<br>ZUORA, INC., ATTN: PAOLO BATTAGLINI, CAO, 3050 SOUTH DELAWARE<br>STREET, SUITE 301, SAN MATEO, CA, 94403 | As of the petition filing date, the claim is:  UNDETERMINED<br>*Check all that apply.* |

Date or dates debt was incurred
VARIOUS

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
LITIGATION

Is the claim subject to offset?

☑ No

☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $507,349.79 |
| 5b. Total claims from Part 2 | 5b. | $32,392,317.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $32,899,667.41 |

Fill in this information to identify the case:

Debtor name: Loot Crate, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11791

☐ Check if this is an amended filing

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** **Executory Contracts and Unexpired Leases**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1   State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

SEE ATTACHED EXHIBIT TO SCHEDULE G

**Loot Crate, Inc., et.al. (19- 11791)**
**Schedule G**
**Executory Contracts and Unexpired Leases**

| Contract Description | Term Date | Counterparty | Street 1 | Street 2 | Street 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| LICENSE AGREEMENT DATED 11/18/2018 | 6/30/2021 | 4K MEDIA, INC. | 53 WEST 23RD STRETT | | | NEW YORK | NY | 10010 | |
| BRANDS-MARKETING AGREEMENT DATED 2/11/2019 | CURRENT | ACORNS GROW INCORPORATED | 5300 CALIFORNIA AVE. | | | IRVINE | CA | 92617 | |
| LICENSE AGREEMENT DATED 10/3/2017 | 12/31/2019 | ACT III LICENSING, LLC | 100 N. CRESCENT DRIVE, SUITE 120 | | | BEVERLY HILLS | CA | 90210 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 5/26/2016 | 5/25/2020 | ADOBE SYSTEMS INCORPORATED | 345 PARK AVENUE | | | SAN JOSE | CA | 95110-2704 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | ALANIC INTERNATIONAL CORP/DIOZ GROUP | 19 W 34TH STREET, STE. 1018, | | | NEW YORK | NY | 10001 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 1/19/2017 | CURRENT | ALWAYS POST | AMRAPALI LAKE VIEW TOWER | WING A -704, 7TH FLOOR | OPP AHMEDABAD ONE MALL | GUJARAT | | 380015 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | AMAZON WEB SERVICES | 440 TERRY AVENUE NORTH | | | SEATTLE | WA | 98109 | |
| OPS-WAREHOUSE AGREEMENT DATED 4/14/2016 | CURRENT | AMERICAN ALARM SYSTEM, INC | PO BOX 10520 | | | SANTA ANA | CA | 92711 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | AMINCO INTERNATIONAL | ALTUS GLOBAL TRADE SOLUTIONS | STEVE R, ACCOUNTING | 2400 VETERANS MEMORIAL BLVD. STE 300 | KENNER | LA | 70062 | |
| LICENSE AGREEMENT DATED 6/1/2018 REGARDING CELLS AT WORK | 5/31/2020 | ANIPLEX OF AMERICA | 2120 COLORADO AVENUE. | STE. 220 | | SANTA MONICA | CA | 90404 | |
| LICENSE AGREEMENT DATED 12/1/2018 REGARDING FATE STAY NIGHT HEAVEN'S FEEL II | 4/30/2021 | ANIPLEX OF AMERICA | 2120 COLORADO AVENUE. | STE. 220 | | SANTA MONICA | CA | 90404 | |
| LICENSE AGREEMENT DATED 7/1/2018 REGARDING SWORD ART | 6/30/2021 | ANIPLEX OF AMERICA | 2120 COLORADO AVENUE. | STE. 220 | | SANTA MONICA | CA | 90404 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | APPLE DEVELOPER | APPLE, INC. | ONE APPLE PARK WAY | | CUPERTINO | CA | 95014 | |
| OPS-WAREHOUSE AGREEMENT | CURRENT | ASENDIA | ATTN: ACCOUNTING DEPT | 701C ASHLAND AVENUE | | FOLCROFT | PA | 19032 | |
| LICENSE AGREEMENT DATED 1/7/2019 | 12/31/2020 | ASMODEE NORTH AMERICA, INC. | ATTN: DARREN KYMAN | 1995 WEST COUNTY ROAD 82 | | ROSEVILLE | MN | 55113 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | ATLASSIAN | 350 BUSH STREET | FLOOR 13 | | SAN FRANCISCO | CA | 94104 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | AUDIOBLOCKS | 1515 NORTH COURTHOUSE ROAD | SUITE 1000 | | ARLINGTON | VA | 22201 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | AUTODESK SKETCHBOOK PRO | AUTODESK, INC. | 111 MCINNIS PARKWAY | | SAN RAFAEL | CA | 94903 | |
| LICENSE AGREEMENT DATED 8/30/2017 REGARDING PIKATARO'S LULLABY LALA B'1 | 12/31/2019 | AVEX GROUP HOLDINGS INC. | 1-6-1 ROPPONGI MINATO-KU | | | TOKYO | | 106-6030 | JAPAN |
| LICENSE AGREEMENT DATED 10/17/2017 REGARDING KAKEGURUI | 12/31/2019 | AVEX GROUP HOLDINGS INC. | 1-6-1 ROPPONGI MINATO-KU | | | TOKYO | | 106-6030 | JAPAN |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | AWESOME OS, INC. | 8605 SANTA MONICA BLVD. #30540 | | | LOS ANGELES | CA | 90069 | |
| LICENSE AGREEMENT DATED 11/1/2017 | 12/31/2019 | BANDAI NAMCO ENTERTAINMENT AMERICA, INC. | ATTN: LEGAL & BUSINESS AFFAIRS | 2051 MISSION COLLEGE BOULEVARD | | SANTA CLARA | CA | 95054 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | BANPRESTO CO., LTD. | MIRAIKENKYUSHO SF, 5-37-8 SHIBA MINATO-KU | | | TOKYO | | 108-0014 | JAPAN |
| LICENSE AGREEMENT DATED 7/13/2018 | 6/30/2020 | BETHESDA SOFTWORKS, LLC | WHOLLY OWNED BY ZENIMAX MEDIA, INC | ATTN: J. GRIFFIN LESHER | 1370 PICCARD DRIVE | ROCKVILLE | MA | 20850 | |
| LICENSE AGREEMENT DATED 10/1/2017  "BLIZZARD UMBRELLA AGREEMENT" | 10/1/17 - 12/31/19 | BLIZZARD ENTERTAINMENT, INC. | 16215 ALTON PARKWAY | | | IRVINE | CA | 92615 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 6/27/2018 | CURRENT | BOXES, INC. | 111 BOULDER INDUSTRIAL DRIVE | | | BRIDGETON | MO | 63044 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 4/23/2016 | CURRENT | BYNDER LLC | 1730 SOUTH AMPHLETT BOULEVARD | SUITE 320 | | SAN MATEO | CA | 94402 | |
| SUPPLIER AGREEMENT EXECUTED 2015 | CURRENT | C & S SALES | 12947 CHADRON AVENUE | | | HAWTHORNE | CA | 90250 | |
| OPS-WAREHOUSE AGREEMENT DATED 5/1/2019 | 4/30/2020 | C.H. ROBINSON WORLDWIDE INC | 680 KNOX STREET SUITE 210 | | | TORRANCE | CA | 90502-1325 | |
| LICENSE AGREEMENT DATED 7/1/2016 "CN UMBRELLA AGREEMENT" | 7/1/16 - 12/31/21 | CARTOON NETWORK ENTERPRISES, INC. | ATTN: PETER YODER | 1 TIME WARNER CENTER, 14TH FLOOR | | NEW YORK | NY | 10019 | |
| LICENSE AGREEMENT DATED 12/8/2016 | 12/31/2019 | CBS CONSUMER PRODUCTS, INC. | ATTN: SCOTT ROBERTSON | ATTN: DANNY KIM, ALEXANDRA YEE | 500 SOUTH BUENA VISTA STREET | BURBANK | CA | 91521 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | CDW LLC (JETBRAINS) | 101 NORTH BRAND BOULEVARD | SUITE 550 | | GLENDALE | CA | 91203 | |
| BRANDS-MARKETING AGREEMENT DATED 4/15/2016 | 4/14/2020 | CLOUDFLARE, INC. | 101 TOWNSEND STREET | | | SAN FRANCISCO | CA | 94107 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | CODESHIP, INC. | 745 ATLANTIC AVENUE | | | BOSTON | MA | 02111 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | CONTENTFUL | 101 MONTGOMERY STREET  SUITE 2050 | | | SAN FRANCISCO | CA | 94104 | |
| BRANDS-MARKETING AGREEMENT DATED 12/31/2018 | 12/30/2019 | COPPER CRM, INC. | 301 HOWARD ST. #600 | | | SAN FRANCISCO | CA | 94105 | |
| LICENSE AGREEMENT DATED 9/13/2016 | 12/31/2020 | CREATIVE LICENSING CORPORATION | ATTN: RAND MARLIS | 10940 WILSHIRE BLVD | STE. 1600 | LOS ANGELES | CA | 90024 | |
| SUPPLIER AGREEMENT EXECUTED 2015 | CURRENT | CROWN LABEL COMPANY | ATTN: GARY SIPSOSS | 633 YOUNG STREET | | SANTA ANA | CA | 92705 | |
| LICENSE AGREEMENT DATED 2/1/2018 | 12/31/2019 | CRYPTON FUTURE MEDIA, INC. | ATTN: HIROYUKI ITOH | 11F NIHON SEIMEI SAPPORO BLDG | 1-1 NISHI-4 KITA-3, CHUO-KU | SAPPORO | | 060-0003 | JAPAN |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | DATADOG, INC. | 620 8TH AVE | 45TH FL | | NEW YORK | NY | 10018 | |
| BRANDS-MARKETING AGREEMENT DATED 3/1/2019 | CURRENT | DEBLASIO ENTERPRISES, LLC DBA AGENCY 850 | 715 PEACHTREE STREET N.E. | SUITE 100 & 200 | | ATLANTA | GA | 30308 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | DESIGN INTERNATIONAL GROUP | DCN HOLDINGS, INC. SIX STAR (HK) LTD | 1806 33RD STREET SUITE 180 | | ORLANDO, | FL | 32839 | |
| LICENSE AGREEMENT DATED 10/26/2018 | 12/31/2021 | DOUBLE FINE PRODUCTIONS, INC. | 525 BRANNAN STREET SUITE 200 | | | SAN FRANCISCO | CA | 94107 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | EASYPOST | 417 MONTGOMERY ST. 5TH FLOOR | | | SAN FRANCISCO | CA | 94104 | |
| OPS-WAREHOUSE AGREEMENT DATED 4/21/2014 - ORTIZ | CURRENT | ED1125, LLC | C/O MIDTOWN MADISON MANAGEMENT LLC | 780 THIRD AVENUE, 27TH FLOOR | ATTN:  ADAM NADBORNY, ESQ. | NEW YORK | NY | 10017 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | ELEVEN ARTS | 2127 SAWTELLE BOULEVARD | | | LOS ANGELES | CA | 90025 | |
| LICENSE AGREEMENT DATED 2/2/2018 - JUNI TAISEN | 12/31/2019 | ELLATION, INC. | 835 MARKET STREET 7TH FL | | | SAN FRANCISCO | CA | 94103 | |
| LICENSE AGREEMENT DATED 2/2/2018 - KONOSUBA | 12/31/2019 | ELLATION, INC. | 835 MARKET STREET 7TH FL | | | SAN FRANCISCO | CA | 94103 | |

**Loot Crate, Inc., et.al. (19- 11791)**
**Schedule G**
**Executory Contracts and Unexpired Leases**

| Contract Description | Term Date | Counterparty | Street 1 | Street 2 | Street 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| LICENSE AGREEMENT DATED 9/1/2018 | 12/31/2020 | ENDEMOL SHINE IP BV | MEDIARENA 1 | | | AMSTERDAM | | 1114 BC | NETHERLANDS |
| INFORMATION TECHNOLOGY AGREEMENT DATED 11/1/2017 | CURRENT | E-NOR, INC. | 5201 GREAT AMERICA PARKWAY | STE. 320 | | SANTA CLARA | CA | 95054 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | FASHION ACCESSORY BAZAAR, LLC | 15 WEST 34TH STREET | | | NEW YORK | NY | 10001 | |
| OPS-WAREHOUSE AGREEMENT DATED 3/4/2019 | 3/6/2022 | FEDEX CORPORATION | 3965 AIRWAYS BLVD., MODULE G | 3RD FLOOR | | MEMPHIS | TN | 38116-5017 | |
| PRODUCTION AGREEMENT DATED 11/21/2018 | 11/20/2019 | FRAME.IO | 45 WEST 27TH STREET | 10TH FLOOR | | NEW YORK | NY | 10001 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | FRIENDBUY | 2516 VIA TEJON STE 201 | | | PALOS VERDES ESTATES | CA | 90274 | |
| LICENSE AGREEMENT DATED 8/4/2016 | 12/31/2019 | FUNIMATION PRODUCTIONS, LTD. | ATTN:  GENERAL COUNSEL | 1200 LAKESIDE PARKWAY | BUILDING 1 | FLOWER MOUND | TX | 75028 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | GITHUB, INC. | 88 COLIN P KELLY JR STREET | | | SAN FRANCISCO | CA | 94107 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | GLEAM.IO | 16 JACARANDA CRESCENT | | | MORNINGTON | VIC | 3931 | AUSTRALIA |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | GLOBAL PRINTING SOURCING & DEVELOPMENT LTD. | 135 3RD STREET | SUITE 150 | | SAN RAFAEL | CA | 94901 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | GOOGLE CLOUD PLATFORM | 1600 AMPHITHEATRE PKWY | | | MOUNTAIN VIEW | CA | 94043 | |
| LEGAL SERVICES AGREEMENT DATED 9/14/2015 | CURRENT | GREENBERG TRAURIG, LLP | 1900 UNIVERSITY AVENUE SUITE 500 EAST | | | PALO ALTO | CA | 94303 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | GREENBERGTRAURIG, LLP | 1900 UNIVERSITY AVENUE SUITE 500 EAST | | | PALO ALTO | CA | 94303 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | GROUND UP INTERNATIONAL | 1411 BROADWAY | 7TH FLOOR | | NEW YORK | NY | 10018 | |
| LICENSE AGREEMENT DATED 11/1/2017 | 11/1/2019 | GROUNDWORKS | ATTN: MS. YUKA YANAGISAWA | PARFUM BUILDING 2F | 3 CHOME-30-11 NISHIOGIKITA | SUGINAMI-KU | Tokyo | 167-0042 | JAPAN |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | GURU.COM | 5001 BAUM BOULEVARD | SUITE 760 | | PITTSBURGH | PA | 15213 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | HALO BRANDED SOLUTIONS, INC. | 3182 MOMENTUM PLACE | | | CHICAGO | IL | 60689-5331 | |
| LICENSE AGREEMENT DATED 10/1/2016 | 9/30/2019 | HARMONY GOLD | CHRISTY DURAN, VP, BUSINESS & LEGAL AFFAIRS | 7655 SUNSET BLVD. | | LOS ANGELES | CA | 90046 | |
| LICENSE AGREEMENT DATED 11/15/2016 | 12/31/2019 | HASBRO, INC. | 1027 NEWPORT AVE. | | | PAWTUCKET | RI | 02862 | |
| HUMAN RESOURCES AGREEMENT DATED 12/1/2017 | CURRENT | HAYS INSURANCE BUSINESS | ATTN: MARK DANG | 880 APOLLO STREET | SUITE 300 | EL SEGUNDO | CA | 90245 | |
| HUMAN RESOURCES AGREEMENT DATED 6/27/2016 | CURRENT | HCVT, LLP (HOLTHOUSE/CARLIN/VAN TRIGT) | 11444 WEST OLYMPIC BOULEVARD | | | LOS ANGELES | CA | 90064 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | HEROKU | C/O SALESFORCE | 50 FREMONT ST., STE 30 | | SAN FRANCISCO | CA | 94105 | |
| SUPPLIER AGREEMENT EXECUTED 2015 | CURRENT | HYP HOSIERY | 20 WEST 37TH STREET 5TH FLOOR | | | NEW YORK | NY | 10018 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | INNOVATIVE DESIGNS LLC | 141 WEST 36TH STREET, 8TH FLOOR | | | NEW YORK | NY | 10018 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | INX PRINTS, INC. | 1802 KETTERING ST. | | | IRVINE | CA | 92614 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | JACMEL JEWELRY, INC. | JACK RAHMEY & YVONNE SMITH | 1385 BROADWAY, 8TH FLOOR, | | NEW YORK | NY | 10018 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | JULIAN HIGGINS | 11741 GILMORE ST #102 | | | NORTH HOLLYWOOD | CA | 91606 | |
| PRODUCTION AGREEMENT DATED 5/1/2019 | CURRENT | JULIAN HIGGINS | 11741 GILMORE ST #102 | | | NORTH HOLLYWOOD | CA | 91606 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | JUST FUNKY, LLC | 4160 HIGHLANDER PKY., SUITE. 100 | | | RICHFIELD | OH | 44286 | |
| SUPPLIER AGREEMENT EXECUTED 2019 | CURRENT | JXZB MANSHANHONG IMPORT AND EXPORT CO., LTD | ATTN: LEO | 168, NO.390-1, BAOSHUI STREET | XINJIAN DISTRICT | JIANGXI PROVINCE | | | CHINA |
| SUPPLIER AGREEMENT EXECUTED 2015 | CURRENT | K&S SPECIALTY PRODUCTS | 25526 HARDY PL. | | | STEVENSON RANCH | CA | 91381 | |
| LICENSE AGREEMENT DATED 3/1/2018 | 2/29/2020 | KING RECORD COMPANY LIMITED | 1-2-3 OTOWA, BUNYKO-KU | | | TOKYO | | 1120-013 | JAPAN |
| LICENSE AGREEMENT DATED 4/1/2018 | 3/31/2020 | KODANSHA LIMITED | 2-12-21 OTOWA BUNKYO-KU | | | TOKYO | | 112-8001 | JAPAN |
| LICENSE AGREEMENT DATED 10/2/2017 - METAL GEAR, SILENT HILL | 12/31/2019 | KONAMI DIGITAL ENTERTAINMENT, INC. | ATTN: TOMOKO KUBO | 2381 ROSCRANS AVENUE, STE. 200, | | EL SEGUNDO | CA | 90245-4922 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | LANDSBERG ORORA | C/O VANCE AND BLAIR | ATTN: THOMAS VANCE | 991 LOMAS SANTA FE DR STE C-435 | SOLANA BEACH | CA | 92075 | |
| LICENSE AGREEMENT DATED 8/13/2018 - LOST IN SPACE | 12/31/2020 | LEGENDARY PICTURES FUNDING, LLC. | 4000 WARNER BOULEVARD | | | BURBANK | CA | 91522 | |
| LICENSE AGREEMENT DATED 8/13/2018 - TICK 'N TREAT, KRAMPUS | 12/31/2019 | LEGENDARY PICTURES FUNDING, LLC. | 4000 WARNER BOULEVARD | | | BURBANK | CA | 91522 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 1/15/2018 | 1/15/2020 | LIGHTHOUSE SERVICES, INC. | 1710 WALTON ROAD, SUITE 204 | | | BLUE BELL | PA | 19422 | |
| SUPPLIER AGREEMENT EXECUTED 2015 | CURRENT | LOYAL SUBJECTS | 155 WEST WASHINGTON BOULEVARD | | | LOS ANGELES | CA | 90015 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | LUIS ZULETA, DBA ABOVE THE CLOUDS | 14953 LASSEN STREET | | | MISSION HILLS | CA | 91345 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | MAILCHIMP | C/O THE ROCKET SCIENCE GROUP LLC | 675 PONCE DE LEON AVENUE | SUITE 5000 | ATLANTA | GA | 30308 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | MAJESTY BRANDS | 469 7TH AVENUE | SUITE 1301 | | NEW YORK | NY | 10018 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | MAJOR FULFILLMENT, LLC | 13707 S. FIGUEROA ST | | | LOS ANGELES | CA | 90061 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | MANYBRAIN LLC | 2431 MISSION STREET | | | SAN FRANCISCO | CA | 94110 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | MARK PALMER (D/B/A THESEUS STRATEGY) | DBA THESEUS STATEGY GROUP, LLC | 240 EAST SHORE ROAD | APT. 337 | GREAT NECK | NY | 11023 | |
| LICENSE AGREEMENT DATED 1/1/2018 - SOFTLINE CONTRACT | 12/31/2019 | MARVEL ENTERTAINMENT, INC. | MARVEL BRANDS LLC | C/O MARVEL ENTERTAINMENT, LLC | 135 WEST 50TH STREET, 7TH FLOOR | NEW YORK | NY | 10020 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | MICROSOFT (MSFT) | ATTN: JOSEPH FERSTL | ONE MICROSOFT WAY | | REDMOND | WA | 98052-6399 | |
| LICENSE AGREEMENT DATED 3/1/2017 "MICROSOFT (RARE) PARTNER/UMBRELLA AGREEMENT" | 3/1/17 - 12/31/20 | MICROSOFT CORPORATION | ATTN: XBOX LEGAL | ONE MICROSOFT WAY | | REDMOND | WA | 98052-6399 | |

**Loot Crate, Inc., et.al. (19- 11791)**
**Schedule G**
**Executory Contracts and Unexpired Leases**

| Contract Description | Term Date | Counterparty | Street 1 | Street 2 | Street 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| LICENSE AGREEMENT DATED 4/1/2016 | CURRENT | MICROSOFT CORPORATION | ATTN: XBOX LEGAL | ONE MICROSOFT WAY | | REDMOND | WA | 98052-6399 | |
| LICENSE AGREEMENT DATED 10/1/2018 | 9/30/2020 | NBA PROPERTIES, INC. | GENERAL COUNSEL, NBA PROPERTIES, INC. | 645 FIFTH AVENUE | | NEW YORK | NY | 10022 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | NETSUITE | 500 ORACLE PARKWAY | | | REDWOOD SHORES | CA | 94065 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | NEW ENGEN, INC. | ATTN: MARNIX BRINKHOFF | 2401 4TH AVE | SUITE 700 | SEATTLE | WA | 98121 | |
| SUPPLIER AGREEMENT EXECUTED 2019 | CURRENT | NEYENESCH PRINTERS | NEYENESCH PRINTERS, INC. | 2750 KETTNER BLVD | ATTN: CURTIS CONKLIN | SAN DIEGO | CA | 92101 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 8/22/2017 | CURRENT | ORACLE AMERICA, INC. (NETSUITE) | 500 ORACLE PARKWAY | | | REDWOOD SHORES | CA | 94065 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | OSMAN KHAN | 205 EAST BROADWAY | | | NEW YORK | NY | 10002 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | PAGERDUTY, INC. | 600 TOWNSEND STREET | SUITE 200 | | SAN FRANCISCO | CA | 91403 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | PALADONE PRODUCTS | C/O COFACE NORTH AMERICA INSURANCE COMPANY | 650 COLLEGE ROAD | STE 2005 | PRINCETON | NJ | 08540 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | PATRICK ALUISE | 26 AMBERLEAF | | | IRVINE | CA | 92614 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 6/1/2019 - LOOT LENS | CURRENT | PATRICK ALUSIE | 26 AMBERLEAF | | | IRVINE | CA | 92614 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | PINGBOARD | 4303 RUSSELL DRIVE | | | AUSTIN | TX | 78704 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | PIXELZ | 311 FOURTH AVENUE | SUITE #516 | | SAN DIEGO | CA | 92101 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | POINTEAST LIMITED | LU PLAZA, 2 WING YIP ST | UNIT 1001-3 10/F | | KWUN TONG | | | HONG KONG |
| LICENSE AGREEMENT DATED 3/20/2017 | 12/31/2019 | POLYGON PICTURES | POLYGON PICTURES | 3-20-1 1F, MINAMI-AZABU | ATTN: JACK LIANG | MINATO-KU | | | TOKYO |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | PORTAGE POINT | 300 N LASALLE DR STE 4925 | | | CHICAGO | IL | 60654 | |
| SUPPLIER AGREEMENT EXECUTED 2015 | CURRENT | PPW TOYS | 7843 W. 79TH STREET | | | PLAYA DEL REY | CA | 90293 | |
| BRANDS-MARKETING AGREEMENT DATED 7/5/2019 | 7/4/2020 | PR NEWSWIRE | 200 VESEY STREET | 19TH FLOOR | | NEW YORK | NY | 10080 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | PRINTING MANAGEMENT | 17128 EDWARDS ROAD | | | CERRITOS | CA | 90703 | |
| INFORMATION TECHNOLOGY AGREEMENT - EMAIL & TOOLS | CURRENT | PROMEVO, LLC | PROMEVO BILLING DEPARTMENT | 808 LYNDON LN STE205 | | LOUISVILLE | KY | 40222 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | PSD UNDERWEAR | 320 S. MISSION | | | LOS ANGELES | CA | 90033 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | PYRAMID AMERICA, LP | C/O BRYSON BORDER, TUCKER, ALBIN & ASSOC, INC. | PYRAMID AMERICA | 1 HAVEN AVENUE | MT. VERNON | NY | 10018 | |
| LICENSE AGREEMENT DATED 3/1/2017 | 12/31/2020 | RARE, INC (MICROSOFT) | ONE MICROSOFT WAY | | | REDMOND | WA | 98052 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | RASTACLAT LLC | 4007 PARAMOUNT BLVD STE 110 | | | LAKEWOOD | CA | 90712 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 4/23/2015 | CURRENT | RECURLY INC. | RECURLY | 400 ALABAMA STREET, #202 | | SAN FRANCISCO | CA | 94110 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | RENOIR FASHION INC | LINDA XIANG | 537 CORALRIDGE PL | | LA PUENTE | CA | 91746 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | RICO INDUSTRIES, INC. | ATTN: DANIEL SCHACK (VP, SALES) | 7000 N. AUSTIN AVE. | | NILES | IL | 60714 | |
| LICENSE AGREEMENT DATED 12/1/2018 | 12/31/2020 | ROOSTER TEETH PRODUCTIONS | ROOSTER TEETH PRODUCTIONS, LLC | 1901 E. 51ST STREET, BUNGALOW A | ATTN: GEOFF YETTER, LICENSING MANAGER | AUSTIN | TX | 78723 | |
| OPS-WAREHOUSE AGREEMENT | CURRENT | RRD, INC. | RED LILLY PLUMBING | 1647 BEVERLY BLVD | | LOS ANGELES | CA | 90026 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 2/13/2015 | 2/12/2020 | SAILTHRI, INC. | SAILTHRU SAILTHRU, INC. | DEPT CH 16966 | | PALATINE | IL | 60055 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | SAMANAGE USA, INC. | 117 EDINBURGH SOUTH | | | CARY | NC | 27511 | |
| LICENSE AGREEMENT DATED 8/15/2018 | 12/31/2020 | SANRIO. INC | ABA SANRIO GLOBAL CONSUMER PRODUCTS | 2101 EL SEGUNDO BLVD.; SUITE 105 | | EL SEGUNDO | CA | 90245 | |
| LICENSE AGREEMENT DATED 6/1/2017 | CURRENT | SEGA OF AMERICA, INC. | ATTN: DEPARTMENT OF LEGAL & BUSINESS AFFAIRS | 6400 OAK CANYON, SUITE 100 | | IRVINE | CA | 92618 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | SHAUN GREEN | C/O TILTED WINDMILL AGENCY | 4626 CAHUENGA BLVD | APT 200 | LOS ANGELES | CA | 91602 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | SHIPSTATION ENTERPRISE | 3800 NORTH LAMAR BOULEVARD | SUITE 220 | | AUSTIN | TX | 78756 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | SLACK TECHNOLOGIES, INC. | 500 HOWARD STREET | | | SAN FRANCISCO | CA | 94105 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | SOMETHING INKED | C/O AIA CORPORATION | ATTN: BETH STEWART | 800 W. WINNECONNE AVENUE | NEENAH | WI | 54956-3196 | |
| LICENSE AGREEMENT DATED 3/21/2016 - (SPCP) GHOSTBUSTERS | 12/31/2020 | SONY PICTURES CONSUMER PRODUCTS, INC. | SONY PICTURES CONSUMER PRODUCTS INC., AGF | COLUMBIA PICTURES INDUSTRIES, INC. | 10202 W. WASHINGTON BLVD., 2ND FL | CULVER CITY | CA | 90232 | |
| LICENSE AGREEMENT DATED 1/0/1900 - (SPCP) KARATE KID | 12/31/2020 | SONY PICTURES CONSUMER PRODUCTS, INC. | SONY PICTURES CONSUMER PRODUCTS INC., AGF | COLUMBIA PICTURES INDUSTRIES, INC. | 10202 W. WASHINGTON BLVD., 2ND FL | CULVER CITY | CA | 90232 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | SONYA BHATIA, A PROFESSIONAL CORPORATION | 11824 DARLINGTON AVENUE SUITE 102 | | | LOS ANGELES | CA | 90049 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | SOUTHWEST OFFSET PRINTING | 13650 GRAMERCY PLACE | | | GARDENA | CA | 90249 | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | STEPHANIE LIU | ESSLUANDCO, LLC | | | | | | |
| CONTRACTOR SERVICES AGREEMENT | CURRENT | STEPHEN KRAMER-GLICKMAN | 2700 CAHUENGA BOULEVARD EAST | UNIT 4215 | | LOS ANGELES | CA | 90068 | |
| PRODUCTION AGREEMENT DATED 5/1/2019 | CURRENT | STEPHEN KRAMER-GLICKMAN | 2700 CAHUENGA BOULEVARD EAST | UNIT 4215 | | LOS ANGELES | CA | 90068 | |
| LICENSE AGREEMENT DATED 4/19/2017 | 12/31/2019 | STUDIOCANAL S.A.S. | ATTN: VALERIE ROLANDEZ | 1, PLACE DU SPECTACLE | 92683, ISSY-LES-MOULINEAUX CEDEX 9, | | | | FRANCE |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | SUPER7 | 777 FLORIDA STREET SUITE 202 | | | SAN FRANCISCO | CA | 94110 | |
| BRANDS-MARKETING AGREEMENT DATED 6/11/2019 | 6/10/2020 | SURVEYGIZMO | 4888 PEARL EAST CIRCLE | SUITE 100 W | | BOULDER | CO | 80301 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | TABLEAU | 1621 NORTH 34TH STREET | | | SEATTLE | WA | 98103 | |

Loot Crate, Inc., et.al. (19- 11791)
Schedule G
Executory Contracts and Unexpired Leases

| Contract Description | Term Date | Counterparty | Street 1 | Street 2 | Street 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|---|
| LICENSE AGREEMENT DATED 12/1/2018 | 11/30/2020 | TATSUNOKO PRODUCTIONS CO., LTD. | MUSASHINO YS BLDG. 2F | 1-19-3 NAKACHO, MUSASHINO-SHI | | Tokyo | | | JAPAN |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | TEAM BEANS LLC | 2301 COTTONTAIL LANE | | | SOMERSET | NJ | 08873 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | TERVIS TUMBLER COMPANY | 201 TRIPLE DIAMOND BLVD N | | | VENICE | FL | 34275 | |
| LICENSE AGREEMENT DATED 5/1/2017 | 4/30/2021 | TEZUKA PRODUCTIONS CO., LTD. | 4-32-11 TAKADANOBABA SHINJUKU | | | TOKYO | | 169-8575 | JAPAN |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | THE EMBLEM SOURCE | ATTN: BRIAN RUTT | 4575 WESTGROVE DR. | SUITE 500 | ADDISON | TX | 75001 | |
| LICENSE AGREEMENT DATED 7/2/2019 | 7/1/2021 | THE JIM HENSON COMPANY, INC. | 1416 N. LA BREA AVE. | | | HOLLYWOOD | CA | 90028 | |
| LICENSE AGREEMENT DATED 8/8/2017 - ONE PIECE | 10/31/2019 | TOEI ANIMATION, INC. | 11150 W. OLYMPIC BLVD. SUITE 800 | | | LOS ANGELES | CA | 90064 | |
| LICENSE AGREEMENT DATED 10/1/2018 - DRAGON BALL Z (1989 FILM ONLY) | 12/31/2020 | TOEI ANIMATION, INC. | 11150 W. OLYMPIC BLVD. SUITE 800 | | | LOS ANGELES | CA | 90064 | |
| INFORMATION TECHNOLOGY AGREEMENT DATED 2/20/2018 | 2/19/2020 | TOWERSTREAM I, INC. | 76 HAMMERLUND WAY | | | MIDDLETOWN | RI | 02842 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | TREND SETTERS, LTD. | 22500 STATE ROUTE 9 | | | TREMONT | IL | 61568 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | TRYAD SOLUTIONS, INC. | 2015 DEAN STREET, SUITE 6A | | | ST. CHARLES | IL | 60174 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | TSHIRT GUYS | CALLE HUERTA | 22647 ENSENADA | | BAJA | CA | 22847 | |
| LICENSE AGREEMENT DATED 10/1/2016 | 12/31/2019 | TWENTIETH CENTURY FOX FILM CORP | ATTENTION: MANAGER, FINANCE DEPARTMENT | TWENTIETH CENTURY FOX LICENSING AND MERCHANDISING | P.O. BOX 900 | BEVERLY HILLS | CA | 90213 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | UBISOFT, INC. | 625 3RD STREET | | | SAN FRANCISCO | CA | 94107 | |
| LICENSE AGREEMENT DATED 4/28/2017 | CURRENT | UBISOFT, INC. | 625 3RD STREET | | | SAN FRANCISCO | CA | 94107 | |
| HUMAN RESOURCES AGREEMENT DATED 1/31/2017 - UTILIPRO | CURRENT | ULTIMATE SOFTWARE GROUP, LLC. | 1485 NORTH PARK DRIVE | | | WESTON | FL | 33326 | |
| LICENSE AGREEMENT DATED 7/1/2018 - PARK & REC | 6/30/2020 | UNIVERSAL STUDIOS | NBC ENTERTAINMENT MARKETING & DIGITAL | 100 UNIVERSAL CITY PLAZA, BLDG. 1360, 3RD FLOOR | ATTN: JONI CAMACHO | UNIVERSAL CITY | CA | 91608 | |
| LICENSE AGREEMENT DATED 8/1/2017 | 9/30/2019 | UNIVERSAL STUDIOS LICENSING, LLC | UNIVERSAL CABLE PRODUCTIONS LLC | 100 UNIVERSAL CITY PLAZA, BLDG. 1440/34 | ATTN: CFO | UNIVERSAL CITY | CA | 91608 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | VANDOR LLC | 165 SOUTH MAIN STREET, SUITE 400 | | | SALT LAKE CITY | UT | 84111 | |
| OPS-WAREHOUSE AGREEMENT DATED 8/1/2017 | 7/31/2020 | VANTIV, LLC | ATTN: CHRIS KEMPER | 8500 GOVERNORS HILL DRIVE | | SYMMES TOWNSHIP | OH | 45249-1384 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | VINTAGE INDUSTRIES | ATTN: JOSE ARANA | 2475 PASEO DE LAS AMERICAS | | SAN DIEGO | CA | 92154 | |
| LICENSE AGREEMENT DATED 11/15/2017 - JOJO | 12/31/2019 | VIZ MEDIA, LLC | 1355 MARKET STREET, SUITE 200 | | | SAN FRANCISCO | CA | 94103 | |
| LICENSE AGREEMENT DATED 11/1/2017 - HUNTER X HUNTER | 12/31/2019 | VIZ MEDIA, LLC | 1355 MARKET STREET, SUITE 200 | | | SAN FRANCISCO | CA | 94103 | |
| LICENSE AGREEMENT DATED 11/1/2017 - DEATH NOTE | 12/31/2019 | VIZ MEDIA, LLC | 1355 MARKET STREET, SUITE 200 | | | SAN FRANCISCO | CA | 94103 | |
| LICENSE AGREEMENT DATED 10/18/2020 - ONE PUNCH MAN | 12/31/2020 | VIZ MEDIA, LLC | 1355 MARKET STREET, SUITE 200 | | | SAN FRANCISCO | CA | 94103 | |
| LICENSE AGREEMENT DATED 9/1/2018 - BORUTO | 6/30/2021 | VIZ MEDIA, LLC | 1355 MARKET STREET, SUITE 200 | | | SAN FRANCISCO | CA | 94103 | |
| LICENSE AGREEMENT DATED 1/1/2019 | 12/31/2019 | WARNER BROS. CONSUMER PRODUCTS, INC. | 4000 WARNER BLVD. | | | BURBANK | CA | 91522 | |
| SUPPLIER AGREEMENT EXECUTED 2019 | CURRENT | WELL PLAYED TOY | ATTN: DAVID GARDINER | WELL PLAYED TOYS DIV. GENER8 LLC | 1901 W. 16TH STREET | INDIANAPOLIS | IN | 46202 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | WETA WORKSHOP LTD | PO BOX 15208, MIRAMAR | | | WELLINGTON | | 6243 | NEW ZEALAND |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | WINCRAFT | WINCRAFT, INC. | 960 EAST MARK STREET | ATTN: BRENDA STYBA | WINONA | MN | 55987 | |
| SUPPLIER AGREEMENT EXECUTED 2019 | CURRENT | WINCRAFT | WINCRAFT, INC. | 960 EAST MARK STREET | ATTN: BRENDA STYBA | WINONA | MN | 55987 | |
| SUPPLIER AGREEMENT EXECUTED 2016 | CURRENT | WORLD WRESTLING ENTERTAINMENT, INC. (WWE) | JUNE JACK WWE INC | 1241 E MAIN ST | | STAMFORD | CT | 06902 | |
| LICENSE AGREEMENT DATED 10/18/2017 | 3/31/2021 | WORLDWIDE WRESTLING ENTERTAINMENT, INC. | 1241 EAST MAIN STREET, | | | STAMFORD | CT | 06902 | |
| SUPPLIER AGREEMENT EXECUTED 2018 | CURRENT | WORTHY PROMOTIONAL PRODUCTS | 1515 KOWALIGA ROAD | | | ECLECTIC | AL | 36024 | |
| OPS-WAREHOUSE AGREEMENT DATED 12/6/2018 | 12/5/2019 | XB FULFILLMENT | PO BOX 51332 | | | LOS ANGELES | CA | 90051-5632 | |
| SUPPLIER AGREEMENT EXECUTED 2017 | CURRENT | ZAK DESIGNS, INC. | 1603 S. GARFIELD RD | | | AIRWAY HEIGHTS | WA | 99001 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | ZENDESK, INC | ZENDESK | 1019 MARKET STREET | | SAN FRANCISCO | CA | 94103 | |
| INFORMATION TECHNOLOGY AGREEMENT | CURRENT | ZEPLIN | 350 BRANNAN STREET | | | SAN FRANCISCO | CA | 94107 | |

Fill in this information to identify the case:

**Debtor name:** Loot Crate, Inc.

**United States Bankruptcy for the District of:** Delaware

**Case number:** 19-11791

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 LC FUNDING, INC. | LC FUNDING, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MIDTOWN MADISON MANAGEMENT LLC | ☑ D ☐ E/F ☐ G |
| 2.2 LC FUNDING, INC. | LC FUNDING, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MONEY CHEST LLC | ☑ D ☐ E/F ☐ G |
| 2.3 LOOT CRATE HOLDINGS, INC. | LOOT CRATE HOLDINGS, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MIDTOWN MADISON MANAGEMENT LLC | ☑ D ☐ E/F ☐ G |
| 2.4 LOOT CRATE HOLDINGS, INC. | LOOT CRATE HOLDINGS, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MONEY CHEST LLC | ☑ D ☐ E/F ☐ G |
| 2.5 LOOT CRATE PARENT, INC. | LOOT CRATE PARENT, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MIDTOWN MADISON MANAGEMENT LLC | ☑ D ☐ E/F ☐ G |
| 2.6 LOOT CRATE PARENT, INC. | LOOT CRATE PARENT, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MONEY CHEST LLC | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name: Loot Crate, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11791

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206G)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 09/09/2019 | /S/ STUART KAUFMAN |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | STUART KAUFMAN |
| | Printed name |
| | CHIEF RESTRUCTURING OFFICER |
| | Position or relationship to debtor |