## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 19-11791 (BLS) |
| LOOT CRATE, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## LC FUNDING, INC.
## 19-11793

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

Fill in this information to identify the case:

**Debtor name: LC Funding, Inc.**

**United States Bankruptcy for the District of: Delaware**

**Case number: 19-11793**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

1. Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

1a. Real property:                                                                                      $0.00
        Copy line 88 from Schedule A/B

1b. Total personal property:                                                                      $0.00
        Copy line 91A from Schedule A/B

1c. Total of all property:                                                                            $0.00
        Copy line 92 from Schedule A/B

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)          $41,622,057.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

3a. Total claim amounts of priority unsecured claims:                              $0.00
        Copy the total claims from Part 1 from line 5a of Schedule E/F

3b. Total amount of claims of nonpriority amount of unsecured claims:      $0.00
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

4. Total Liabilities                                                                                      $41,622,057.00
Lines 2 + 3a + 3b

---

Fill in this information to identify the case:

**Debtor name:** LC Funding, Inc.

**United States Bankruptcy for the District of:** Delaware

**Case number:** 19-11793

☐ Check if this is an amended filing

---

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. Cash on hand

| 2.1 | $0.00 |
| --- | --- |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account #

| 3.1 | | | $0.00 |
| --- | --- | --- | --- |

4. Other cash equivalents *(Identify all)*

| 4.1 | $0.00 |
| --- | --- |

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
| --- |

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1 | $0.00 |
| --- | --- |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

8.1 _____     $0.00

9. Total of Part 2
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $0.00 |

---

**Part 3:   Accounts receivable**

---

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. Accounts receivable

| 11a. | 90 days old or less: | _____ - face amount | _____ doubtful or uncollectible accounts | = ........ | $0.00 |
|---|---|---|---|---|---|
| 11b. | Over 90 days old: | _____ - face amount | _____ doubtful or uncollectible accounts | = ........ | $0.00 |

12. Total of Part 3
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $0.00 |

---

**Part 4:   Investments**

---

13. Does the debtor own any investments?

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1
Name of fund or stock:

| 14.1 | _____ | _____ | $0.00 |
|---|---|---|---|

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture
Name of entity:                         % of ownership:

| 15.1 | LOOT CRATE HOLDINGS, INC. | 100% | _____ | UNDETERMINED |
|---|---|---|---|---|

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

| 16.1 | _____ | _____ | $0.00 |
|---|---|---|---|

17. Total of Part 4
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $0.00 |

**Part 5:** **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | $ | | $0.00 |
| 20. Work in progress | | $ | | $0.00 |
| 21. Finished goods, including goods held for resale | | $ | | $0.00 |
| 22. Other inventory or supplies | | $ | | $0.00 |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$0.00

24. Is any of the property listed in Part 5 perishable?

☑ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes        Book value    $ _____    Valuation method _____    Current value    $ _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $0.00 |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | $ | | $0.00 |

30. Farm machinery and equipment (Other than titled motor vehicles)

_____   $ _____   _____   $0.00

31. Farm and fishing supplies, chemicals, and feed

_____   $ _____   _____   $0.00

32. Other farming and fishing-related property not already listed in Part 6

_____   $ _____   _____   $0.00

33. Total of Part 6

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
| --- |

34. Is the debtor a member of an agricultural cooperative?

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☑ No

    ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes    Book value   $ _____    Valuation method _____    Current value   $ _____

36. Is a depreciation schedule available for any of the property listed in Part 6?

☑ No

☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. Office furniture | | | |
| 39.1 _____ | $ _____ | _____ | $0.00 |
| 40. Office fixtures | | | |
| 40.1 _____ | $ _____ | _____ | $0.00 |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1 _____ | $ _____ | _____ | $0.00 |

42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____   $ _____   _____   $0.00

43. Total of Part 7

Add lines 39 through 42. Copy the total to line 86.

$0.00

44. Is a depreciation schedule available for any of the property listed in Part 7?

☑ No

☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 _____ | $ _____ | _____ | $0.00 |
| _____ | | | |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $0.00 |
| _____ | | | |
| 49. Aircraft and accessories | | | |
| 49.1 _____ | $ _____ | _____ | $0.00 |
| _____ | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| 50.1 _____ | $ _____ | _____ | $0.00 |
| _____ | | | |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$0.00

52. Is a depreciation schedule available for any of the property listed in Part 8?

☑ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 9:** **Real Property**

54. Does the debtor own or lease any real property?

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $0.00 |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. Is a depreciation schedule available for any of the property listed in Part 9?

☑ No

☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 10:** Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 60.1 _____ | $ _____ | _____ | $0.00 |
| 61. Internet domain names and websites | | | |
| 61.1 _____ | $ _____ | _____ | $0.00 |
| 62. Licenses, franchises, and royalties | | | |
| 62.1 _____ | $ _____ | _____ | $0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 63.1 _____ | $ _____ | _____ | $0.00 |
| 64. Other intangibles, or intellectual property | | | |
| 64.1 _____ | $ _____ | _____ | $0.00 |
| 65. Goodwill | | | |
| 65.1 _____ | $ _____ | _____ | $0.00 |

66. Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 11:** All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____  _____  -  _____  =  $0.00
                              total face amount              doubtful or uncollectible
                                                             amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____  Tax year _____  $0.00

**73. Interests in insurance policies or annuities**

73.1   SEE ATTACHED EXHIBIT TO PART 11, QUESTION 73 _____  UNDETERMINED

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____  $0.00

Nature of Claim        _____

Amount requested       $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____  $0.00

Nature of Claim        _____

Amount requested       $ _____

**76. Trusts, equitable or future interests in property**

76.1 _____  $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 _____  $0.00

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $0.00 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0.00 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |

84. Inventory. Copy line 23, Part 5.                                               $0.00

85. Farming and fishing-related assets. Copy line 33, Part 6.                       $0.00

86. Office furniture, fixtures, and equipment; and collectibles. Copy line         $0.00
43, Part 7.

87. Machinery, equipment, and vehicles. Copy line 51, Part 8.                       $0.00

88. Real property. Copy line 56, Part 9.                                                              $0.00

89. Intangibles and intellectual property.. Copy line 66, Part 10.                  $0.00

90. All other assets. Copy line 78, Part 11.                                        $0.00

91. Total. Add lines 80 through 90 for each column          91a.   $0.00           91b.   $0.00

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92.                                 $0.00

**LC Funding, Inc. (19-11793)**
**Schedule A/B: Part 11, Question 73**
**Interests in Insurance Policies or Annuities**

| Interests in insurance policies or annuities | Current value of debtor's interest |
|---|---|
| VALLEY FORGE INS CO - PACKAGE INSURANCE, POLICY NUMBER 6020201063 | UNDETERMINED |
| CONTINENTAL INS CO - BUSINESS AUTO INSURANCE, POLICY NUMBER 6020201046 | UNDETERMINED |
| CONTINENTAL CASUALTY CO - UMBRELLA INSURANCE, POLICY NUMBER 6020201077 | UNDETERMINED |
| NATIONAL FIRE INS CO - WORKERS COMPENSATION INSURANCE, POLICY NUMBER 618102550 | UNDETERMINED |
| NATIONAL FIRE INS CO - AOS WORKERS COMPENSATION INSURANCE, POLICY NUMBER 6046377906 | UNDETERMINED |
| CONTINENTAL CASUALTY CO - FOREIGN PACKAGE INSURANCE, POLICY NUMBER PST623277247 | UNDETERMINED |
| HISCOX INS CO - CRIME INSURANCE, POLICY NUMBER UC2153966218 | UNDETERMINED |
| ACE USA / ACE SURETY  - CYBER LIABILITY INSURANCE, POLICY NUMBER G25660511004 | UNDETERMINED |
| LLOYD'S OF LONDON - EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NUMBER ANV130292A | UNDETERMINED |
| LLOYD'S OF LONDON - DIFFERENCE IN CONDITION INSURANCE, POLICY NUMBER EQP00130701 | UNDETERMINED |
| TRAVELERS INS CO - OCEAN CARGO INSURANCE, POLICY NUMBER ZOC41N0148018ND | UNDETERMINED |
| ONE BEACON INSURANCE CO / ATLANTIC SPECIALTY LINES INC - PRODUCTION PACKAGE INSURANCE, POLICY NUMBER DI0236500 | UNDETERMINED |
| GENERAL LIABILITY/COMMERCIAL AUTOMOBILE INSURANCE, POLICY NUMBER CP0758100 | UNDETERMINED |
| ONE BEACON INSURANCE CO / ATLANTIC SPECIALTY LINES INC - PRODUCTION WORKERS COMPENSATION INSURANCE, POLICY NUMBER 4060455060000 | UNDETERMINED |
| ONE BEACON INSURANCE CO / ATLANTIC SPECIALTY LINES INC - PRODUCTION UMBRELLA LIABILITY INSURANCE, POLICY NUMBER EX0327200 | UNDETERMINED |
| ALLIED WORLD ASSURANCE CO - D&O INSURANCE, POLICY NUMBER 03113397 | UNDETERMINED |
| STARSTONE - EXCESS D&O 1 INSURANCE, POLICY NUMBER O88255190ASP | UNDETERMINED |
| CRUM&FORSTER - EXCESS D&O 2 INSURANCE, POLICY NUMBER 575-100520-2 | UNDETERMINED |
| AXIS - EXCESS D&O 3 INSURANCE, POLICY NUMBER MNN630180/01/2019 | UNDETERMINED |
| GREAT AMERICAN INSURANCE GROUP - EXCESS D&O 4 INSURANCE, POLICY NUMBER DMX1401994 | UNDETERMINED |
| PRUDENTIAL - DEATH BENEFIT - CHRISTOPHER DAVIS INSURANCE, POLICY NUMBER L9370057 | UNDETERMINED |

Fill in this information to identify the case:

Debtor name: LC Funding, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11793

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---------|---------------------------------------------------|

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

2. List creditors who have secured claims.If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>Amount of Claim<br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|
| | UNKNOWN | $ UNKNOWN |

**2.1**

Creditor's name and mailing address
MIDTOWN MADISON MANAGEMENT, LLC, 780 THIRD AVENUE, 27TH FLOOR, NEW YORK, NY 10017

Date debt was incurred?
10/11/2018

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to the lien:
ALL ASSETS OWNED OR ACQUIRED AND THE PROCEEDS THEREOF

Describe the lien
UCC-1 FILED WITH DELAWARE SECETARY STATE ON 10/11/18 AGAINST LC FUNDING, INC. (STATEMENT NO. 20187045061)

Is the creditor an insider or related party?
☑ No

☐ Yes

Is anyone else liable on this claim?
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent

☑ Unliquidated

☐ Disputed

| 2.2 |
|---|

**Creditor's name and mailing address**
MONEY CHEST LLC, 603
SWEETLAND AVENUE, HILLSIDE, NJ
07205

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
ALL ASSETS OWNED OR ACQUIRED AND THE PROCEEDS THEREOF

**Describe the lien**
ASSIGNMENT OF MIDTOWN MADISON MANAGEMENT LIEN

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$41,622,057.00        $ UNKNOWN

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $41,622,057.00

Fill in this information to identify the case:

Debtor name: LC Funding, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11793

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

2.1    Priority creditor's name and mailing address

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

_____

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) ( )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: $ _____

Priority amount: $0.00

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1    Nonpriority creditor's name and mailing address

_____

Date or dates debt was incurred

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Amount of claim: $0.00

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____<br><br>☐ Not listed. Explain | |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $0.00 |
| 5b. Total claims from Part 2 | 5b. | $0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name: LC Funding, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11793

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**  Executory Contracts and Unexpired Leases

1. Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name: LC Funding, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11793

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 LOOT CRATE HOLDINGS, INC. | LOOT CRATE HOLDINGS, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MIDTOWN MADISON MANAGEMENT LLC | ☑ D ☐ E/F ☐ G |
| 2.2 LOOT CRATE HOLDINGS, INC. | LOOT CRATE HOLDINGS, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MONEY CHEST LLC | ☑ D ☐ E/F ☐ G |
| 2.3 LOOT CRATE PARENT, INC. | LOOT CRATE PARENT, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MIDTOWN MADISON MANAGEMENT LLC | ☑ D ☐ E/F ☐ G |
| 2.4 LOOT CRATE PARENT, INC. | LOOT CRATE PARENT, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MONEY CHEST LLC | ☑ D ☐ E/F ☐ G |
| 2.5 LOOT CRATE, INC. | LOOT CRATE, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MIDTOWN MADISON MANAGEMENT LLC | ☑ D ☐ E/F ☐ G |
| 2.6 LOOT CRATE, INC. | LOOT CRATE, INC. 3401 PASADENA AVENUE LOS ANGELES , CA 90031 | MONEY CHEST LLC | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name: LC Funding, Inc.

United States Bankruptcy for the District of: Delaware

Case number: 19-11793

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206G)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

09/09/2019
Executed on

/s/ STUART KAUFMAN
Signature of individual signing on behalf of debtor
STUART KAUFMAN

Printed name
CHIEF RESTRUCTURING OFFICER

Position or relationship to debtor