# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-11791 (BLS) |
| LOOT CRATE, INC., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

## STATEMENT OF FINANCIAL AFFAIRS FOR
## LOOT CRATE PARENT, INC.
## 19-11794

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Loot Crate Parent, Inc. |
| **United States Bankruptcy for the District of:** Delaware |
| **Case number:** 19-11794 |

☐ Check if this is an amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1. Gross revenue from business

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| | | |

2. Non-business revenue
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. Certain payments or transfers to creditors within 90 days before filing this case
List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. Repossessions, foreclosures, and returns
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.
☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.
☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.
☑ None

| Custodian's name and address | Description of the property | Value |

**Part 4:** **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000
☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

**Part 5:** **Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**
☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.
☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.
☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property☐by sale, trade, or any other means☐made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
☐ diagnosing or treating injury, deformity, or disease, or
☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

Name of plan | Employer identification number of the plan
_____ | _____

Has the plan been terminated?
☐ No
☐ Yes

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Name and Address<br>LC FUNDING, INC.<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | E-COMMERCE / RETAIL SUBSCRIPTION | EIN N/A<br>Dates business existed<br>From 2/23/2018    to PRESENT |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 Name and Address<br>CHRIS POWELL<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | From 2/23/2018    to 3/30/2018 |
| 26a.2 Name and Address<br>ROBERT LEFF<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | From 10/22/2018    to 1/2/2019 |
| 26a.3 Name and Address<br>MARTIN MANIA<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | From 10/8/2018    to 5/1/2019 |
| 26a.4 Name and Address<br>RICK KIM<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | From 2/23/2018    to PRESENT |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1 Name and Address

DAVID CHANG
3401 PASADENA AVENUE
LOS ANGELES , CA 90031

26c.2 Name and Address

RICK KIM
3401 PASADENA AVENUE
LOS ANGELES , CA 90031

26c.3 Name and Address

STUART KAUFMAN
3401 PASADENA AVENUE
LOS ANGELES , CA 90031

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1  SEE ATTACHED EXHIBIT TO PART 13, QUESTION 26D |

27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1  CHRISTOPHER DAVIS
3401 PASADENA AVENUE
LOS ANGELES , CA 90031 | DIRECTOR, SHAREHOLDER & CHIEF EXECUTIVE OFFICER | 50.6% |

| | | | |
|---|---|---|---|
| 28.2 | MATTHEW AREVALO<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | SHAREHOLDER & CHIEF EXPERIENCE OFFICER | 20.9% |
| 28.3 | UPFRONT V, L.P.<br>C/O UPFRONT GP V, LLC<br>SANTA MONICA , CA 90401 | SHAREHOLDER | 10.1% |
| 28.4 | STUART KAUFMAN<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | CHIEF RESTRUCTURING OFFICER | |
| 28.5 | DAVID CHANG<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | CHIEF FINANCIAL OFFICER | |
| 28.6 | MARI PROVENZANO<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | SECRETARY | |
| 28.7 | OSMAN KHAN<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | DIRECTOR | |
| 28.8 | ALEXANDRE ZYNGIER<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | DIRECTOR | |
| 28.9 | MARK PALMER<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | CHIEF TRANSFORMATION OFFICER | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held | |
|---|---|---|---|
| 29.1 Name and Address<br>DANA KIBLER<br>1333 SECOND STREET, SUITE 300<br>SANTA MONICA , CA 90401 | DIRECTOR | From<br>7/24/2018 | to<br>7/15/2019 |

| 29.2 | Name and Address | GENERAL COUNSEL | From 7/20/2015 | to 1/4/2019 |
|---|---|---|---|---|
| | LINDA K. MENZEL<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | | | |

| 29.3 | Name and Address | CHIEF ACCOUNTING OFFICER | From 10/8/2018 | to 5/1/2019 |
|---|---|---|---|---|
| | MARTIN MANIA<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | | | |

| 29.4 | Name and Address | CHIEF FINANCIAL OFFICER | From 10/22/2018 | to 1/2/2019 |
|---|---|---|---|---|
| | ROBERT LEFF<br>3401 PASADENA AVENUE<br>LOS ANGELES , CA 90031 | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Case 19-11791-TMH   Doc 142   Filed 09/10/19   Page 10 of 16

Loot Crate Parent, Inc. (19-11794)
Exhibit to Statement of Financial Affairs, Part 13, Question 26(d)
List all Financial Institutions, Creditors, and Other Parties to Whom the Debtor Issued a Financial Statement

| Full Name | Street 1 | Street 2 | Street 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| ABRAHAM KINNEY | 1521 N EVERGREEN ST | | | BURBANK | CA | 91505 |
| ADAM HODGES | 445 RIALTO AVE | | | VENICE | CA | 90291 |
| ADAM MURRAY | 1124 W. ANGELENO AVE. APT. B, | | | BURBANK | CA | 91506 |
| ADAM SZAMET | 686 SOUTH GRAND AVENUE | | | PASADENA | CA | 91105 |
| ADRIENNE BOWMAN | 775 EAST UNION STREET | APT. 108 | | PASADENA | CA | 91101 |
| AFOLABI ONANUGA | 9148 SOUTH HOBART BLVD, | | | LOS ANGELES | CA | 90047 |
| ALAN LATTIMORE | 19 LOOMIS ST | APT 4 | | MONTPELIER | VT | 05602 |
| ALEGRA LUSTIG | 1270 E TOPEKA ST | | | PASADENA | CA | 91104 |
| ALEX ZYNGIER | C/O BATUTA CAPITAL ADVISORS, L | 650 HALSTEAD AVENUE | | MAMARONECK | NY | 10543 |
| ALEXANDER DI COSTANZO | 33 CRIMSON DRIVE | | | LOCK HAVEN | PA | 17745 |
| ALEXANDER FRADKIN | 1220 N MCCADDEN PL | APT 7 | | LOS ANGELES | CA | 90038 |
| ALEXANDER STEEN | 2601 S MANHATTAN PLACE | | | LOS ANGELES | CA | 90018 |
| ALICIA BHAUMIK | 618 ARROYO DRIVE | | | SOUTH PASADENA | CA | 91030 |
| ALISON GELLER | 1551 NORTH FAIRVIEW STREET | | | BURBANK | CA | 91505 |
| ALLEN FEI | 1353 S CARMELITA AVE | #208 | | LOS ANGELES | CA | 90025 |
| AMANDA M. ROMAN | 3711 MENTONE AVENUE | APT. 10 | | LOS ANGELES | CA | 90034 |
| AMANDA VINSON | 5805 HAROLD WAY | APT. 3 | | LOS ANGELES | CA | 90028 |
| AMBER FONSECA | 630 EAST OLIVE AVENUE | UNIT 102 | | BURBANK | CA | 91501 |
| AMIR NOBAKHT | 727 WEST 7TH STREET | APT. PH1-14 | | LOS ANGELES | CA | 90017 |
| AMY B. WEITZMAN | 2701 CEDAR AVENUE | | | LONG BEACH | CA | 90806 |
| AMY FINDEISS | 535 BELLEVUE AVE | APT 4 | | OAKLAND | CA | 94610 |
| AMY GREGORY | 11915 RIVERSIDE DRIVE | #307 | | VALLEY VILLAGE | CA | 91607 |
| AMY LOUIE | 4000 BERENICE PLACE | | | LOS ANGELES | CA | 90031 |
| AMY VY | 602 NORTH SHADYDALE AVENUE | | | WEST COVINA | CA | 91790 |
| ANA BENITEZ | 1012 EAST 43RD STREET | | | LOS ANGELES | CA | 90011 |
| ANDREA B. CARTER | 2101 MARKET STREET | APT. 203 | | DENVER | CO | 80205 |
| ANDREA SUCHOJAD | 1061 MIDSHIP AVE | | | MANAHAWKIN | NJ | 08050 |
| ANDREW AMOROS | 121 SOUTH HOPE STREET | UNIT 605 | | LOS ANGELES | CA | 90012 |
| ANGELA SUN (YU-CHUN SUN) | 836 NW 118TH AVE. #105, | | | PORTLAND | OR | 97229 |
| ANITA CONTRERAS | 2921 BLAISDELL AVENUE | | | REDONDO BEACH | CA | 90278 |
| ANNA BOERI | 1652 COLBY AVENUE | APT. 203 | | LOS ANGELES | CA | 90025 |
| ANTHONY NESHEWAT | 3767 CLARINGTON AVENUE APT #4 | | | LOS ANGELES | CA | 90034 |
| ARLENE ALVAREZ | 6333 SAINT LOUIS AVENUE | | | LONG BEACH | CA | 90805 |
| ART CHOMPAISAL | 4862 GLENALBYN DR., | | | LOS ANGELES | CA | 90065 |
| ARUN RAMAGOPAL | 801 NORTH FULLER AVENUE | | | LOS ANGELES | CA | 90046 |
| ASHISH MAHTANI | 1833 NORTH KINGSLEY DRIVE | UNIT 1 | | LOS ANGELES | CA | 90027 |
| ASHLEE VAUGHN | 567 BROOKS AVE | | | VENICE | CA | 90291 |
| ASHLEY HWANG | 878 SIERRA MADRE BOULEVARD | | | SAN MARINO | CA | 91108 |
| ASHLEY MARIE KREUSER | 3110 MARKET LN #1008 | | | KENOSHA | WI | 53144 |
| ATALYA | AKA MIDTOWN MADISON MANAGE | ATTN: MATTHEW SPIRO | 780 THIRD AVENUE, 27 | NEW YORK | NY | 10017 |
| AUSTIN FONACIER | 720 CUMBERLAND ROAD | | | GLENDALE | CA | 91202 |
| AUSTIN J. BECKMAN | 5439 RUSSELL AVENUE | APT. 6 | | LOS ANGELES | CA | 90027 |
| AUSTIN KIM | 777 S WESTMORELAND AVE, | | | LOS ANGELES | CA | 90005 |
| BARRINGTON GOINES | 1274 HAVENHURST AVE | APT 2 | | WEST HOLLYWOOD | CA | 90046 |
| BARRY COLEMAN | 13428 MAXELLA AVE | #487 | | MARINA DEL REY | CA | 90292 |
| BAYARD P.A | ATTN: ERIN R. FAY | 600 N. KING STREET | | WILMINGTON | DE | 19806 |
| BELLA CHU | 5220 PREMIERE HILLS CIRCLE, APT | | | WOODLAND HILLS | CA | 91364 |
| BENJAMIN DUNN | 3884 FREDONIA DIVER | APT. C | | LOS ANGELES | CA | 90068 |
| BENJAMIN PADDON | 10529 FLORALITA AVE | #7 | | SUNLAND | CA | 91040 |
| BENJAMIN SWEAT | 823 E HARVARD RD, | | | BURBANK | CA | 91501 |
| BETH KAWASAKI | 437 EAST HARVARD | | | BURBANK | CA | 91501 |
| BETTY STOOKSBERRY | 3752 VALLEYBRINK ROAD | | | LOS ANGELES | CA | 90039 |
| BJORN BORSTELMANN | 2390 COLUMBINE TRAIL | | | TETONIA | ID | 83452 |
| BLANCA RAMIREZ | 3519 GRIFFIN AVE | | | LOS ANGELES | CA | 90031 |
| BONITA MCQUEEN | 14071 PEYTON DIVER | UNIT 2163 | | CHINO HILLS | CA | 91709 |
| BRADY GAGLIARDI | 3636 GREENFIELD AVE | APT 3 | | LOS ANGELES | CA | 90034 |
| BRANDON FELKNER | 14136 W TELEGRAPH RD | | | SANTA PAULA | CA | 93060 |
| BRANDON LYNCH | 3842 LA SALLE AVE | | | LOS ANGELES | CA | 90062 |
| BRANDON MORRISON | 553 W IMPERIAL HWY | #3 | | LOS ANGELES | CA | 90044 |
| BRANDON TELLE | 200 E ANGELENO AVE #122, | | | BURBANK | CA | 91502 |
| BRETT M. BEVERS | 2921 GREENFIELD AVENUE | | | LOS ANGELES | CA | 90064 |
| BRIAN CHEN | 16300 SYCAMORE STREET, | | | FOUNTAIN VALLEY | CA | 92708 |
| BRIAN LAIBOW | 573 CHAPALA DRIVE | | | PACIFIC PALISADES | CA | 90272 |
| BRIAN MANN | 1231 HARVARD STREET | | | SANTA MONICA | CA | 90404 |
| BRIAN MCCLOSKEY | 200 EAST BALD EAGLE STREET | | | LOCK HAVEN | PA | 17745 |
| BRIAN NGUYEN | 15650 IRENE WAY | | | WESTMINSTER | CA | 92683 |
| BRIAN YAHN | 1480 VINE STREET | | | LOS ANGELES | CA | 90028 |
| BRIAR SEAVEY | PO BOX 3784 | | | BURBANK | CA | 91508 |
| BRITTNEY MITCHELL | 421 WEST BROADWAY | APT. 3124 | | LONG BEACH | CA | 90802 |
| BRUCE GONZALEZ | 5228 BLUEMOUND ROAD, | | | ROLLING HILLS ESTAT | CA | 90274 |
| BRUCE PARK | 1262 BOYNTON ST APT 7, | | | GLENDALE | CA | 91205 |
| BRYAN CABALO | 530 N WILSON AVE. APT.13, | | | PASADENA | CA | 91106 |
| BRYAN MARQUEZ | 1510 PARMER AVENUE | | | LOS ANGELES | CA | 90026 |
| BRYAN WINGE | 220 S. FIRCROFT ST, | | | WEST COVINA | CA | 91791 |
| BRYCE TRAVIS | 4247 ROSILYN DR | | | LOS ANGELES | CA | 90063 |
| BRYNNE LYCETTE | 905 E 2ND ST | APT 424 | | LOS ANGELES | CA | 90012 |
| CALEB BONAR | 214 NORTH VESPER STREET | 2ND FLOOR | | LOCK HAVEN | PA | 17745 |
| CAROLYN J. FIERRO | 13925 IMPERIAL HIGHWAY | | | WHITTIER | CA | 90605 |
| CHANDIMA WICKRAMASINGHE | 27742 BOULDER STREET | | | CASTAIC | CA | 91384 |
| CHARLES MOBERLY | 817 NORTH SYCAMORE AVENUE | | | LOS ANGELES | CA | 90038 |
| CHARLES YU | 164 WEST SANDRA AVENUE | | | ARCADIA | CA | 91007 |
| CHRIS DARBRO | 1626 NORTH HOBART BOULEVARD | UNIT 9 | | LOS ANGELES | CA | 90027 |
| CHRIS POWELL | 2417 CARNEGIE LANE | APT. A | | REDONDO BEACH | CA | 90278 |
| CHRISTIAN ALONSO | 504 NORTH 3RD ST. APT C, | | | ALHAMBRA | CA | 91801 |
| CHRISTINA PROVATAS | 10604 CASANES AVE., | | | DOWNEY | CA | 90241 |
| CHRISTINE CHANG | 2112 248TH STREET | | | LOMITA | CA | 90717 |
| CHRISTOPHER DAVIS | 3585 HELMS AVENUE | | | CULVER CITY | CA | 90232 |
| CHRISTOPHER LEE | 19256 ABDALE STREET, | | | NEWHALL | CA | 91321 |
| CHRISTOPHER ROTHMAN | 2225 DUBLIN LN UNIT 2, | | | DIAMOND BAR | CA | 91765 |
| CHRYSTAL VILLAMARZO | 650 N OAKLAND AVENUE | UNIT 113 | | PASADENA | CA | 91101 |
| CIJI THORNTON | 600 SOUTH BEACH BOULEVARD | UNIT 35 | | ANAHEIM | CA | 92804 |

Loot Crate Parent, Inc. (19-11794)
Exhibit to Statement of Financial Affairs, Part 13, Question 26(d)
List all Financial Institutions, Creditors, and Other Parties to Whom the Debtor Issued a Financial Statement

| Full Name | Street 1 | Street 2 | Street 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| CLARA RUSSELL | 3440 SOUTH LOOP WEST | | | HOUSTON | TX | 77025 |
| CLAUDIA LIERA | 1316 VAN PELT AVE | | | LOS ANGELES | CA | 90063 |
| CLEAR FINANCE TECHNOLOGY CORPO | ATTN: ANDREW D'SOUZA | 548 MARKET STREET | SUITE 68100 | SAN FRANCISCO | CA | 94104 |
| CLEMENTINE CAPITAL LLC | 8163 MELROSE AVENUE, | | | LOS ANGELES, | CA | 90046 |
| COBURN (DONALD) HAWK | 845 BROOKS AVENUE | UNIT 1 | | VENICE | CA | 90291 |
| CODY WEN | 24521 CORTA CRESTA, | | | LAKE FOREST | CA | 92630 |
| COLBY SALMON | 520 N WILSON AVE, | | | PASADENA | CA | 91106 |
| COLLEEN MOORE | 220 W 5TH ST | APT 806 | | LOS ANGELES | CA | 90013 |
| CONNIE CHAN | 115 NORTH MARENGO AVENUE | APT. B | | ALHAMBRA | CA | 91801 |
| CONNOR GARRITY | 4854 HAZELTINE AVENUE | APT. 7 | | SHERMAN OAKS | CA | 91423 |
| COOLEY LLP | ATTN: CATHY JERSHCOPF | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2157 |
| COREY LOVING | 257 GRANDVIEW ST APT#2, | | | PASADENA | CA | 91104 |
| CRISTIAN AVILA | 641 1/2 E 108TH ST, | | | LOS ANGELES | CA | 90059 |
| CRYSTAL VERA | 2971 LOWELL AVENUE | | | LOS ANGELES | CA | 90032 |
| CYNTHIA HAMMOND | 5967 CHULA VISTA WAY APT 5, | | | LOS ANGELES | CA | 90068 |
| DANIEL GAST JR. | 5641 COLFAX AVE, #130, | | | NORTH HOLLYWOOD | CA | 91601 |
| DANIEL GILLESPIE | 21624 BIRCH HILL DRIVE | | | DIAMOND BAR | CA | 91765 |
| DANIEL HARPER | 5555 CARPENTER AVE #3 | | | VALLEY VILLAGE | CA | 91607 |
| DANIEL JI | 510 E 3RD ST | APT #316 | | POMONA | CA | 91766 |
| DANIEL WALKER | 3667 VALLEY BLVD | APT 119 | | POMONA | CA | 91768 |
| DANIEL YI | 8621 YORK CIRCLE | | | LA PALMA | CA | 90623 |
| DANIELLE BULLIS | 4961 COLDWATER CANYON AVE | UNIT 16 | | SHERMAN OAKS | CA | 91423 |
| DAVID AGUILERA | 219 E. COLORADO BLVD. | | | MONROVIA | CA | 91016 |
| DAVID MARTINEZ | 2519 LEO AVE | | | COMMERCE | CA | 90040 |
| DAVID MORRIS | 39 HICKORY AVE | | | FARMINGVILLE | NY | 11738 |
| DAVID SAMMS | 4218 PASEO DE LAS TORTUGAS | | | TORRANCE | CA | 90505 |
| DAVID VOSS | 2510 LAUREL AVENUE | | | MANHATTAN BEACH | CA | 90266 |
| DAVID YU | 413 CLOVERLEAF DRIVE | | | MONROVIA | CA | 91016 |
| DAVIN RILEY | NO ADDRESS AVAILABLE | | | | | |
| DAWNIELLE BANKS | 1127 EAST GARVEY AVENUE NOR | UNIT 7 | | WEST COVINA | CA | 91790 |
| DEAN WATKINS | 11030 HARTSOOK ST | APT 232 | | NORTH HOLLYWOOD | CA | 91601 |
| DEBORAH HERNANDEZ | 2628 ALICE ST | | | LOS ANGELES | CA | 90065 |
| DEDRIAN SMALL | 2342 MANHATTAN BEACH BOULEV | | | GARDENA | CA | 90249 |
| DENDERA ADVISORY, LLC | 747 3RD AVENUE | | | NEW YORK | NY | 10017 |
| DENDERA CAPITAL FUND, LP | 747 THIRD AVENUE | 26TH FLOOR | | NEW YORK | NY | 10017 |
| DENNIS LESICA | 746 S LOS ANGELES ST | #301 | | LOS ANGELES | CA | 90014 |
| DIANA CHANG | 4247 ROSILYN DRIVE | | | LOS ANGELES | CA | 90063 |
| DILLON MITCHELL | 4552 ST. ELMO DRIVE | | | LOS ANGELES | CA | 90019 |
| DIMITRY KHILKEVICH | 5040 ENFIELD AVE | | | ENCINO | CA | 91316 |
| DONGHYUN (JACOB) SHIN | 1117 RALEIGH STREET | | | GLENDALE | CA | 91205 |
| DORSET SQUARE LLC | 156 S IRVING BLVD, | | | LOS ANGELES | CA | 90004 |
| DOWNEY VENTURES III LLC | NO ADDRESS AVAILABLE | | | | | |
| EDITH GARCIA | 10220 ORR AND DAY RD | APT 32 | | SANTA FE SPRINGS | CA | 90670 |
| EDMUND J. PIETZAK | 428 NORTH HAYWORTH AVENUE | APT. 306 | | LOS ANGELES | CA | 90048 |
| EDUARDO ESPINOZA | 8625 ODOM DRIVE | | | DALLAS | TX | 75217 |
| EDUARDO TRILLO | 11135 WEDDINGTON ST | | | NORTH HOLLYWOOD | CA | 91601 |
| EDWARD YEH | 1047 LOMA LISA LN | | | ARCADIA | CA | 91006 |
| ELISA RICHTER | 1499 RIDGECREST STREET | APT. 26 | | MONTEREY PARK | CA | 91754 |
| ELIZABETH S. KAWASAKI | 437 EAST HARVARD | | | BURBANK | CA | 91501 |
| ELIZABETH ZARAGOZA | 5308 RIVERTON AVE. | #3 | | NORTH HOLLYWOOD | CA | 91601 |
| ELLEN DENG | 28 E. WINNIE WAY | | | ARCADIA | CA | 91006 |
| EMILIO PASTRANA | PO BOX 88114 | | | LOS ANGELES | CA | 90009 |
| EMILY KELLY-CABAL | 2205 CARNEGIE LANE | | | REDONDO BEACH | CA | 90278 |
| ERIC CHAN | 725 CENTER STREET | | | EL SEGUNDO | CA | 90245 |
| ERIC ERSKINS | 617 CORONADO TERRACE | UNIT 22 | | LOS ANGELES | CA | 90026 |
| ERIC KIM | 1818 W GARVEY AVE | #N | | ALHAMBRA | CA | 91803 |
| ERIC SLICK | 428 S. MARENGO AVE APT 201 | | | PASADENA | CA | 91101 |
| ERIC WILKINSON | 3353 S BEVERLY DR | | | LOS ANGELES | CA | 90034 |
| ERICH GAZAUI | PO BOX 17477 | | | SAN DIEGO | CA | |
| ERICKA DECIUTIIS | 5000 WOODMAN AVE | | | SHERMAN OAKS | CA | 91423 |
| ERIK REYNOLDS | 5827 BOWCROFT DR #4 | | | LOS ANGELES | CA | 90016 |
| ERIK RUVALCABA | 5416 FAIR AVENUE | APT. 2304 | | NORTH HOLLYWOOD | CA | 91601 |
| ERIN GOLDSMITH | 1849 GREENFIELD AVE | #203 | | LOS ANGELES | CA | 90025 |
| EUGENE DVORTSOV | 400 GROVE STREET | APT. 201 | | SAN FRANCISCO | CA | 94102 |
| EUGENE HWANG | 2038 SOUTH BENTLEY AVENUE | UNIT 203 | | LOS ANGELES | CA | 90025 |
| EVAN DORN | 1040 N WILSON AVE | | | PASADENA | CA | 91104 |
| FABIAN JUNIO | 5715 DEANE AVENUE | | | LOS ANGELES | CO | 90043 |
| FRANCISCO LEE | 4339 DUNSMORE AVE | | | GLENDALE | CA | 91214 |
| FRANK MARITATO | 3042 ROWENA DR | | | LOS ALAMITOS | CA | 90720 |
| FRANK MASTRONUZZI | 1226 NORTH LAUREL AVENUE | UNIT 203 | | LOS ANGELES | CA | 90046 |
| FREDERICK K. KIM | 1395 HASTINGS RANCH DRIVE | | | PASADENA | CA | 91107 |
| GALINA PAK | 634 SOUTH RIDGELEY DRIVE | APT. 4 | | LOS ANGELES | CA | 90036 |
| GARRETT MILLS | 3640 ROSEVIEW AVE | | | LOS ANGELES | CA | 90065 |
| GARRETT SULZMAN | 9558 E ROSECRANS AVE | | | BELLFLOWER | CA | 90706 |
| GEORGE DAVIS | 1104 STRATFORD COURT | | | DEL MAR | CA | 92014 |
| GEORGE HARALAMBOUS | 3177 BARRY AVENUE | | | LOS ANGELES | CA | 90066 |
| GEORGE NADER | 316 BETHANY ROAD | | | BURBANK | CA | 91504 |
| GERMAN RAMIREZ | 6333 ST. LOUIS AVENUE | | | LONG BEACH | CA | 90805 |
| GLORIA JOHNSON | 4205 VIA MARINA | #B502 | | MARINA DEL REY | CA | 90292 |
| GOLDBERG KOHN LTD. | ATTN: DIMITRI G. KARCAZES | 55 EAST MONROE STREE | SUITE 3300 | CHICAGO | IL | 60603 |
| GRACE WU | 1912 BROADWAY | APT 302 | | SANTA MONICA | CA | 90404 |
| GREGORY BROWN | 19841 HAMLIN ST | | | WOODLAND HILLS | CA | 91367 |
| GREGORY FLORES | 5000 HAYVENHURST AVENUE | | | ENCINO | CA | 91436 |
| HAI NGUYEN | 3108 LASHBROOK AVENUE | | | EL MONTE | CA | 91733 |
| HANAH YOON | 32 VALLEY CREST RD. | | | SIMI VALLEY | CA | 93065 |
| HANNAH ALCORN | 1580 YOSEMITE DRIVE APT 14 | | | LOS ANGELES | CA | 90041 |
| HANNAH AREVALO | 3700 SAN AUGUSTINE DRIVE | | | GLENDALE | CA | 91206 |
| HANNAH MOULDER | 1661 MURCHISON ST | | | LOS ANGELES | CA | 90033 |
| HARALD KOEBLER | 2045 S HARCOURT AVE | | | LOS ANGELES | CA | 90016 |
| HARVEY DRAPER | 713 WEST ELBERON AVENUE | | | SAN PEDRO | CA | 90731 |
| HCC CAPITAL LP | 2631 HUTTON DR, | | | BEVERLY HILLS, | CA | 90210 |

Case 19-11791-TMH    Doc 142    Filed 09/10/19    Page 12 of 16

Loot Crate Parent, Inc. (19-11794)
Exhibit to Statement of Financial Affairs, Part 13, Question 26(d)
List all Financial Institutions, Creditors, and Other Parties to Whom the Debtor Issued a Financial Statement

| Full Name | Street 1 | Street 2 | Street 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| HELENA MILLS | 1887 E VILLA ST | | | PASADENA | CA | 91107 |
| HENG XU | 32 OPUS | | | IRVINE | CA | 92618 |
| HERMON FESSAHAYE | 6312 10TH AVE #4 | | | LOSANGELES | CA | 90043 |
| HUNG-JU WEI | 2120 KINCLAIR DRIVE | | | PASADENA | CA | 91107 |
| INDIA MCCORMICK | 2132 W HARRIET LANE | | | ANAHEIM | CA | 92804 |
| ISIAH WEDLOW | 254 N SPRUCE AVE | #84 | | RIALTO | CA | 92376 |
| JACK BRADFORD | 1905 GRIFFITH PARK BLVD | | | LOS ANGELES | CA | 90039 |
| JACK WESTERKAMP | 1215 NORTH OLIVE DRIVE #307 | | | WEST HOLLYWOOD | CA | 90069 |
| JACQUELINE SCHAFFNER | 14939 BEARTREE STREET | | | FONTANA | CA | 92336 |
| JAIME BUSSELL | 2745 BARRY AVE | | | LOS ANGELES | CA | 90064 |
| JAKE YNZUNZA | 4800 RHODES AVE | #6 | | VALLEY VILLAGE | CA | 91607 |
| JAMESON MORRIS | 7104 NE SISKIYOU STREET | | | PORTLAND | OR | 97213 |
| JAMIE PARSLOW | 5408 CARPENTER AVE. APT. 201 | | | VALLEY VILLAGE | CA | 91607 |
| JAN ROJAS | 766 VALENCIA STREET | | | ANAHEIM | CA | 92805 |
| JANICE LUONG | 621 WEST RAMONA ROAD | | | ALHAMBRA | CA | 91803 |
| JARED COHEN | 1511 15TH ST UNIT# 202 | | | SANTA MONICA | CA | 90404 |
| JASON CARLIN | 1345 EAST PALMER AVENUE | | | GLENDALE | CA | 91205 |
| JASON CARTER | 2134 TERRABROOK LN | | | CHARLESTON | SC | 29412 |
| JASON HARVEY | 10370 MISSISSIPPI AVENUE | | | LOS ANGELES | CA | 90025 |
| JASON SHAFFER | 1333 N LAS PALMAS AVE | #9 | | LOS ANGELES | CA | 90028 |
| JAYASHIS BHAUMIK | 900 N BEAUDRY AVE #201 | | | LOS ANGELES | CA | 90012 |
| JEFFEREY WRIGHT | 6500 FOUNTAIN AVE | APT 2 | | LOS ANGELES | CA | 90028 |
| JEFFREY KESSLER | 2175 MAINE AVE | | | LONG BEACH | CA | 90806 |
| JEFFREY LEUNG | 1605 SOUTH FREMONT AVENUE | | | ALHAMBRA | CA | 91803 |
| JEFFREY SQUIRES | 1564 LONGVIEW RD | | | MT. PLEASANT | SC | 29464 |
| JEFFREY WU | 110 SUNSET AVENUE | | | SAN GABRIEL | CA | 91776 |
| JENEE JERNIGAN | 1738 N. ENCINA AVE | | | RIALTO | CA | 92376 |
| JENNIFER KANNE | 5416 FAIR AVE | APT. 2301 | | NORTH HOLLYWOOD | CA | 91601 |
| JENNIFER KYO | 1526 DIXON STREET | APT. B | | GLENDALE | CA | 91205 |
| JENNIFER LAGEMAN | 2507 RODEO ROAD | UNIT 1 | | LOS ANGELES | CA | 90018 |
| JENNIFER VILLARREAL | 1230 WESTERN AVE | | | GLENDALE | CA | 91201 |
| JENNIFER WINTERS | 1185 NORTH KENMORE AVENUE | UNIT 21 | | LOS ANGELES | CA | 90029 |
| JEREMY HARGER | 2121 ROBINSON STREET | UNIT B | | REDONDO BEACH | CA | 90278 |
| JEREMY OWEN | 1517 ROCK GLEN AVENUE | APT. 212 | | GLENDALE | CA | 91205 |
| JEREMY WILLIAMS | 845 S BEDFORD ST APT 2 | | | LOS ANGELES | CA | 90035 |
| JESSE ALCALA | 23307 ANZA AVENUE | | | TORRANCE | CA | 90505 |
| JESSE MCCANN | 11922 KLING ST APT 104 | | | VALLEY VILLAGE | CA | 91607 |
| JESSE SANCHEZ | 1154 BELLEVUE AVE APT 101 | | | LOS ANGELES | CA | 90012 |
| JIN SEON HONG | 12255 HIBBING STREET | | | ARTESIA | CA | 90701 |
| JODI BLAKELEY | 7444 WOODMAN AVENUE | APT. 203 | | VAN NUYS | CA | 91405 |
| JOHN DRAPER | 713 WEST ELBERON AVENUE | | | SAN PEDRO | CA | 90731 |
| JOHN LEE | 1100 PACIFIC MARINA | | | ALAMEDA | CA | 94501 |
| JOHN MARTINEZ | 636 NORTH 20TH STREET | | | MONTEBELLO | CA | 90640 |
| JOHN QUINN | 1310 MONACO DRIVE | | | PACIFIC PALISADES | CA | 90272 |
| JOHN WILLIAMS | 1033 OCEAN AVE UNIT 401 | | | SANTA MONICA | CA | 90403 |
| JONATHAN DEFAVERI | 1926 CLINTON ST #13 | | | LOS ANGELES | CA | 90026 |
| JONATHAN SMITH | 11049 MAGNOLIA BLVD APT 211 | | | NORTH HOLLYWOOD | CA | 91601 |
| JOSE SANCHEZ-MIRANDA ROS | 1211A N CORDOVA ST | | | BURBANK | CA | 91505 |
| JOSE SEPULVEDA | 3619 1/2 BELLEVUE AVENUE | | | LOS ANGELES | CA | 90026 |
| JOSEPH J. NEWMAN | 622 S 6TH STREET | APT. G | | ALHAMBRA | CA | 91801 |
| JOSH PAYNE | 3774 BOISE AVE | | | LOS ANGELES | CA | 90066 |
| JOSHUA BALL | 385 SOUTH CATALINA AVENUE | APT. 125 | | PASADENA | CA | 91106 |
| JOSHUA SMITH | 1112 N. OLIVE DRIVE APT 1 | | | WEST HOLLYWOOD | CA | 90069 |
| JOSHUA VOLZ | 125 NEAR CT. #320 | | | WALNUT CREEK | CA | 94596 |
| JUANITA DE LA RIVA | 4556 HAZELTINE AVE #4 | | | SHERMAN OAKS | CA | 91423 |
| JULIA ARNOLD | 1306 1/2 NORTH FORMOSA AVENU | | | LOS ANGELES | CA | 90046 |
| JULIAN DELLA PUPPA | 630 SOUTH KENMORE AVENUE | APT. 214 | | LOS ANGELES | CA | 90005 |
| JULIANNE CUELLAR | 5117 RUSSO ST | | | CULVER CITY | CA | 90230 |
| JULIE CANTRELL | 1120 N CURSON AVE APT 14 | | | WEST HOLLYWOOD | CA | 90046 |
| JULIO LUNA | 6801 WOODWARD AVE APT B | | | BELL | CA | 90201 |
| JUSTIN FREDLENDER | 1836 EUCLID ST APT B | | | SANTA MONICA | CA | 90404 |
| KAITLYN T. LEE | 9241 9TH AVENUE, NW | | | SEATTLE | WA | 98117 |
| KAMIL MARKOWSKI | 1455 STONEBROOK ST | | | AZUSA | CA | 91702 |
| KATE WINICK | 13200 PACIFIC PROMENADE | UNIT 317 | | LOS ANGELES | CA | 90094 |
| KATHERINE ECKERT | 937 EAST 10TH STREET | | | LONG BEACH | CA | 90813 |
| KATHLEEN LUNDGREN | 887 S WINTHROPE ST | | | ORANGE | CA | 92869 |
| KATHRYN M. CAMPBELL | 113 CORONADO AVENUE | | | LONG BEACH | CA | 90803 |
| KEITH HUDSON | 1661 MURCHISON ST | | | LOS ANGELES | CA | 90033 |
| KELLY CRISTALES | 6470 BALBOA BLVD | | | VAN NUYS | CA | 91406 |
| KERRY L. CRAMER | 1402 WELLESLEY | APT. 102 | | LOS ANGELES | CA | 90025 |
| KEVIN HATCH | 4705 FRANKLIN AVE | APT. 16 | | LOS ANGELES | CA | 90027 |
| KEVIN KIM | 371 ARDEN AVE | UNIT 1 | | GLENDALE | CA | 91203 |
| KEVIN MAHADEO | 4824 CRANER AVE. | APT. 206 | | NORTH HOLLYWOOD | CA | 91601 |
| KHALEL DUMAZ | 20125 NESTOR AVENUE | | | CARSON | CA | 90746 |
| KHOA NGUYEN | 505 SOUTH MARGUERITA AVENUE | | | ALHAMBRA | CA | 91803 |
| KIM WEAVER | 5919 FREMONT CIRCLE | | | CAMARILLO | CA | 93012 |
| KIRAN GAJIPARA | 400 ADELLA LANE | | | PLACENTIA | CA | 92870 |
| KRISTIAN BORUFF | 20000 PLUM CANYON ROAD | UNIT 711 | | SANTA CLARITA | CA | 91350 |
| KRISTIN BANANDO | 209 VIOLET AVE #J | | | MONROVIA | CA | 91016 |
| KRISTOPHER CLEMENTE | 26012 NIRVANA LANE | | | SANTA CLARITA | CA | 91350 |
| KYLE STEPHENS | 1160 JUSTIN AVE | | | GLENDALE | CA | 91201 |
| LAILA LONGER | 677 WEAVER HILL ROAD | | | LOCK HAVEN | PA | 17745 |
| LAM SEAVER | 10935 CULVER BLVD | | | CULVER CITY | CA | 90230 |
| LAURA ADAMS | 131 WHITING ST #1 | | | EL SEGUNDO | CA | 90245 |
| LAUREN CASNAVE | 1222 S. WESTLAKE BLVD UNIT I | | | WESTLAKE VILLAGE | CA | 91361 |
| LAUREN JEONG | 317 #1 S. ALMANSOR ST. | | | ALHAMBRA | CA | 91801 |
| LAUREN SWORDS | 368 CULVER AVE | | | CHARLESTON | SC | 29407 |
| LILI C. GUERRERO VALENCIA | 839 CORDOVA AVENUE | | | LOS ANGELES | CA | 90022 |
| LINDA MENZEL | 325 11TH STREET | UNIT A | | MANHATTAN BEACH | CA | 90266 |
| LINDE LANTION | 761 N. KENMORE AVE | | | LOS ANGELES | CA | 90029 |
| LINDEN BINKERD | 12149 OXNARD ST, APT 2 | | | NORTH HOLLYWOOD | CA | 91606 |

Loot Crate Parent, Inc. (19-11794)
Exhibit to Statement of Financial Affairs, Part 13, Question 26(d)
List all Financial Institutions, Creditors, and Other Parties to Whom the Debtor Issued a Financial Statement

| Full Name | Street 1 | Street 2 | Street 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| LOCKE LORD LLP | ATTN: JULIANNE M. DZIOBAK | 111 SOUTH WACKER DR | SUITE 4100 | CHICAGO | IL | 60606 |
| LONG LE | 2055 WEST 157TH STREET | UNIT 3 | | GARDENA | CA | 90249 |
| LOUIS SIU | 24 RIVERTON DRIVE | | | SAN FRANCISCO | CA | 94132 |
| LYDIA BROUSSARD | 3900 SAN FERNANDO RD #1607 | | | GLENDALE | CA | 91204 |
| MACKLENAN HASHAM | 810 MOUNTAIN VIEW | | | LOS ANGELES | CA | 91001 |
| MALACHI GRAY | 40 GIBBES ST | | | CHARLESTON | SC | 29401 |
| MANOEL FARHAD | 321 NORTH ORANGE STREET | UNIT 210 | | GLENDALE | CA | 91203 |
| MARCO VILLALOBOS | 1715 ELLINCOURT DR APT 2 | | | SOUTH PASADENA | CA | 91030 |
| MARIA CARDENAS | 735 W 47TH ST | | | LOS ANGELES | CA | 90037 |
| MARIA FLORES | 418 EAST MORNINGSIDE STREET | | | LONG BEACH | CA | 90805 |
| MARIA VILLALOBOS HERRERA | 1510 EAST BROADWAY | APT. 16 | | GLENDALE | CA | 91205 |
| MARIANETTE PROVENZANO | 5244 EAST PAOLI WAY | | | LONG BEACH | CA | 90803 |
| MARIE PARADISE | 305 NORTH ELECTRIC AVENUE | UNIT B | | ALHAMBRA | CA | 91801 |
| MARISHA FRADIUE | 7916 SOUTH FIGUEROA STREET | | | LOS ANGELES | CA | 90003 |
| MARISSA ZAENGER | 5416 FAIR AVE. #8203 | | | NORTH HOLLYWOOD | CA | 91601 |
| MARK CHEN | 3910 ROCK HAMPTON DR | | | TARZANA | CA | 91356 |
| MARK D. TURNER | 258 NORTH CANYON BOULEVARD | | | MONROVIA | CA | 91016 |
| MARK IRACE | CONTRACTOR | | | | | |
| MARK JACKSON | 3760 DUFRESNE COURT | APT. 32 | | LOS ANGELES | CA | 90034 |
| MARTIN MANIA | 2635 PALMETTO | | | TUSTIN | CA | 92782 |
| MATTHEW AREVALO | 3700 SAN AUGUSTINE DRIVE | | | GLENDALE | CA | 91206 |
| MATTHEW EITEL | 10737 LA GRANGE AVE 5 | | | LOS ANGELES | CA | 90025 |
| MATTHEW KESSLER | 10919 HARTSOOK ST | | | NORTH HOLLYWOOD | CA | 91601 |
| MATTHEW LEUNG | 831 ENCINO PL | | | MONROVIA | CA | 91016 |
| MATTHEW MILTENBERGER | 339 SIERRA ST | | | EL SEGUNDO | CA | 90245 |
| MATTHEW P. WINICK | 979 EMERSON STREET | | | THOUSAND OAKS | CA | 91362 |
| MAURICIO MORENO | 642 EAST WORKMAN STREET | | | COVINA | CA | 91723 |
| MAURICIO UNDURRAGA | 190 VIEWPOINT CIRCLE | | | VENTURA | CA | 93003 |
| MAURICIO URQUILLA | 14748 BURBANK BOULEVARD | APT. 314 | | SHERMAN OAKS | CA | 91411 |
| MEGAN CAIN | 1809 N NORMANDIE AVE | | | LOS ANGELES | CA | 90027 |
| MEGAN NATHANSON | 18540 PRAIRIE STREET | APT. 208 | | NORTHRIDGE | CA | 91324 |
| MEGAN TAMISIEA | 4808 LONGRIDGE AVE. | #112 | | SHERMAN OAKS | CA | 91423 |
| MELISSA BLISS | 5935 CHULA VISTA WAY 107 | | | LOS ANGELES | CA | 90068 |
| MELONIE WALTON | 15941 SUNBURST ST | | | NORTH HILLS | CA | 91343 |
| MICHAEL BRAVO | 1240 SOUTH CORNING STREET | UNIT 108 | | LOS ANGELES | CA | 90035 |
| MICHAEL CHARLESTON | 1543 VETERAN AVENUE | | | LOS ANGELES | CA | 90024 |
| MICHAEL DAVIS | 3208 SUMMERTIME LANE | | | CULVER CITY | CA | 90230 |
| MICHAEL FIDLER | 2700 NEILSON WAY #1629 | | | SANTA MONICA | CA | 90405 |
| MICHAEL FONTAINE | 6216 NEWLIN AVENUE | | | WHITTIER | CA | 90601 |
| MICHAEL MOHR | 2875 LOYOLA STREET | | | RIVERSIDE | CA | 92503 |
| MICHAEL PETRALIA | 625 N LA FAYETTE PARK PLACE | | | LOS ANGELES | CA | 90026 |
| MICHAEL SCHROEDER | INFLUENCER | | | | | |
| MICHAEL SHEETER | 5916 HAZELTINE AVENUE | APT. 4 | | VAN NUYS | CA | 91401 |
| MICHAEL T. MILLER | 6208 ARROYO GLEN STREET | APT. 11 | | LOS ANGELES | CA | 90042 |
| MICHELLE MAUK | 4477 WOODMAN AVE | #306 | | SHERMAN OAKS | CA | 91423 |
| MIDTOWN MADISON MANAGEMENT LLC | 780 THIRD AVENUE | 27TH FLOOR | | NEW YORK | NY | 10017 |
| MIKAYLA MIDGETT | 5555 CARPENTER AVE UNIT 3 | | | VALLEY VILLAGE | CA | 91607 |
| MIKO HUGHES | 11575 LOCUST LANE | | | APPLE VALLEY | CA | 92308 |
| MIN (HARRY) KANG | 310 WASHINGTON BOULEVARD | UNIT 701 | | MARINA DEL REY | CA | 90292 |
| MING TENG | 690 CHESNUT ST | | | SAN FRANCISCO | CA | 94133 |
| MITCHELL RILY | 504 HACIENDA DRIVE | | | MONROVIA | CA | 91016 |
| MONEY CHEST LLC | 603 SWEETLAND AVE | | | HILLSIDE | NJ | 07205 |
| MONEY CHEST LLC | 8635 WEST SAHARA AVENUE | SUITE 664 | | LAS VEGAS | NV | 89117 |
| MONTAGE CAPITAL I I, L. P. | 900 EAST HAMILTON AVE. | STE. 100 | | CAMPBELL | CA | 95008 |
| MONTAGE CAPITAL II, L.P. | 900 E. HAMILTON AVE | STE. 100 | | CAMPBELL | CA | 95008 |
| MORGAN STEELE | 126 SOUTH CATALINA AVENUE | UNIT 104 | | PASADENA | CA | 91106 |
| MUSASHI ASANO | 2425 PURDUE | AVE #208 | | LOS ANGELES | CA | 90064 |
| NATALIE HAZEN | 1052 LINDEN AVENUE | APT. A | | GLENDALE | CA | 91201 |
| NATALIE LA MANTIA | 4037 SAN CARLOS ST | | | LOS ANGELES | CA | 90063 |
| NEERAJ KAPOOR | 645 WEST 9TH STREET | APT. 706 | | LOS ANGELES | CA | 90015 |
| NEZIR TEKE | 3477 LILY WAY #413 | | | SAN JOSE | CA | 95134 |
| NICHOLAS MARLIN | 867 N WEST KNOLL DR | | | WEST HOLLYWOOD | CA | 90069 |
| NICHOLAS METCALFE | 1864 YOSEMITE DRIVE | | | LOS ANGELES | CA | 90041 |
| NICOLE CAMPOS | 7200 HOLLYWOOD BOULEVARD | UNIT 223 | | LOS ANGELES | CA | 90046 |
| NICOLE PENA | 2383 CHESTNUT AVE | APT G | | LONG BEACH | CA | 90806 |
| NICOLE PRAUSE | 7046 HOLLYWOOD BLVD | BOX 28 | | LOS ANGELES | CA | 90028 |
| NIMITHA S. PANIKKASSERY | 317 NORTH AVENUE 57 | | | LOS ANGELES | CA | 90042 |
| NOAH TERRILL | 826 E ROUTE 66 SPACE | #23A | | GLENDORA | CA | 91740 |
| NUSSET HERNANDEZ | 1113 EAST 107TH STREET | | | LOS ANGELES | CA | 90002 |
| OBI-IKE NWOKE | 1929 SANTA YNEZ | | | LOS ANGELES | CA | 90026 |
| OMAR NAJAM | 10122 PALMS BLVD. APT 21 | | | LOS ANGELES | CA | 90034 |
| OSMAN KHAN | 205 EAST BROADWAY | | | NEW YORK | NY | 10002 |
| PACIFIC CAPITAL MANAGEMENT, LLC | ATTN: JONATHAN GLASER | 11601 WILSHIRE BLVD. | SUITE 2180 | LOS ANGELES | CA | 90025 |
| PAM PATIPANAVAT | 8942 GREENBUSH AVE | | | ARLETA | CA | 91331 |
| PATRICK HUNT | 8009 LOYOLA BOULEVARD | | | LOS ANGELES | CA | 90045 |
| PAUL VANDUYNE | 560 LAS PALMAS DR | | | IRVINE | CA | 92602 |
| PAULA BYERS | NO ADDRESS AVAILABLE | | | | | |
| PEDRO ACUNA | 130 1/2 WEST AVENUE 34 | | | LOS ANGELES | CA | 90031 |
| PETER GIBBONS | 23 BUCKSKIN RD | | | BELL CANYON | CA | 91307 |
| PETER KRUEGER | 1601 W ORANGETHORPE AVE #47 | | | FULLERTON | CA | 92833 |
| PETER LAI | 6526 53RD AVENUE, NE | | | SEATTLE | WA | 98115 |
| PETER WEIDMAN | 5708 TUJUNGA AVE. APT. 1 | | | NORTH HOLLYWOOD | CA | 91601 |
| PHENG TEA | 811 W BUNKER HILL AVE | | | MONTEBELLO | CA | 90640 |
| PHILLIP MANGUM | 241 EAST ELMWOOD AVENUE | UNIT 103 | | BURBANK | CA | 91502 |
| PHILMARK ROSETE | 8000 PASO ROBLES AVE. | | | LAKE BALBOA | CA | 91406 |
| PROTIVITI, INC. | 12269 COLLECTIONS CENTER DRI | | | CHICAGO | IL | 60693 |
| RACHEL ROMERO | 1010 N KINGS RD | #102 | | WEST HOLLYWOOD | CA | 90069 |
| RAMI BURPEE | 2725 SYCAMORE AVENUE | | | MONTROSE | CA | 91020 |
| RANDY ZHU | 4712 AMBRUZZI DR | | | CYPRESS | CA | 90630 |
| RAQUEL WOUNG | 228 SPAZIER AVE. APT. F | | | BURBANK | CA | 91502 |
| RAYMOND E. MAKOWSKI | 16417 SOUTH HOBART BOULEVAR | | | GARDENA | CA | 90247 |

Case 19-11791-TMH    Doc 142    Filed 09/10/19    Page 14 of 16

Loot Crate Parent, Inc. (19-11794)
Exhibit to Statement of Financial Affairs, Part 13, Question 26(d)
List all Financial Institutions, Creditors, and Other Parties to Whom the Debtor Issued a Financial Statement

| Full Name | Street 1 | Street 2 | Street 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| RAYMOND R. MCMASTER | 24750 MONTEVISTA CIRCLE | | | SANTA CLARITA | CA | 91354 |
| REAGAN SIRENGO | 2222 EUCALYPTUS AVE | | | LONG BEACH | CA | 90806 |
| REBECCA LU | 64 NORTH MAR VISTA AVENUE | APT. 327 | | PASADENA | CA | 91106 |
| RENE MELENDREZ | 4400 CATALPA STREET | | | LOS ANGELES | CA | 90032 |
| REUBEN MUNGUIA | 1723 EAST ERIE STREET | UNIT B | | LONG BEACH | CA | 90802 |
| RICHARD AMARO | 4824 SELDNER AVENUE | | | LOS ANGELES | CA | 90032 |
| ROBERT HOLDEN JR. | 1920 MALCOLM AVE | #301 | | LOS ANGELES | CA | 90025 |
| ROBERT JEWE | 933 CHESTNUT AVE | | | BREA | CA | 92821 |
| ROBERT KOENIG | 1517 ROCK GLEN AVE #212 | | | GLENDALE | CA | 91205 |
| ROBERT M. LEFF | 2515 BRICKFIELD COURT | | | WESTLAKE VILLAGE | CA | 91362 |
| ROBERT SHUTTLEWORTH, JR. | 12244 RIVERSIDE DRIVE | UNIT 108 | | VALLEY VILLAGE | CA | 91607 |
| ROBERTO MARTINEZ | 2519 LEO AVE | | | COMMERCE | CA | 90040 |
| ROCIO F. RODRIGUEZ | 9303 ALEXANDER AVENUE | | | SOUTH GATE | CA | 90280 |
| ROY G. LEE | 10708 MAIN STREET | APT. 503 | | BELLEVUE | WA | 98004 |
| RUBINA MAHBUB | 5015 COLDWATER CANYON AVE A | | | SHERMAN OAKS | CA | 91423 |
| RUBY CHEN | 426 ROSEMARIE DRIVE | | | ARCADIA | CA | 91007 |
| RUBY CHIANG | 1236 SOUTH 9TH AVENUE | | | ARCADIA | CA | 91006 |
| RYAN BERBER | 1103 CRYSTAL CREEK DRIVE | | | AUSTIN | TX | 78746 |
| RYAN HIBBARD | 11645 GORHAM AVENUE | APT. 310 | | LOS ANGELES | CA | 90049 |
| RYAN J. MCKEIRNAN | 1308 MARKET STREET | | | WILLIAMSPORT | PA | 17701 |
| RYAN JENSEN | 1730 SAN SIMEON DRIVE | | | HEMET | CA | 92545 |
| SALLY QUEMADA | 3254 BLANCHARD STREET | | | LOS ANGELES | CA | 90063 |
| SAMUEL GLASGOW | 1920 6TH STREET | #333 | | SANTA MONICA | CA | 90405 |
| SAMUEL LAM | 747 NORTH EUCALYPTUS AVENUE | APT. 2 | | INGLEWOOD | CA | 90302 |
| SAMUEL STARR | 1534 CANTERBURY CIRCLE | | | REDLANDS | CA | 92374 |
| SANAZ MOZAFARIAN | 935 VICTORIA AVE | #A | | VENICE | CA | 90291 |
| SARAH CHO | 7926 AIRPORT BLVD. | | | LOS ANGELES | CA | 90045 |
| SARAH HARRIS | 121 CHERRY AVE | | | LONG BEACH | CA | 90802 |
| SARAH NGO | 2370 MIDLOTHIAN DRIVE | | | ALTADENA | CA | 91001 |
| SARAH RODRIGUEZ | 833 N. ALEXANDRA AVE | | | PORT ALLEN | LA | 70767 |
| SCOTT CUILLARD | 29 SAINT MORITZ STREET | | | ALISO VIEJO | CA | 92656 |
| SCOTT NEITLICH | 8559 ALCOTT | UNIT 201 | | LOS ANGELES | CA | 90035 |
| SCOTT WILGER | 420 S CATALINA AVE | APT 222 | | REDONDO BEACH | CA | 90277 |
| SEAN WALKER | 4427 WOODMAN AVE | APT 9 | | SHERMAN OAKS | CA | 91423 |
| SEAVER LAM | 10935 CULVER BOULEVARD | | | CULVER CITY | CA | 90230 |
| SEMARIA FESSAHAYE | 6312 10TH AVENUE | APT. 1 | | LOS ANGELES | CA | 90043 |
| SEUNGWOO SHIN | 5231 MARION AVE | | | CYPRESS | CA | 90630 |
| SHARLS HEMELBERG | 1507 STANFORD ST | APT 5 | | SANTA MONICA | CA | 90404 |
| SHAWN ALDRIDGE | 255 S GRAND AVE | APT 2703 | | LOS ANGELES | CA | 90012 |
| SHAWNEE HALE | 720 MAINE AVENUE | APT. 7 | | LONG BEACH | CA | 90813 |
| SHEILA WINSTON | 1219 WEST 92TH STREET #2 | | | LOS ANGELES | CA | 90044 |
| SILVIA PORTILLO | 3401 PASADENA AVE | | | LOS ANGELES | CA | 90031 |
| SLOANE WOLF | 1539 BELOIT AVENUE | | | LOS ANGELES | CA | 90025 |
| SONAL SHARMA | 4543 COLDWATER CANYON AVENU | APT. 2 | | STUDIO CITY | CA | 91604 |
| SONJA O. SMITH | 1003 NORTH GLENDALE AVENUE | APT. A | | GLENDALE | CA | 91206 |
| SOOBIN KANG | 4350 SOUTH HUALAPAI WAY | APT. 1222 | | LAS VEGAS | NV | 89147 |
| STEED SUN | 1430 BRADBURY ROAD | | | SAN MARINO | CA | 91108 |
| STEFANI A. TAYLOR | 4920 VAN NUYS BOULEVARD | APT. #203 | | SHERMAN OAKS | CA | 91403 |
| STEPHANIE GONZALES | 2313 WALNUT AVENUE | | | MANHATTAN BEACH | CA | 90266 |
| STEPHEN WOLFF | 788 MANHATTAN AVE | APT #1 | | BROOKLYN | NY | 11222 |
| STERLINGVC I LLC | ATT: GREG NERO | 111 GREAT NECK ROAD | SUITE 408 | GREAT NECK, | NY | 11021 |
| STEVE KAO | 3518 EAST DEL MAR BOULEVARD | | | PASADENA | CA | 91107 |
| STEVE SHIN | 910 NORTH MARTEL AVENUE | UNIT 109 | | LOS ANGELES | CA | 90046 |
| STEVEN KNEZEVICH | 8601 LINCOLN BLVD | #2415 | | LOS ANGELES | CA | 90045 |
| STEVEN RABY | 801 E WALNUT ST | #1360 | | | | |
| STUART FELKNER | 1360 S. FIGUEROA STREET | UNIT 228 | | LOS ANGELES | CA | 90015 |
| SUSAN SMITH | 5073 WOODBRIDGE LANE | | | SIMI | CA | 93063 |
| TAMARA BROOKS | 6615 SEPULVEDA BLVD #302 | | | VAN NUYS | CA | 91411 |
| TAMMY PHU (KATE WINICK) | 13200 PACIFIC PROMENADE | UNIT 317 | | LOS ANGELES | CA | 90094 |
| TAMMY TAN | 17949 CONTADOR DRIVE | | | ROWLAND HEIGHTS | CA | 91748 |
| TANIA DABABNEH | 160 CORSON STREET | APT. 320 | | PASADENA | CA | 91103 |
| TARALYN FRASQUERI-MOLINA | 175 N CATALINA AVE #3 | | | PASADENA | CA | 91106 |
| TASHA HAGGARD | 2432 EAST WOODROW AVENUE | | | SIMI VALLEY | CA | 93065 |
| TERRI WALKER | 17609 HARRIS WAY | APT 202 | | SANTA CLARITA | CA | 91387 |
| TERRY BOYLE | NO ADDRESS AVAILABLE | | | | | |
| TERRY VALDEZ | 484 EAST MOUNTAIN STREET | | | PASADENA | CA | 91104 |
| THANH HO | 2102 HANCOCK STREET 1/2 | | | LOS ANGELES | CA | 90031 |
| THERESA IRVING | 8500 FALMOUTH AVE | UNIT 1114 | | PLAYA DEL REY | CA | 90293 |
| THERESA MERCADO | 3792 VALLEYBRINK ROAD | | | LOS ANGELES | CA | 90039 |
| THOMAS KURZANSKI | 311 ALPINE STREET | UNIT 3 | | PASADENA | CA | 91106 |
| THOMAS LAWLER IV | 898 S LEMON ST. APT. D | | | ANAHEIM | CA | 92805 |
| TIME INC. VENTURES | 225 LIBERTY STREET | | | NEW YORK, | | 10281 NY |
| TOBUSCUS, INC. | NO ADDRESS AVAILABLE | | | | | |
| TONY VO | 253 SOUTH WALNUT GROVE AVEN | | | SAN GABRIEL | CA | 91776 |
| TRACY HUA | 5608 MARSHBURN AVE | | | ARCADIA | CA | 91006 |
| TRAVIS EDWARDS | 1257 12TH ST #15 | | | SANTA MONICA | CA | 90401 |
| TRUE (YUME) LEE | 11865 ROCHESTER AVE APT 2 | | | LOS ANGELES | CA | 90025 |
| TYLER FARRELL | 13720 MOORPARK STREET | APT. 205 | | SHERMAN OAKS | CA | 91423 |
| TYLER KLEIZO | 1608 E BROADWAY | APT 104 | | GLENDALE | CA | 91205 |
| TYLER MARGISON | 5522 SEAN CIRCLE APT 83 | | | SAN JOSE | CA | 95123 |
| TYLER S. SANCHEZ | 324 EAST VALENCIA AVENUE | APT. A | | BURBANK | CA | 91502 |
| VANESSA FOOTE | 11636 MONTANA AVE | #311 | | LOS ANGELES | CA | 90049 |
| VANESSA ORELLANA | 1050 WILSHIRE BOULEVARD | UNIT 305 | | LOS ANGELES | CA | 90017 |
| VARINYA NUNEZ | 5302 VILLAGE CIRCLE DRIVE | | | TEMPLE CITY | CA | 91780 |
| VEDIKA BIRLA | 888 NORTH ALAMEDA STREET | | | LOS ANGELES | CA | 90012 |
| VICTORIA WELCH | 20112 HALSTED ST | | | CHATSWORTH | CA | 91311 |
| VINCE VANASIN | 8235 EAST BEVAN STREET | | | SAN GABRIEL | CA | 91775 |
| VINIT KAVATKAR | 2201 WEST BROADWAY | UNIT B212 | | ANAHEIM | CA | 92804 |
| VIVIANA LOZANO LARA | 2143 AVON ST | | | LOS ANGELES | CA | 90026 |
| WELLS FARGO | 301 SOUTH COLLEGE STREET | 5TH FLOOR | MAIL CODE D1053-05G | CHARLOTTE | NC | 28202 |
| WESLEY CITTI | 1800 NORTH NORMANDIE | UNIT 317 | | LOS ANGELES | CA | 90027 |

Loot Crate Parent, Inc. (19-11794)
**Exhibit to Statement of Financial Affairs, Part 13, Question 26(d)**
List all Financial Institutions, Creditors, and Other Parties to Whom the Debtor Issued a Financial Statement

| Full Name | Street 1 | Street 2 | Street 3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| WESLEY FRANCIS | 1666 WESTMORELAND BOULEVARD | | | LOS ANGELES | CA | 90006 |
| WILLIAM COLEMAN | 1753 BROWNING BOULEVARD | | | LOS ANGELES | CA | 90062 |
| WILLIAM HAZA | 750 GARLAND AVE | #306 | | LOS ANGELES | CA | 90031 |
| WILLIAM MAIER | 920 SANBORN AVE | | | LOS ANGELES | CA | 90029 |
| WILLIAM WASSON | 398 LOMA DRIVE | | | LOS ANGELES | CA | 90017 |
| YNON KREIZ | 523 NORTH CRESCENT DRIVE | | | BEVERLY HILLS | CA | 90210 |
| YURIY KULIBABA | 8744 ETIWANDA AVENUE | UNIT 2 | | NORTHRIDGE | CA | 91325 |
| ZACHARIAH FINFROCK | 5708 TUJUNGA AVENUE | APT. 1 | | NORTH HOLLYWOOD | CA | 91601 |
| ZHALEH AGHILI | 3411 1/2 GLENALBYN DRIVE | | | LOS ANGELES | CA | 90065 |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| **Debtor name: Loot Crate Parent, Inc.** | |
| **United States Bankruptcy for the District of: Delaware** | |
| **Case number: 19-11794** | ☐ Check if this is an amended filing |

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
September 9, 2019

/S/ STUART KAUFMAN                                    STUART KAUFMAN
Signature of individual signing on behalf of debtor    Printed name

CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor

Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

☐ No
☑ Yes