**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOOT CRATE, INC., *et al.*,[1] | ) | Case No. 19-11791 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Document: D.I. 27 |

**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT**
**OF CONTRACTS AND RELATED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that on August 12, 2019, the above-captioned debtors and debtors in possession (the "***Debtors***") filed the *Motion of the Debtors for Entry of: (I) an Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [D.I. 27] (the "***Motion***").[2]  The Debtors seek, among other things, to sell substantially all of their assets (collectively, the "***Assets***") following an auction free and clear of all liens, claims, encumbrances and other interests pursuant to Sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on September 11, 2019, the Bankruptcy Court entered an order (the "***Bid Procedures Order***") approving the bid procedures (the "***Bid Procedures***") attached as <u>Exhibit 1</u> to the Bid Procedures Order.  The Bid Procedures set the key dates and times related to the Sale of the Assets.  All interested parties should carefully read the Bid Procedures Order and the Bid Procedures.  To the extent that there are any inconsistencies between the Bid Procedures Order (including the Bid Procedures) and the summary description of its terms and conditions contained in this Notice of Potential Assumption and Assignment of Contracts, the terms of the Bid Procedures Order shall control.

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2]    Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion or the Bid Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have entered into the stalking horse purchase agreement (the "***Stalking Horse Agreement***") with Loot Crate Acquisition LLC ("***LCA***"), attached as Exhibit A to the *Notice of Filing of Executed Stalking Horse Agreement* [D.I. 131]. The Stalking Horse Agreement shall be subject to higher or better offers at the Auction and shall establish a minimum bid at the Auction for the Assets included in the Stalking Horse Agreement.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale(s) of the Assets to the Successful Bidder(s) (the "***Sale Hearing***") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on **September 26, 2019 at 12:00 p.m. (prevailing Eastern Time)**, or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by filing a notice on the Court's docket for these Cases or the making of an announcement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have indicated on Schedule 1 attached hereto a list of the Debtors' executory contracts and unexpired leases (collectively, the "***Executory Contracts***"), that the Debtors ***may*** assume and assign to LCA along with the cure amounts that the Debtors believe must be paid, if the Executory Contract is assumed and assigned, to cure all defaults (in each instance, the "***Cure Amount***"). If you agree with the Cure Amount and do not otherwise object to the assumption and assignment of your Executory Contract listed on Schedule 1, you need not take any further action.

**PLEASE TAKE FURTHER NOTICE that the inclusion of any party, contract, or lease on Schedule 1 is without prejudice to: (i) any subsequent position by the Debtors that such party does not have an Executory Contract with the Debtors; (ii) the Debtors' decision to not seek to assume and assign such Executory Contract; (iii) LCA's decision to not seek to have the Debtors assume and assign the contract to it as part of any Sale; or (iv) the Debtors' revision of the Cure Amounts set forth on Schedule 1. However, you will in all respects receive a subsequent notice regarding such matters, should they arise.**

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to the validity of the Cure Amount (a "***Cure Objection***") provided by the Debtors on Schedule 1, or otherwise assert that any other amounts, defaults, conditions, or pecuniary losses must be cured or satisfied under any of the Executory Contracts in order to be assigned to the Successful Bidder(s) must file an objection, which must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules; (c) state with specificity what cure the party to the Executory Contract believes is required with appropriate documentation in support thereof; and (d) be filed with the Court and served so the objection is actually received no later than **September 20, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "***Cure Objection Deadline***") by: (i) co-counsel to the Debtors: (a) Bryan Cave Leighton Paisner LLP, 1201 W. Peachtree Street, NW, 14th Floor, Atlanta, Georgia 30309-3471 (Attn: Mark I. Duedall), mark.duedall@bclplaw.com; and (b) Robinson & Cole LLP, 1000 N. West Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Jamie L. Edmonson),

jedmonson@rc.com; (ii) counsel to the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Benjamin Hackman), benjamin.a.hackman@usdoj.gov; (iii) counsel to the LCA and the DIP Lender, Cooley LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Cathy Hershcopf and Robert Winning), chershcopf@cooley.com and rwinning@cooley.com, and Bayard, P.A., 600 N. King Street, Wilmington, Delaware 19806 (Attn: Erin R. Fay), efay@bayardlaw.com; and (iv) counsel to the Creditors' Committee, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801 (Attn: Jeffrey R. Waxman, Eric J. Monzo, and Brya M. Keilson) jwaxman@morrisjames.com, emonzo@morrisjames.com, and bkeilson@morrisjames.com (collectively, the "*Objection Notice Parties*").

**PLEASE TAKE FURTHER NOTICE that any Counterparty to any Executory Contract who does not file a Cure Objection by the Cure Objection Deadline, shall be forever barred from objecting to the Cure Amount set forth on Schedule 1 or asserting or claiming any cure amount (other than the Cure Amount) against the Debtors or any Successful Bidder(s).**

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing an objection to the assumption and assignment of an Executory Contract on the basis of a lack of adequate assurance of future performance (an "*Adequate Assurance Objection*") shall be **September 20, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "*Adequate Assurance Objection Deadline*"). Adequate Assurance Objections, if any, shall be in writing, filed with the Court and served upon the Objection Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that to the extent a party other than LCA, as the Stalking Horse Bidder, is the Successful Bidder at the Auction and the Debtors receive approval to sell their Assets to such party by a separate order of this Court, then a **subsequent** notice shall be sent with a new Adequate Assurance Objection Deadline.

**PLEASE TAKE FURTHER NOTICE that any Counterparty to an assumed Executory Contract who does not file a Adequate Assurance Objection shall be deemed to have consented to the potential assumption and assignment of its Assumed Contract to the Successful Bidder(s) (if the Successful Bidder is LCA), and will be forever barred from objecting to such assumption and assignment on account of the lack of adequate assurance, or any other grounds.**

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to any Cure Objections and/or Adequate Assurance Objections may be held: (i) at the Sale Hearing (except as to Adequate Assurance Objections if the Successful Bidder is not LCA); or (ii) on such other date as the Bankruptcy Court may designate. To the extent the Debtors and a Counterparty are able to consensually resolve the Cure Objection or the Adequate Assurance Objection prior to the Sale Hearing, the Debtors shall promptly provide notice to the Committee, the U.S. Trustee, and the Successful Bidder(s) of such resolution.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Potential Assumption and Assignment of Contracts is subject to the full terms and conditions of the Motion, Bid

Procedures Order, and Bid Procedures, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entireties. A copy of the Motion, Bid Procedures, the Stalking Horse Agreement, and the Bid Procedures Order may be obtained free of charge on the website of the Debtors' noticing and claims agent at https://cases.stretto.com/lootcrate, or by contacting any of the counsel below.

Dated: September 12, 2019
Wilmington, Delaware

**ROBINSON & COLE LLP**

 /s/ *Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Facsimile:  (302) 351-8618
Email:  nramsey@rc.com
           jedmonson@rc.com
           mfink@rc.com

*Co-counsel to the Debtors and Debtors in Possession*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (admitted *pro hac vice*)
Khaled Tarazi (admitted *pro hac vice*)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email:  mark.duedall@bclplaw.com
           leah.fiorenza@bclplaw.com
           khaled.tarazi@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Proposed Co-counsel to the Debtors and Debtors in Possession*

SCHEDULE 1
LOOT CRATE CURE SCHEDULE

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Acorns Grow Incorporated | Acorns Grow Incorporated<br>5300 California Avenue<br>Irvine, CA 92617 | Master Services Agreement | $ 7,790.00 |
| ACT III Licensing, LLC | ACT III Licensing, LLC<br>100 N. Crescent Drive, Suite 120<br>Beverly Hills, CA 90210 | License Agreement | $ 2,589.42 |
| Adobe Systems Incorporated | Adobe Systems Incorporated<br>345 Park Avenue<br>San Jose, CA 95110-2704 | Services Agreement | $ - |
| Agency Eight:Fifty | Agency 850<br>715 Peachtree Street, N.E.<br>Suite 100 & 200<br>Atlanta, GA 30308 | Statement of Work | $ - |
| Alanic International | Alanic International<br>Attn: Johny Beig<br>8730 Wilshire Boulevard, PH<br>Beverly Hills, CA 90211<br><br>Alanic International<br>19 West 34th Street<br>Suite 1018<br>New York, NY 10001 | Services Agreement | $167,955.70 |
| Always Post | Always Post<br>Amrapali Lake View Tower<br>Wing A -704, 7th Floor<br>Opp Ahmedabad One Mall, Vastrapur<br>Ahmedabad - 380015, Gujarat India | Services Agreement | $ - |
| American Alarm Systems | American Alarm Systems<br>P.O. Box 10520<br>Santa Ana, CA 92711 | Services Agreement | $ 665.85 |
| Aminco International | Aminco International<br>Altus Global Trade Solutions<br>Attn: Steve R., Accounting<br>2400 Veterans Memorial Boulevard<br>Suite 300<br>Kenner, LA 70062 | Services Agreement | ($33,418.00) |
| Aniplex of America, Inc. (Cells at Work) | Aniplex of America Inc.<br>2120 Colorado Avenue, Suite 220<br>Santa Monica, CA 90404 | License Agreement (Cells at Work) | $ - |
| Aniplex of America, Inc. (Fate Stay Night Heaven's Feel II) | Aniplex of America Inc.<br>2120 Colorado Avenue, Suite 220<br>Santa Monica, CA 90404 | License Agreement (Fate Stay Night Heaven's Feel II) | $ - |
| Aniplex of America, Inc. (Sword Art) | Aniplex of America Inc.<br>2120 Colorado Avenue, Suite 220<br>Santa Monica, CA 90404 | License Agreement (Sword Art) | $ - |
| Asendia | Asendia<br>Attn: Accounting Department<br>701C Ashland Avenue<br>Folcroft, PA 19032 | Services Agreement | $ 29,621.92 |
| Asmodee North America, Inc. | Asmodee North America Inc.<br>Contact: Darren Kyman<br>1995 West County Road 82<br>Roseville, MN 55113 | License Agreement | $ - |
| Avex (Pikataro's Lullaby LaLa By) | Avex Group Holdings, Inc.<br>Attn: Corporate Administration, International Contracts, Business Affairs<br>1-6-1 Roppongi, Minato-ku<br>Tokyo 106-6030, Japan | License Agreement | $ - |
| Avex Group Holdings, Inc. (Kakegurui) | Avex Group Holdings, Inc.<br>Attn: Corporate Administration, International Contracts, Business Affairs<br>1-6-1 Roppongi, Minato-ku<br>Tokyo 106-6030, Japan | License Agreement | $ - |
| Bandai Namco Entertainment America, Inc. | Bandai Namco Entertainment America, Inc.<br>Attn: Legal & Business Affairs<br>2051 Mission College Boulevard<br>Santa Clara, CA 95054 | License Agreement | $ 5,042.96 |
| Banpresto Co., Ltd. | Banpresto Co., Ltd.<br>Miraikenkyusho SF, 5-37-8 Shiba Minato-Ku<br>Toyko 108-0014 Japan | Services Agreement | $ - |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Bethesda Softworks, LLC | Bethesda Softworks, LLC<br>Attn: J. Griffin Lesher<br>1370 Piccard Drive<br>Suite 120<br>Rockville, MD 20850 | Marketing Agreement | $ 138,446.32 |
| Blizzard Entertainment, Inc. | Blizzard Entertainment, Inc.<br>16215 Alton Parkway<br>Irvine, CA 92615<br><br>Activsion Blizzard International B.V.<br>Beechavenue 131D,<br>1119 RB Schiphol-Rijk<br>The Netherlands | License Agreement | $ 95,587.70 |
| Boxes, Inc. | Boxes, Inc.<br>111 Boulder Industrial Drive<br>Bridgeton, MO 63044 | Services Agreement | $ - |
| Bynder LLC | Bynder LLC<br>1730 South Amphlett Boulevard<br>Suite 320<br>San Mateo, CA 94402 | Services Agreement | $ 8,085.00 |
| C & S Sales | C & S Sales<br>12947 Chadron Avenue<br>Hawthorne, CA 90250 | Services Agreement | $ - |
| C.H. Robinson Worldwide, Inc. | C.H. Robinson Worldwide, Inc.<br>680 Knox Street, Suite 210<br>Torrance, CA 90502-1325 | Services Agreement | $ 38,099.63 |
| Cartoon Network Enterprises, Inc. | Cartoon Network Enterprises, Inc.<br>Attn: Peter Yoder<br>1 Time Warner Center, 14th Floor<br>New York, NY 10019<br><br>Turner Broadcasting System, Inc.<br>Attn: Senior Counsel, Cartoon Network Enterprises<br>One CNN Center, 10 North Tower<br>Atlanta, GA 30303 | License Agreement | $ 188,027.94 |
| CBS Consumer Products, Inc. | CBS Consumer Products, Inc.<br>Worldwide Plaza<br>825 Eighth Avenue, 30th Floor<br>New York, NY 10019 | CBS Consumer Products, Inc. License Agreement (Star Trek Franchise) | $ 14,249.05 |
| CloudFlare, Inc. | CloudFlare, Inc.<br>101 Townsend Street<br>Suite 200<br>San Francisco, CA 94107 | Addendum to Subscription Agreement | $ - |
| Copper CRM, Inc. | Copper CRM, Inc.<br>4 West 4th Avenue<br>San Mateo, CA 94402 | Copper CRM, Inc. Order Form for Subscription Agreement | $ - |
| Creative Licensing Corporation | Creative Licensing Corporation<br>Attn: Brent Marlis<br>10940 Wilshire Boulevard<br>Suite 1600<br>Los Angeles, CA 90024 | License Agreement | $ - |
| Crown Label Company | Crown Label Company<br>Attn: Gary Sipsoss<br>633 Young Street<br>Santa Ana, CA 92705 | Services Agreement | $ - |
| Crypton Future Media, Inc. | Crypton Future Media, Inc.<br>Attn: Hiroyuki Itoh<br>11F Nihon Seimei Sapporo Building<br>1-1 Nishi-4 Kita-3, Chuo-ku<br>Sapporo 060-0003 JAPAN | License Agreement | $ - |
| Design International Group | Design International Group<br>1899 Wheeler Avenue<br>LaVerne, CA 91750 | Services Agreement | $326,084.55 |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Double Fine Productions, Inc. | Double Fine Productions, Inc.<br>Attn: Greg Rice<br>525 Brannan Street<br>Suite 200<br>San Francisco, CA 9114 | License Agreement | $ 11,319.68 |
| ED1125, LLC (Ortiz) | ED1125, LLC<br>141 West Avenue 34<br>Los Angeles, CA 90031<br><br>Midtown Madison Management LLC<br>Attn: Adam Nadborny, Esq.<br>780 Third Avenue, 27th Floor<br>New York, NY 10017 | Lease | $ - |
| Eleven Arts Studios | Eleven Arts Studios<br>2127 Sawtelle Boulevard<br>Los Angeles, CA 90025 | Services Agreement | $ - |
| Ellation, Inc. (Juni Taisen) | Ellation, Inc.<br>Attn: Michael Melby, Director of Consumer Products<br>835 Market Street, 7th Floor<br>San Francisco, CA 94103 | License Agreement (Juni Taisen) | $ - |
| Ellation, Inc. (Konosuba) | Ellation, Inc.<br>Attn: Michael Melby, Director of Consumer Products<br>835 Market Street, 7th Floor<br>San Francisco, CA 94103 | License Agreement (Konosuba) | $ - |
| Endemol Shine IP BV, aka EndemolShine Group | Endemol Shine IP BV, aka EndemolShine Group<br>MediArena 1<br>1114 BC Amsterdam, Netherlands | License Agreement (Black Mirror) | $ 36,678.63 |
| E-Nor, Inc. | E-Nor, Inc.<br>5201 Great America Parkway<br>Suite 320<br>Santa Clara, CA 95054 | Services Agreement | $ 44,935.40 |
| Fashion Accessory Bazaar, LLC | Fashion Accessory Bazaar, LLC<br>15 West 34th Street<br>New York, NY 10001 | Services Agreement | $74,775.00 |
| FedEx Corporation | FedEx Corporation<br>3965 Airways Boulevard, Module G<br>3rd Floor<br>Memphis, TN 38116-5017 | Services Agreement | $ 337,116.44 |
| FUNimation Productions, Ltd. | FUNimation Productions, Ltd.<br>Attn: General Counsel<br>1200 Lakeside Parkway<br>Building 1<br>Flower Mound, TX 75028 | Sublicense Agreement | $ 115,892.43 |
| Global Printing Sourcing & Development Ltd. | Global Printing Sourcing & Development Ltd.<br>135 3rd Street, suite 150<br>San Rafael, CA 94901 | Services Agreement | $ - |
| Ground Up International | Ground Up International<br>1411 Broadway, 7th Floor<br>New York, NY 10018 | Services Agreement | $ - |
| GroundWorks | GroundWorks<br>Attn: Ms. Yuka Yanagisawa<br>Parfum Building 2F<br>3 Chome-30-11 Nishiogikita<br>Suginami-ku, Tokyo 167-0042 Japan | License Agreement | $ - |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Halo Branded Solutions | Halo Branded Solutions<br>3182 Momentum Place<br>Chicago, IL 60689-5331<br><br>Halo Branded Solutions<br>c/o Gardener, Riechmann & Chow<br>Attn: Ron Chow<br>438 East Katella Avenue<br>Suite 202<br>Orange, CA 92867 | License Agreement | $ - |
| Harmony Gold USA, Inc. | Harmony Gold USA, Inc.<br>Attention: Business & Legal Affairs<br>7655 Sunset Boulevard<br>Los Angeles, CA 90046 | License Agreement | $ 12,172.92 |
| Hasbro, Inc. | Hasbro, Inc.<br>Hasbro International, Inc.<br>1027 Newport Avenue<br>Pawtucket, RI 02862-1059 | Merchandise Licensing Agreement | $ - |
| Hays Insurance Services | Hays Insurance Services<br>Attn: Mark Dang, Executive Vice President<br>Employee Benefits Practice Leader<br>880 Apollo Street, Suite 300<br>El Segundo, CA 90245 | Benefits Services | $ 25,000.00 |
| Holthouse Carlin Van Trigt LLP | Holthouse Carlin Van Trigt LLP<br>11444 West Olympic Boulevard<br>Los Angeles, CA 90064 | Audit Services (401k Profit Sharing) | $ 9,478.50 |
| HYP Hosiery | HYP Hosiery<br>20 West 37th Street<br>New York, NY 10018 | Services Agreement | $45,977.97 |
| Innovative Designs LLC | Innovative Designs LLC<br>141 West 36th Street, 8th Floor<br>New York, NY 10018 | Services Agreement | $87,880.00 |
| INX Prints, Inc. | INX Prints, Inc.<br>1802 Kettering Street<br>Irvine, CA 92614 | Services Agreement | $ - |
| Jacmel Jewelry, Inc. | Jacmel Jewelry, Inc.<br>401 Penhorn Avenue, Unit 1<br>Seacaucus, NJ 07094<br><br>Jacmel Jewelry, Inc.<br>Attn: Jack Rahmey and Yvonne Smith<br>1385 Broadway, 8th Floor<br>New York, NY 10018 | Services Agreement | $66,000.00 |
| Julian Higgins | Julian Higgins<br>11741 Gilmore Street<br>Unit 102<br>North Hollywood, CA 91606 | Independent Contractor Agreement | $2,500.00 |
| Just Funky, LLC. | Just Funky, LLC<br>4160 Highlander Parkway<br>Suite 100<br>Richfield, OH 44286<br><br>Just Funky, LLC<br>c/o Ritzler, Coughlin & Paglia, Ltd.<br>Attn: Patrick J. Thomas<br>1360 East Ninth Street<br>1000 IMG Center<br>Cleveland, OH 44114 | Services Agreement | $311,961.80 |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| JXZB Manshanhong | JXZB Manshanhong Import and Export Co., Ltd.<br>Attn: Leo<br>168, (NO. 390-1), Baoshui Street, Xinjian District<br>Jiangxi Province China | Services Agreement | $ - |
| K&S Specialty Products | K&S Specialty Products<br>25526 Hardy Place<br>Stevenson Ranch, CA 91381 | Services Agreement | $1,427,665.84 |
| King Record Company Limited | King Record Company Limited<br>1-2-3 Otowa, Bunyko-Ku<br>Tokyo, 112-0013 Japan | License Agreement | $ - |
| Kodansha Limited | Kodansha Limited<br>2-12-21 Otowa Bunkyo-ku<br>Tokyo, 112-8001 Japan | License Agreement | $ - |
| Konami Cross Media NY, Inc., fka 4K Media, Inc. | Konami Cross Media NY, Inc., fka 4K Media, Inc.<br>53 West 23rd Street, 11th Floor<br>New York, NY 10010 | License Agreement | $ 4,000.00 |
| Konami Digital Entertainment, Inc. (Metal Gear, Silent Hill) | Konami Digital Entertainment, Inc.<br>2381 Rosecrans Avenue<br>Suite 200<br>El Segundo, CA 90245 | License Agreement (Metal Gear) | $ 136.13 |
| Landsberg Orora | Landsberg Orora<br>c/o Vance & Blair<br>Attn: Thomas Vance<br>991 Lomas Santa Fe Drive<br>Suite C-435<br>Solana Beach, CA 92075 | Services Agreement | $301,827.76 |
| Legendary Pictures Funding, LLC (Lost in Space) | Legendary Pictures Funding, LLC<br>4000 Warner Boulevard<br>Burbank, CA 91522 | License Agreement | $ - |
| Legendary Pictures Funding, LLC (Tick 'r Treat and Krampus) | Legendary Pictures Funding, LLC<br>4000 Warner Boulevard<br>Burbank, CA 91522 | License Agreement | $ 46,721.50 |
| Lighthouse Services, Inc. | Lighthouse Services, Inc.<br>1710 Walton Road<br>Suite 204<br>Blue Bell, PA 19422 | Services Agreement | $ - |
| Luis Zuleta, dba Above the Clouds | Luis Zuleta<br>14953 Lassen Street<br>Mission Hills, CA 91345 | Consulting Agreement | $ - |
| Majesty Brands | Majesty Brands<br>469 7th Avenue, Suite 1301<br>New York, NY 10018 | Services Agreement | $4,050.00 |
| Major Fulfillment, LLC | Major Fulfillment, LLC<br>13707 South Figueroa Street<br>Los Angeles, CA 90061 | Services Agreement | $98,129.30 |
| Marvel Entertainment, Inc. (Softline Contract) | Marvel Brands LLC<br>c/o Marvel Entertainment, LLC<br>Attn: Marvel Business and Legal Affairs<br>135 West 50th Street, 7th Floor<br>New York, NY 10020 | License Agreement (X-Men Deadpool) | $ 316,874.42 |

SCHEDULE 1
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| NBA Properties, Inc. | NBA Properties, Inc.<br>645 Fifth Avenue<br>New York, NY 10022<br><br>NBA Properties, Inc.<br>Attn: General Counsel<br>645 Fifth Avenue<br>New York, NY 10022 | License Agreement | $ - |
| New Engen, Inc. | New Engen, Inc.<br>Attn: Dave Atchison, CEO<br>801 3rd Avenue, Suite 100<br>Seattle, WA 98104 | Services Agreement | $64,081.35 |
| Neyenesch Printers | Neyenesch Printers, Inc.<br>Attn: Curtis Conklin<br>2750 Kettner Blvd<br>San Diego, CA 92101 | Services Agreement | ($15,750.00) |
| Oracle America, Inc. (NetSuite) | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 | Oracle America, Inc. - Netsuite Purchase Terms | $ - |
| Paladone Products Ltd. | Paladone Products Ltd.<br>c/o Coface North America Insurance Company<br>650 College Road<br>Suite 2005<br>Princeton, NJ 08540<br><br>Paladone Products Ltd.<br>Attn: Steve Fleming and Graeme Carr<br>New Wharf, Brighton Road<br>Unit 3<br>Shoreham-By-Sea<br>West Sussex BN43 6RN United Kingdom | Services Agreement | $41,800.69 |
| Patrick Aluise (Loot Lens) | Patrick Aluise<br>26 Amberleaf<br>Irvine, CA 92614 | Consulting Agreement | $ 5,000.00 |
| Pointeast Limited | Pointeast Limited<br>Lu Plaza, 2 Wing Yip St, Unit 1001-3 10/F<br>Kwun Tong, Hong Kong | Services Agreement | $ - |
| Polygon Pictures | Polygon Pictures<br>Attn: Jack Liang<br>3-20-1 1F, Minami-Azabu<br>Minato-ku, Tokyo | License Agreement (Knights of Sidonia) | $ - |
| PPW Toys, aka Promotional Partners Worldwide | PPW Toys, aka Promotional Partners Worldwide<br>21/F, Cornell Centre<br>50 Wing Tai Road<br>Chai Wan, Hong Kong | Services Agreement | $9,500.00 |
| PR Newswire | PR Newswire<br>200 Vesey Street<br>19th Floor<br>New York, NY 10080 | PR Newswire Order Form Invoice | $ - |
| Printing Management | | Services Agreement | $3,604.50 |
| PSD Underwear | PSD Underwear<br>320 south Mission Road<br>Los Angeles, CA 90033 | Services Agreement | $ - |
| Pyramid America, LP | Pyramid America, LP<br>c/o Bryson Border, Tucker, Albin & Associates, Inc.<br>1 Haven Avenue<br>Mt. Vernon, NY 10018 | Services Agreement | $51,250.00 |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Rare, Inc. (Microsoft) | Rare Limited<br>Attn: Xbox Legal<br>The Broadgate Tower, Third Floor<br>20 Primrose Street, London, EC2A 2RS<br>United Kingdom<br><br>Rare Limited<br>Attn: Xbox Legal<br>One Microsoft Way<br>Redmond, WA 98052<br><br>Rare Limited<br>Attn: Xbox Legal<br>Manor Park<br>Twycross, CV9 3QN<br>Great Britain | License Agreement | $ - |
| Rastaclat LLC | Rastaclat LLC<br>4007 Paramount Boulevard, Suite 110<br>Lakewood, CA 90712 | Services Agreement | $13,102.50 |
| Recurly | Recurly, Inc.<br>400 Alabama Street<br>Suite 202<br>San Francisco, CA 94110 | Recurly Services Agreement & Statement of Work | $ 44,000.00 |
| Renoir Fashion, Inc. | Renoir Fashion, Inc.<br>Attn: Linda Xiang<br>537 Coralridge Place<br>La Puente, CA 91746 | Services Agreement | $ - |
| Ricoh Industries | Ricoh Industries<br>Attn: Daniel Schack<br>7000 North Austin Avenue<br>Niles, IL 60714 | Services Agreement | $25,135.34 |
| Rooster Teeth Productions | Rooster Teeth Productions, LLC<br>Attn: Geoff Yetter, Licensing Manager<br>1901 E. 51st Street, Bungalow A<br>Austin, TX 78723 | License Agreement | $ - |
| RR Donnelley International Services | RR Donnelley International Services<br>Attn: Karen Wagner<br>3541 Lomita Blvd<br>Torrance, CA 90505 | International Services Agreement | $ 1,515,683.87 |
| Sailthru, Inc. | Sailthru, Inc.<br>One World Trade<br>Suite 48A<br>York. NY 10007 | Services Agreement | $ 101,000.00 |
| Sanrio, Inc., dba Sanrio Global Consumer Products | Sanrio, Inc., dba Sanrio Global Consumer Products<br>2101 El Segundo Boulevard<br>Suite 105<br>El Segundo, CA 90245 | License Agreement | $ 78,745.57 |
| Sega of America, Inc. | Sega of America, Inc.<br>Attn: Department of Legal & Business Affairs<br>6400 Oak Canyon<br>Suite 100<br>Irvine, CA 92618 | License Agreement | $ 34,035.99 |
| Shaun Green | Shaun Green<br>4636 Cahuenga Boulevard<br>Apt. 200<br>Los Angeles, CA 91602 | Consulting Agreement | $1,500.00 |

SCHEDULE 1
LOOT CRATE CURE SCHEDULE

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Something Inked/AIA Corporation | Something Inked/AIA Corporation<br>Attn: Beth Stewart<br>800 West Winnecone Avenue<br>Neenah, WI 54956-3196 | Services Agreement | $4,784,203.15 |
| Sony Pictures Consumer Products, Inc. (Ghostbusters) | Sony Pictures Consumer Products Inc.<br>Agent for Columbia Pictures Industries, Inc.<br>Attention: Global Consumer Products<br>10202 W. Washington Boulevard<br>Frank Capra Building, Second Floor<br>Culver City, CA 90232 | License Agreement (Ghostbusters) | $ 52,057.21 |
| Sony Pictures Consumer Products, Inc. (Karate Kid) | Sony Pictures Consumer Products Inc.<br>Agent for Columbia Pictures Industries, Inc.<br>Attention: Global Consumer Products<br>10202 W. Washington Boulevard<br>Frank Capra Building, Second Floor<br>Culver City, CA 90232 | License Agreement (Jumanji) | $ 10,438.90 |
| Southwest Offset Printing | Southwest Offset Printing<br>13650 Gramercy Place<br>Gardena, CA 90249<br><br>Southwest Offset Printing<br>c/o<br>Attn: Scott K. Dauscher<br>Atkinson, Anderson, Loya, Ruud & Romo<br>12800 Center Court Drive South, Suite 300<br>Cerritos, CA 90703-9364 | Services Agreement | $27,302.00 |
| Stephen Kramer-Glickman | Stephen Kramer-Glickman | Independent Contractor Agreement | $ - |
| Studiocanal S.A.S. | Studiocanal S.A.S.<br>Attn: Valerie Rolandez<br>1, place du Spectacle<br>92683, Issy-les-Moulineaux Cedex 9, France<br><br>Creative Licensing Corporation<br>Attn: Brent Marlis<br>10940 Wilshire Boulevard<br>Suite 1600<br>Los Angeles, CA 90024 | License Agreement | $ 40,697.70 |
| Super7 | Super7<br>777 Florida Street, Suite 202<br>San Francisco, CA 94110 | Services Agreement | $22,968.75 |
| SurveyGizmo | SurveyGizmo<br>4888 Pearl East Circle<br>Suite 100W<br>Boulder, CO 80301 | SurveyGizmo Invoice | $ - |
| Tatsunoko Productions Co., Ltd. | Tatsunoko Production Co., Ltd.<br>Contact: Mr. Kaz Haruna<br>Musashino YS Bldg. 2F<br>1-19-3 Nakacho, Musashino-shi<br>Tokyo, Japan | License Agreement | $ 10,000.00 |
| Team Beans, Inc. | Team Beans, Inc.<br>2301 Cottontail Lane<br>Somerset, NJ 07773 | Services Agreement | $76,805.83 |
| Tervis Tumbler Company | Tervis Tumbler Company<br>201 Triple Diamond Boulevard North<br>Venice, FL 34275 | Services Agreement | $82,500.00 |
| Tezuka Productions Co., Ltd. | Tezuka Productions Co., Ltd.<br>Attn: Takayuki Matsutani<br>4-32-11 Takadanobaba<br>Shinjuku-ku<br>Tokoyo 169-8575 | License Agreement | $ - |

SCHEDULE 1
LOOT CRATE CURE SCHEDULE

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| The Emblem Source | The Emblem Source<br>Attn: Brian Rutt<br>4575 Westgrove Drive<br>Suite 500<br>Addison, TX 75001 | Services Agreement | $6,384.84 |
| The Jim Henson Company, Inc. | The Jim Henson Company, Inc.<br>Attn: Executive Vice President, Business and Legal Affairs<br>1416 N. La Brea Avenue<br>Hollywood, CA 90028 | Consumer Products License Agreement | $ - |
| The Loyal Subjects | The Loyal Subjects<br>155 West Washington Boulevard<br>Los Angeles, CA 90015 | Services Agreement | $ - |
| The Northwest Company | The Northwest Company<br>49 Bryant Avenue<br>Roslyn, NY 11576 | Services Agreement | $ - |
| TOEI Animation, Inc. (Dragon Ball Z (1989 film only) | TOEI Animation, Inc.<br>11150 West Olympic Boulevard<br>Suite 800<br>Los Angeles, CA 90064 | License Agreement | $ 20,747.54 |
| TOEI Animation, Inc. (One Piece) | TOEI Animation, Inc.<br>11150 West Olympic Boulevard<br>Suite 800<br>Los Angeles, CA 90064 | License Agreement | $ - |
| Towerstream I, Inc. | Towerstream I, Inc., aka Towersteam Corporation<br>76 Hammarlund Way<br>Middletown, RI 02842 | Services Agreement | $ 16,593.00 |
| Trend Setters, Ltd. | Trend Setters, Ltd.<br>22500 State Route 9<br>Tremont, IL 61568 | Services Agreement | $588,066.35 |
| Tryad Solutions, Inc. | Tryad Solutions, Inc.<br>2015 Dean Street, Suite 6A<br>St. Charles, IL 60174 | Services Agreement | $55,797.50 |
| TShirt Guys | TShirt Guys<br>Calle Huerta<br>22847 Ensenada<br>Baja, CA 22847 | Services Agreement | $ - |
| Twentieth Century Fox Film Corporation | Twentieth Century Fox Licensing and Merchandising<br>Attention: Manager, Finance Department<br>P.O. Box 900<br>Beverly Hills, CA 90213 | License Agreement (Alita-Battle Angel) | $ 241,144.42 |
| Ubisoft, Inc. | UbiSoft, Inc.<br>625 Third Avenue<br>San Francisco, CA 94107<br><br>Ubisoft EMEA<br>28 rue Armand Carrel<br>93108 Montreuil-sous-Bois Cedex, France | License Agreement | $ 11,988.73 |
| Ultimate Software Group, Inc. | Ultimate Software Group, Inc.<br>1485 North Park Drive<br>Weston, FL 33326 | Payroll Services | $ - |
| Universal Studios (Park & Rec) | NBC Entertainment Marketing & Digital<br>Attn: Joni Camacho<br>100 Universal City Plaza<br>Building 1360, 3rd Floor<br>Universal City, CA 91608 | License Agreement (Parks & Rec) | $ 4,000.00 |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Universal Studios Licensing, LLC | Universal Cable Productions LLC<br>Attn: CFO<br>100 Universal City Plaza, Bldg. 1440/34<br>Universal City, CA 91608 | License Agreement (Mr. Robot) | $ 67,468.85 |
| Vandor LLC | Vandor LLC<br>165 South Main Street, Suite 400<br>Salt Lake City, UT 84111 | Services Agreement | $ - |
| Vintage Industries | Vintage Industries<br>Attn: Jose Anaya<br>2475 Paseo de las Americas<br>San Diego, CA 92154 | Services Agreement | $ - |
| Viz Media, LLC (Boruto) | Viz Media, LLC<br>1355 Market Street<br>Suite 200<br>San Francisco, CA 94103 | License Agreement (Boruto) | $ - |
| Viz Media, LLC (Death Note) | Viz Media, LLC<br>1355 Market Street<br>Suite 200<br>San Francisco, CA 94103<br><br>Evolution USA, LLC<br>Attn: Travis J. Rutherford and Stanley Lerman<br>6300 Canoga Avenue<br>Suite 1750<br>Woodland Hills, CA 91367 | License Agreement (Death Note) | $ - |
| Viz Media, LLC (Hunter x Hunter) | Viz Media, LLC<br>1355 Market Street<br>Suite 200<br>San Francisco, CA 94103<br><br>Evolution USA, LLC<br>Attn: Travis J. Rutherford and Stanley Lerman<br>6300 Canoga Avenue<br>Suite 1750<br>Woodland Hills, CA 91367 | License Agreement (Hunter X Hunter) | $ - |
| Viz Media, LLC (JoJo) | Viz Media, LLC<br>1355 Market Street<br>Suite 200<br>San Francisco, CA 94103<br><br>Evolution USA, LLC<br>Attn: Travis J. Rutherford and Stanley Lerman<br>6300 Canoga Avenue<br>Suite 1750<br>Woodland Hills, CA 91367 | License Agreement (JOJO) | $ - |
| Viz Media, LLC (One Punch Man) | Viz Media, LLC<br>1355 Market Street<br>Suite 200<br>San Francisco, CA 94103<br><br>Evolution USA, LLC<br>Attn: Travis J. Rutherford and Stanley Lerman<br>6300 Canoga Avenue<br>Suite 1750<br>Woodland Hills, CA 91367 | License Agreement (One-Punch Man) | $ - |

**SCHEDULE 1**
**LOOT CRATE CURE SCHEDULE**

| Counter Party | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Warner Bros. Consumer Products, Inc. | Warner Bros. Consumer Products Inc. Attn: VP Business and Legal Affairs 4000 Warner Boulevard Building 118, 5th Floor Burbank, CA 91522 | License Agreement | $ 83,779.82 |
| Well Played Toy | Well Played Toy, a Division of Gener8 LLC Attn: David Gardiner 1901 W. 16th Street Indianapolis, IN 46202 | Services Agreement | $ - |
| Weta Workshop | Weta Workshop P.O. Box 15208 Miramar, Wellington, New Zealand | Services Agreement | $ - |
| Wincraft | WinCraft, Inc. Attn: Brenda Styba 960 East Mark Street Winona, MN 55987 | Services Agreement | $226,581.65 |
| Worldwide Wrestling Entertainment, Inc. | Worldwide Wrestling Entertainment, Inc. 1241 East Main Street Stamford, CT 06902 | Product License Agreement | $ 3,964.11 |
| Worthy Promotional Products | Worthy Promotional Products 1515 Kowaliga Road Eclectic, AL 36024 | Services Agreement | $5,640.00 |
| XB Fulfillment | XB Fulfillment P.O. Box 51332 Los Angeles, CA 90051-5632 | Services Agreement | $ 16,364.25 |
| Zak Designs | Zak Designs c/o LimNexus LLP Attn: Lisa Yang and Alexander Su 707 Wilshire Boulevard 46th Floor Los Angeles, CA 90017 | Services Agreement | $357,521.60 |