**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-11791 (BLS) |
| LOOT CRATE, INC., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 18, 2019 AT 1:30 P.M. (EDT)[2]**

**I.      MATTERS UNDER CERTIFICATE OF NO OBJECTION (CNO)**

1.      Application of the Debtors for Order Authorizing Employment and Retention of Bankruptcy Management Solutions, Inc. D/B/A Stretto as Administrative Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 58 - filed August 20, 2019]

> Objection / Response Deadline:     September 11, 2019 at 4:00 p.m. (EST) (Deadline Extended for the United States Trustee to August 12, 2019)

> Objections / Responses Received:   None.

> Related Documents:

> a.  Certificate of No Objection to Application of the Debtors for Order Authorizing Employment and Retention of Bankruptcy Management Solutions, Inc. D/B/A Stretto as Administrative Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 157 - filed September 13, 2019]

> Status:        A Certificate of No Objection has been filed, this matter will only go forward if required by the Court.

---

[1]      The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate Parent, Inc.; LC Funding, Inc.; Loot Crate Holdings, Inc.; Loot Crate, Inc. (7119).  The Debtors' noticing address in these chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2]      The hearing will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 3, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances effective January 5, 2005, Revised May 11, 2018.

2.    Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 80 - August 27, 2019]

Objection / Response Deadline:      September 11, 2019 at 4:00 p.m. (EST)

Objections / Responses Received:    None.

Related Documents:

a.    Certificate of No Objection to Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 158 - filed September 13, 2019]

Status:    A Certificate of No Objection has been filed, this matter will only go forward if required by the Court.

## II.    MATTERS GOING FORWARD

3.    Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain of Their Pre-Petition Sale, Use, Trust Fund, and Other Taxes and Related Obligations; and (II) Granting Related Relief [Docket No. 10 - filed August 12, 2019]

Objection / Response Deadline:      August 26, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ 4:00 p.m.]

Objections / Responses Received:

a.    Limited Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain of their Pre-Petition Sale, Use, Trust Fund, and Other Taxes and Related Obligations; and (II) Granting Related Relief [Docket No. 85 - filed August 28, 2019]

Related Documents:

b.    Interim Order (I) Authorizing the Debtors to Pay Pre-Petition Sales, Use, Trust Fund, and Other Taxes and Related Obligations; (II) waving Any Further or Different Notice of This Motion; and (III) Granting Related Relief [Docket No. 41 - filed August 14, 2019]

c.    Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

Status:    This matter will be going forward.

2

4.     Motion of the Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 13 - filed August 12, 2019]

|  |  |
|---|---|
| Objection / Response Deadline: | August 23, 2019 at 4:00 p.m. (EST) [Deadline Extended for the Official Committee to August 28, 2019 @ :00 p.m.] |

Objections / Responses Received:

a.     Paypal, Inc.'s Response and Limited Objection to the Motion of Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 73 - filed August 23, 2019]

b.     Limited Objection and Reservation of Rights of Worldpay, LL (F/K/A Vantiv, LLC) to the Motion of Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 74 - filed August 23, 2019]

c.     Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions (I)(A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief and (II) for a Final Order (A) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (B) Granting Liens and Super-Priority Claims; (C) Scheduling Final Hearing; (D) Modifying the Automatic Stay and (E) Granting Related Relief [Docket No. 84 - filed August 28, 2019]

Related Documents:

d.    Notice of Filing of DIP Credit Agreement, as Exhibit 1 to Proposed Interim Order on Motion of Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 18 - filed August 12, 2019]

e.    Interim Order (I) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [Docket No. 44 - filed August 15, 2019]

f.    Omnibus Notice of Pleadings and Hearing Thereon [Docket No 46 - filed August 15, 2019]

g.    Certification of Counsel Submitting Second Interim Order on Motion of Debtors, Pursuant to Section 105, 361, 362, 363, 264, and 507 of the Bankruptcy Code, Bankruptcy rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Post Petition Financing and Use of cash Collateral; (II) Granting Liens and Super-Priority Claims and Adequate Protection; (III) Scheduling a Final Hearing; (IV) Modifying the Automatic Stay; and (V) Granting related Relief (Docket No. 143 – filed September 10, 2019]

h.    Order (Second Interim) (I) Authorizing Debtors to Obtain Post Petition Financing and Use of cash Collateral; (II) Granting Liens and Super-Priority Claims and Adequate Protection; (III) Scheduling a Final Hearing; (IV) Modifying the Automatic Stay; and (V) Granting related Relief (Docket No. 144 – filed September 10, 2019]

Status:    This matter will be going forward.

5.    Application of the Debtors for Order Authorizing, Pursuant to Sections 327(a) and 328 of the Bankruptcy Code, the Employment and Retention of Focalpoint Securities, LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date [Docket No. 91 – dated August 28, 2019]

Objection / Response Deadline:    September 11, 2019 at 4:00 p.m. (EST) (Deadline Extended for the United States Trustee to August 12, 2019)

Objections / Responses Received:    None.

Related Documents:

Status:        This matter will be going forward.

6.     Application of the Debtors for Order Authorizing Employment and Retention of Withumsmith+Brown, PC as State and Local Tax Consultant, *Nunc Pro Tunc* to August 26, 2019 [Docket No. 101 - filed August 30, 2019]

Objection / Response Deadline:        September 11, 2019 at 4:00 p.m. (EST) (Deadline Extended for the United States Trustee to August 12, 2019)

Objections / Responses Received:    None.

Related Documents:

a.     Motion to Shorten Notice Period Regarding Application of the Debtors for Order Authorizing Employment and Retention of Withumsmith+Brown, P as State and Local Tax Consultant, *Nunc Pro Tunc* to August 26, 2019 [Docket No. 106 - filed August 30, 2019]

b.     Order Shortening Notice Period Regarding Application of the Debtors for Order Authorizing Employment and Retention of Withumsmith+Brown, PC as State and Local Tax Consultant, *Nunc Pro Tunc* to August 26, 2019 [Docket No. 122 – granted on September 5, 2019]

Status:        This matter will be going forward.

7.     Debtors' Application for an Order Approving (I) the Employment and Retention of Portage Point Partners, LLC and (II) the Designation of Stuart Kaufman as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date [Docket No. 103 - filed August 30, 2019]

Objection / Response Deadline:        September 11, 2019 at 4:00 p.m. (EST)

Objections / Responses Received:    None.

Related Documents:

a.     Notice of Debtors' Application for an Order Approving (I) the Employment and Retention of Portage Point Partners, LLC and (II) the Designation of Stuart Kaufman as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Dates [Docket No. 104 - filed August 30, 2019]

     b.     Motion to Shorten Notice Period Regarding Debtors' Application for an Order Approving (I) the Employment and Retention of Portage Point Partners, LLC and (II) the Designation of Stuart Kaufman as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Dates [Docket No. 107 - filed August 31, 2019]

     c.     Order Shortening Notice Period Regarding Debtors' Application for an Order Approving (I) the Employment and Retention of Portage Point Partners, LLC and (II) the Designation of Stuart Kaufman as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Dates [Docket No. 123 - granted September 5, 2019]

     <u>Status:</u>     This matter will be going forward.

Dated: September 16, 2019
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Facsimile:  (302) 351-8618
Email:  nramsey@rc.com
       jedmonson@rc.com
       mfink@rc.com

*Co-counsel to the Debtors and Debtors in Possession*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill *(admitted pro hac vice)*
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email:  mark.duedall@bclplaw.com
       leah.fiorenza@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder *(admitted pro hac vice)*
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email:  andrew.schoulder@bclplaw.com

*Proposed Co-counsel to the Debtors and Debtors in Possession*