# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LOOT CRATE, INC., *et al.*,[1] ) | Case No. 19-11791 (BLS) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Related Doc. 128** |

### SUPPLEMENTAL DECLARATION OF MARK I. DUEDALL IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE RETENTION OF BRYAN CAVE LEIGHTON PAISNER LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

I, Mark I. Duedall, hereby declare, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct, to the best of my knowledge and belief, after due inquiry described herein.

1. I am a partner with Bryan Cave Leighton Paisner LLP ("***Bryan Cave***"),[2] an international law firm with approximately 1,600 lawyers in thirty-six offices domestically and abroad, including an office in Atlanta located at One Atlantic Center, Fourteenth Floor, 1201 W. Peachtree Street, NW, Atlanta, GA  30309-3471.  I am an attorney, duly admitted and in good standing to practice in the States of Georgia and Delaware, and in the United States District Courts for the Northern District of Georgia and of the District of Delaware.  I submit this supplemental declaration in support of the Application.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate Parent, Inc.; LC Funding, Inc.; Loot Crate Holdings, Inc.; Loot Crate, Inc. (7119).  The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

537791502

2.     Sharon Z. Weiss is a partner in Bryan Cave's Santa Monica office who is not working on, or otherwise involved in, these Cases. Ms. Weiss serves as the Post-Confirmation Creditors' Representative ("*Creditor's Representative*") in the *In re Saeed Cohen* bankruptcy case, Case No. 2:13-bk-26483-NB, pending in the United States Bankruptcy Court, Central District of California, Los Angeles Division.

3.     In her capacity as the Creditors' Representative, Ms. Weiss is represented by Christopher Celentino (christopher.celentino@dinsmore.com) and Mikel R. Bistrow (mikel.bistrow@dinsmore.com), both of the law firm of Dinsmore & Shohl LLP, 655 West Broadway, Suite 800, San Diego, CA 92101.

4.     Mr. Celentino and Ms. Bistrow are counsel to PayPal, Inc. in these Cases. While I do not believe that this affects Bryan Cave's disinterestedness or creates an adverse interest, I disclose this as a potential connection under Bankruptcy Rule 2014 and Local Rule 2014-1(a).

5.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 18th day of September 2019.

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ *Mark I. Duedall*
Mark I. Duedall (No. 3346)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bclplaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*