## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-11791 (BLS) |
| LOOT CRATE, INC., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Related Docket No(s). 27, 147** |

### NOTICE OF CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that on September 11, 2019, the United States Bankruptcy Court for the District of Delaware entered that certain *Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreement and Approving Certain Bid Protections, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief* (D.I. 147) ("**Bid Procedures Order**").[2]

PLEASE TAKE FURTHER NOTICE that the Bid Procedures Order approved, among other things, the implementation of the Bid Procedures in connection with the disposition of substantially all of the Debtors' Assets.

PLEASE TAKE FURTHER NOTICE that the deadline to bid on the Assets was established as September 23, 2019 at 5:00 p.m. (ET) (the "**Bid Deadline**").

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2] All capitalized terms used but not otherwise defined herein shall be given the meaning ascribed to them in the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that the Debtors received a total of one (1) Qualified Bid[3] as of the Bid Deadline: the Stalking Horse Bid.

PLEASE TAKE FURTHER NOTICE that as a result, the Auction scheduled for September 24, 2019 at 12:00 p.m. (ET) is **CANCELLED**.

PLEASE TAKE FURTHER NOTICE that a hearing (the "*Sale Hearing*") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in Courtroom No. 1 of the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware, 19801, on **September 26, 2019 at 9:00 a.m. (prevailing Eastern Time)**, to consider the sale of substantially all of the Debtors' assets, any objections to the sale, and any other matter that may properly come before the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Sale Hearing may be adjourned or continued from time to time by the Bankruptcy Court without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

PLEASE TAKE FURTHER NOTICE that the Bid Procedures Order entered in these cases may be obtained at no charge from Stretto, the claims agent retained by the Debtors by: (a) accessing Stretto's website at https://case.stretto.com/lootcrate; or (b) calling the Stretto at 877-272-4403 (toll free) or 949-229-3562. You may also obtain copies of any pleadings filed in these cases for a fee via PACER at http://www.ecf.deb.uscourts.gov.

---

[3] As defined in Docket Number 147.

Dated: September 24, 2019
Wilmington, Delaware

**ROBINSON & COLE LLP**

/s/ *Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Facsimile: (302) 351-8618
Email: nramsey@rc.com
jedmonson@rc.com
mfink@rc.com

*Co-Counsel to the Debtors and Debtors-in-Possession*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill *(Admitted pro hac vice)*
Khaled Tarazi *(Admitted pro hac vice)*
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bclplaw.com
leah.fiorenza@bclplaw.com
khaled.tarazi@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder *(Admitted pro hac vice)*
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*

601115875