**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| LOOT CRATE, INC., *et al.*,[1] | ) Case No. 19- 11791 (BLS) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Related Docket No. 13, 44, 144** |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED FINAL ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING ON A SUPER-PRIORITY, SENIOR SECURED BASIS AND (B) USE CASH COLLATERAL, (II) GRANTING (A) LIENS AND SUPER-PRIORITY CLAIMS AND (B) ADEQUATE PROTECTION TO CERTAIN PREPETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF**

At the hearing held on September 18, 2019 (the "Hearing"), the Court considered the request of the above-captioned debtors and debtors in possession (the "Debtors") that relief requested by the *Motion of the Debtors, Pursuant to Sections 105, 361, 362 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims; (III) Scheduling Final Hearing; (IV) Modifying the Automatic Stay and (V) Granting Related Relief Upon the Motion* [D.I. 13] (the "Motion")[2] be granted on a final basis. At the conclusion of the Hearing, the Court granted the relief requested by the Motion on a final basis (the "Proposed Final DIP Order").

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate, Inc. (7119); Loot Crate Holdings, Inc.; LC Funding, Inc.; and Loot Crate Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

After discussions with counsel for the Official Committee of Unsecured Creditors (the "Committee"), and a review of the Proposed Final DIP Order, the Committee has no objection to entry of the attached Proposed Final DIP Order, which is attached hereto **Exhibit A**. A blackline of the Proposed Final Order is attached hereby as **Exhibit B**, showing changes made from Second Interim Order [D.I. 144], which the Court entered on September 10, 2019.

Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated: September 24, 2019
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 516-1705
Facsimile: (302) 351-8618
Email: nramsey@rc.com
       jedmonson@rc.com
       mfink@rc.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (admitted *pro hac vice*)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bclplaw.com
       leah.fiorenza@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Co-Counsel to the Debtors and Debtors in Possession*