# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 19-11791 (BLS) |
| LOOT CRATE, INC., *et al.*,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 26, 2019 AT 9:00 A.M. (EDT)[3]

### I. MATTERS UNDER CERTIFICATE OF NO OBJECTION (CNO)

1. Debtors' Application for an Order Authorizing the Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 128 - filed September 5, 2019]

   <u>Objection / Response Deadline</u>:   September 19, 2019 at 4:00 p.m. (ET)

   <u>Objections / Responses Received</u>:   None.

   <u>Related Documents</u>:

   a. Certificate of No Objection to Debtors' Application for an Order Authorizing the Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 205 - filed September 20, 2019]

   b. **Order Granting the Debtors' Application for Order Authorizing the Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 222 – entered September 24, 2019]**

   <u>**Status**</u>: **The order has been entered. This matter will not go forward.**

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Loot Crate Parent, Inc.; LC Funding, Inc.; Loot Crate Holdings, Inc.; Loot Crate, Inc. (7119). The Debtors' noticing address in these chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2] All matters new to this Agenda appear in BOLD print.

[3] The hearing will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 26, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances effective January 5, 2005, Revised May 11, 2018.

## II. MATTERS UNDER CERTIFICATION OF COUNSEL (COC)

2. Debtors' Application for an Order Approving (I) the Employment and Retention of Theseus Strategy Group LLC and (II) Designating Mark Palmer as Chief Transformation Officer *Nunc Pro Tunc* to the Petition Dates [Docket No. 125 - filed September 5, 2019]

    Objection / Response Deadline:    September 19, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    a. Certification of Counsel Regarding Revised Order Approving (I) Employment and retention of Theseus Strategy Group LLC and (II) Designating Mark Palmer as Chief Transformation Officer *Nunc Pro Tunc* to the Petition Dates [Docket No. 200 - filed September 19, 2019]

    b. Order Authorizing the Debtors to (I) Employ and Retain Theseus Strategy Group LLC, and (II) Designate Mark Palmer as Chief Transformation Officer, *Nunc Pro Tunc* to the Petition Date [Docket No. 214 - entered September 23, 2019]

    Status:    The order has been entered. This matter will not go forward.

3. Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 127 - filed September 5, 2019]

    Objection / Response Deadline:    September 19, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    a. Certification of Counsel Regarding Revised Order, Pursuant to Bankruptcy Code Sections 105(a), 327, 328, and 330, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 207 - filed September 23, 2019]

    b. Order Approving Motion to Authorize the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 216 - entered September 23, 2019]

    Status:    The order has been entered. This matter will not go forward.

### III. MATTERS GOING FORWARD

4. Motion of the Debtors for Entry of (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief  [Docket No. 27 - filed August 12, 2019]

   Objection / Response Deadline:    September 20, 2019 at 4:00 p.m. (ET) [Extended to September 23, 2019 for Warner Brothers and WorldPay, LLC, extended to September 24, 2019 for The Ultimate Software Group, and extended to 24 hours after the filing of the proposed sale order for the Office of the United States Trustee]

   Objections / Responses Received:

   a. Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions (I)(A) Approving Bid Procedures  for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief and (II) for a Final Order (A) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (B) Granting Liens and Super-Priority Claims; (C) Scheduling Final Hearing; (D) Modifying the Automatic Stay and (E) Granting Related Relief [Docket No. 84 - filed August 28, 2019]

   b. Objection of Just Funky, LLC to: (I) Notice of Potential Assumption and Assignment of Contracts and Related Cure Amounts: and (II) Lack of Adequate Assurance of Payment [ Docket No. 192 - filed September 20, 2019]

   c. Oracle's Limited Objection to and Reservation of Rights Regarding Motion of the Debtors for Entry of: (I) An Order )(A) Approving Bid Procedures  for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D)

Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief and (II) for a Final Order (A) Authorizing Debtors to Obtain Postposition Financing and Use Cash Collateral; (B) Granting Liens and Super-Priority Claims; (C) Scheduling Final Hearing; (D) Modifying the Automatic Stay and (E) Granting Related Relief; (2) Notice of Potential Assumption and Assignment of Contracts and Related Cure Amounts [Docket No. 194 - filed September 20, 2019]

d. Response and Objection of Bethesda Softworks, LLC to Cure Portion of Notice of Potential Assumption and Assignment of Contract and Related Cure Amounts [Docket No. 199 - filed September 20, 2019]

e. Response and Limited Objection of PayPal, Inc. to the Motion of the Debtors for Entry of (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 201 - filed September 20, 2019]

f. Objection of AIA Corporation to Cure Amount [Docket No. 202 - filed September 20, 2019]

g. Objection of Warner Bros. Consumer Products Inc. to Debtors' Proposed Assumption and Assignment of Executory Contract [Docket No. 208 - filed September 23, 2019]

h. Objection/Reservation of Rights of Twentieth Century Fox Licensing and Merchandising and Marvel Brands LLC to Sale of Substantially all of the Debtors' Assets and the Assumption and Assignment of License Agreements [Docket No. 210 - filed September 23, 2019]

i. Limited Objection and Reservation of Rights of Worldpay, LLC (F/K/A Vantiv, LLC) to the Motion of Debtors, for Entry of: (I) an Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors Assets, (B) Approving Related Contract Assumption and Assignment Procedure, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of Debtors Assets, (B)

Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 219 - filed September 23, 2019]

Related Documents:

j. Notice of Hearing [Docket No. 36 - filed August 14, 2019]

k. Notice of Filing of Proposed Stalking Horse Agreement [Docket No. 93 - filed August 29, 2019]

l. Notice of Filing of Final Stalking Horse Agreement [Docket No. 116 - filed September 3, 2019]

m. Notice of Filing of Executed Stalking Horse Agreement [Docket No. 131 - filed September 8, 2019]

n. Notice of Filing of Blackline Stalking Horse Agreement [Docket No. 132 - filed September 9, 2019]

o. Certification of Counsel Regarding Revised Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief [Docket No. 145 - filed September 11, 2019]

p. Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief [Docket No. 147 - filed September 11, 2019]

q. Notice of Potential Assumption and Assignment of Contracts and related Cure Amounts [Docket No. 154 - filed September 13, 2019]

r. Notice of Certificate/Affidavit of Publication of the Notice of Auction and Sale Hearing in the Lock Haven Express [Docket No. 195 - filed September 20, 2019]

s. Notice of Certificate/Affidavit of Publication of the Notice of Auction and Sale Hearing in USA Today (National Edition) [Docket No. 196 - filed September 20, 2019]

t.  Notice of Change in Hearing Time from 12:00 p.m. to 9:00 a.m. [Docket No. 211 - filed September 23, 2019]

u.  Notice of Cancellation of Auction [Docket No. 220 - filed September 24, 2019]

v.  **Notice of Filing of Proposed Sale Order [Docket No. 230 – filed September 24, 2019]**

w.  **Notice of Filing Blackline Amended and Restated Stalking Horse Agreement [Docket No. 231 – filed September 24, 2019]**

x.  **Declaration of Michael Fixler in Support of the Sale of the Debtors' Assets [Docket No. 237 – filed September 25, 2019]**

y.  **Corrected Notice of Filing of Proposed Sale Order [Docket No. 238 – filed September 25, 2019]**

**<u>Objections with Extended Deadline:</u>**

z.  **The Ultimate Software Group, Inc.'s Limited Objection to Proposed Cure Amounts in Connection with Debtors' Assumption and Assignment of Executory Contract with Ultimate Software Group, Inc. [Docket No. 228 - filed September 24, 2019]**

<u>**Status:**</u> **This matter will be going forward with respect to matter 4.i (Worldpay, LLC). All other matters have either been resolved or are being adjourned to a future hearing date.**

| | |
|---|---|
| **Dated: September 25, 2019**<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Jamie L. Edmonson*<br>Natalie D. Ramsey (No. 5378)<br>Jamie L. Edmonson (No. 4247)<br>Mark A. Fink (No. 3946)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1705<br>Facsimile: (302) 351-8618<br>Email: nramsey@rc.com<br>         jedmonson@rc.com<br>         mfink@rc.com<br><br>*Co-counsel to the Debtors and Debtors in Possession*<br><br>-   *and*   - |

| | |
|---|---|
| **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Mark I. Duedall (No. 3346)<br>Leah Fiorenza McNeill (Admitted *pro hac vice*)<br>1201 W. Peachtree Street, NW, 14th Floor<br>Atlanta, Georgia 30309-3471<br>Telephone: (404) 572-6600<br>Facsimile:  (404) 572-6999<br>Email: mark.duedall@bclplaw.com<br>         leah.fiorenza@bclplaw.com | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Andrew J. Schoulder (Admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: (212) 541-2000<br>Facsimile:  (212) 541-4630<br>Email: andrew.schoulder@bclplaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |