# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| OLD LC, INC., *et al.*,[1] | ) |
| | ) Case No. 19-11791 (BLS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 3, 2019 AT 1:00 P.M. (EDT)[2]

**I.  MATTERS GOING FORWARD**

1. Motion for Order Pursuant to 11 U.SC. § 365(d)(4) for Extension of Time to Assume or Reject Non-Residential Real Property Lease [Docket No. 296 - filed November 5, 2019]

   Objection / Response Deadline:     November 26, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Status:                            This matter will be going forward.

Dated: November 27, 2019            **ROBINSON & COLE LLP**
Wilmington, Delaware

                                    */s/ Jamie L. Edmonson*
                                    Jamie L. Edmonson (No. 4247)
                                    1201 N. Market Street, Suite 1406
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 516-1705
                                    Facsimile:  (302) 351-8618
                                    Email: jedmonson@rc.com

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2] The hearing will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 3, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances effective January 5, 2005, Revised May 11, 2018.

|  |  |
|---|---|
|  | *Co-counsel to the Debtors and Debtors in Possession* |
|  | -   *and*   - |
| **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Mark I. Duedall (No. 3346)<br>Leah Fiorenza McNeill (Admitted *pro hac vice*)<br>1201 W. Peachtree Street, NW, 14th Floor<br>Atlanta, Georgia 30309-3471<br>Telephone: (404) 572-6600<br>Facsimile:  (404) 572-6999<br>Email:  mark.duedall@bclplaw.com<br>            leah.fiorenza@bclplaw.com | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Andrew J. Schoulder (Admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: (212) 541-2000<br>Facsimile:  (212) 541-4630<br>Email: andrew.schoulder@bclplaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |