# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLD LC, INC. | ) | Case No. 19-11791 (BLS) |
| (F/K/A LOOT CRATE, INC.), *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| OLD LC, INC. | ) | |
| (F/K/A LOOT CRATE, INC.), | ) | Adversary Proceeding No. 19-50419 (BLS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| WORLDPAY, LLC (F/K/A VANTIV, LLC) | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 8, 2019 AT 11:00 A.M. (EDT)[2]

**I.   MATTERS GOING FORWARD**

1. Second Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 339 - filed December 16, 2019]

   Objection / Response Deadline:   December 26, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:

   a. Limited Objection and Reservation of Rights of Google LLC to Second Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 341 – filed December 20, 2019]

   Status:   This matter will be going forward.

---

[1] The Debtors are the following four entities: Old LC, Inc. (f/k/a Loot Crate, Inc.), Old LC Holdings, Inc. (f/k/a Loot Crate Holdings, Inc.), Old LCF, Inc. (f/k/a LC Funding, Inc.), and Old LC Parent, Inc. (f/k/a Loot Crate Parent, Inc.).

[2] The hearing will be held before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 8, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances effective January 5, 2005, Revised May 11, 2018.

2. Motion of the Debtors for Omnibus Procedures Which the Debtors will be Authorized to Negotiate and Settle Certain Tax Claims [Docket No. 348 - filed December 31, 2019]

   <u>Objection / Response Deadline</u>:    January 6, 2020 at 4:00 p.m. (ET)

   <u>Objections / Responses Received</u>:    None at this time.

   <u>Related Documents</u>:

   a. Motion to Shorten Notice Period Regarding Motion of the Debtors for Omnibus Procedures by Which the Debtors will be Authorized to Negotiate and Settle Certain Tax Claims [Docket No. 349, filed December 31, 2019]

   b. Order Granting Motion to Shorten Time on the Debtors Motion for Omnibus Procedures by Which the Debtors will be Authorized to Negotiate and Settle Certain Tax Claims [Docket No. 353 – Granted 1/2/2020]

   <u>Status</u>:    This matter will be going forward.

## II. ADVERSARY PRETRIAL CONFERENCE

3. Complaint to Determine Extent of Lien, Declaratory Relief, Monetary Damages, Punitive Damages, and Other Related Relief [Adv. Docket No. 1 – filed October 16, 2019]

   <u>Related Documents</u>:

   a. Amended Complaint [Adv. Docket No. 4 – filed November 6, 2019]

   b. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 5 – filed November 6, 2019]

   c. Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 6 – filed November 7, 2019]

   <u>Objections / Responses Received</u>:

   a. Defendant Worldpay's Motion to Dismiss Adversary Complaint [Adv. Docket No. 7 - filed December 11, 2019]

   b. Plaintiff's Memorandum of Law in Opposition to Defendant Worldpay's Motion to Dismiss the Adversary Complaint [Adv. Docket No. 9 – filed January 3, 2020]

   <u>Status</u>:    This matter will be going forward.

| | |
|---|---|
| Dated: January 6, 2020<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Jamie L. Edmonson*<br>Jamie L. Edmonson (No. 4247)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1705<br>Facsimile:  (302) 351-8618<br>Email:  jedmonson@rc.com<br><br>*Co-counsel to the Debtors and Debtors in Possession*<br><br>-   *and*   - |
| **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Mark I. Duedall (No. 3346)<br>Leah Fiorenza McNeill (Admitted *pro hac vice*)<br>1201 W. Peachtree Street, NW, 14th Floor<br>Atlanta, Georgia 30309-3471<br>Telephone: (404) 572-6600<br>Facsimile:  (404) 572-6999<br>Email:  mark.duedall@bclplaw.com<br>          leah.fiorenza@bclplaw.com | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Andrew J. Schoulder (Admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: (212) 541-2000<br>Facsimile:  (212) 541-4630<br>Email: andrew.schoulder@bclplaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* |