IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OLD LC, INC., *et al.*,[1] | ) | Case No. 19-11791 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FOURTH NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL CONTRACTS AND RELATED CURE AMOUNTS

**PLEASE TAKE NOTICE** that on August 12, 2019, the above-captioned Debtors and Debtors-in-Possession (the "***Debtors***") filed the *Motion of the Debtors for Entry of: (I) an Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Approving Related Contract Assumption and Assignment Procedures, (C) Authorizing the Debtors to Enter Into Stalking Horse Agreements and Approving Certain Bid Protections, Subject to a Further Hearing, (D) Scheduling a Sale Hearing, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [D.I. 27] (the "***Motion***").[2] The Debtors sought in the Motion, among other things, to sell substantially all of their assets (collectively, the "***Assets***") following an auction, free and clear of all liens, claims, encumbrances and other interests pursuant to Sections 363 and 365 of Title 11 of the United States Code (the "***Bankruptcy Code***").

**PLEASE TAKE FURTHER NOTICE** that the Debtors entered into the stalking horse purchase agreement (the "***Stalking Horse Agreement***") with Loot Crate Acquisition LLC ("***LCA***"), attached as Exhibit A to the *Notice of Filing of Executed Stalking Horse Agreement* [D.I. 131].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "***Sale Hearing***") was held to approve the sale of the Assets to LCA pursuant to the Stalking Horse Agreement, as amended and restated (the "***APA***") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on September 26, 2019 at 9:00 a.m. (ET). On October 1, 2019, the Court entered an order approving the sale [D.I. 254].

---

[1]  The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2]  Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion or the Bid Procedures, as applicable.

601533236

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 2.5 of the APA, LCA has elected to add additional contracts or unexpired leases of the Debtors (the "*Additional Contracts*") to Schedule 2.1(a) of the APA for assumption and assignment to LCA. You are receiving this Notice of Assumption and Assignment of Additional Contracts because you have been identified as a Counterparty to an Additional Contract. Attached hereto as Schedule 1 is a list of the Additional Contracts along with the amounts that the Debtors believe must be paid to compensate fully the counterparty for any amounts due, fees or costs (including late fees, interest, penalties, attorneys' fees, or other amounts), to cure any defaults or conditions, to pay for any actual pecuniary losses, or any other amounts required by Sections 365 of the Bankruptcy Code with respect to the Additional Contracts (in each instance, the "*Cure Amount*"). The Cure Amounts do not include amounts accrued in the past thirty days pursuant to the terms of the Additional Contracts for ordinary course goods and services provided thereunder. If you agree with the Cure Amount and do not otherwise object to the assumption and assignment of your Additional Contract, you need not take any further action.

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to the assumption and assignment of its Additional Contract to LCA, including any objection based upon the validity of the Cure Amount or lack of adequate assurance of future performance, or otherwise assert that any other amounts, defaults, conditions, or pecuniary losses must be cured or satisfied under any of the Additional Contracts in order to be assigned to LCA must file an objection ("*Objection*"), which must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules; (c) state with specificity the objection, including what cure the party to the Additional Contract believes is required with appropriate documentation in support thereof; and (d) be filed with the Court and served so the objection is actually received no later than **February 10, 2020 at 4:00 p.m. (ET)** (the "*Objection Deadline*") by: (i) co-counsel to the Debtors: (a) Bryan Cave Leighton Paisner LLP, 1201 W. Peachtree Street, NW, 14th Floor, Atlanta, Georgia 30309-3471 (Attn: Mark I. Duedall), mark.duedall@bclplaw.com; and (b) Robinson & Cole LLP, 1201 North Market Street, Suite 1406, Wilmington, Delaware 19801 (Attn: Jamie L. Edmonson), jedmonson@rc.com; (ii) counsel to the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Benjamin Hackman), benjamin.a.hackman@usdoj.gov; (iii) counsel to LCA and the DIP Lender, Cooley LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Cathy Hershcopf and Robert Winning), chershcopf@cooley.com and rwinning@cooley.com, and Bayard, P.A., 600 N. King Street, Wilmington, Delaware 19806 (Attn: Erin R. Fay), efay@bayardlaw.com; and (iv) counsel to the Official Committee of Unsecured Creditors, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801 (Attn: Jeffrey R. Waxman, Eric J. Monzo, and Brya M. Keilson) jwaxman@morrisjames.com, emonzo@morrisjames.com, and bkeilson@morrisjames.com.

**PLEASE TAKE FURTHER NOTICE that any Counterparty to any Additional Contract who does not file an Objection by the Objection Deadline, shall be forever barred from objecting to the assumption and assignment of its Additional Contract on any grounds or asserting or claiming any cure amount (other than the Cure Amount) against the Debtors or LCA.**

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to any Objection will be held on **February 19, 2020 at 9:30 a.m**. **(ET).** To the extent the Debtors and a Counterparty are able to consensually resolve the Objection prior to such hearing, the Debtors shall promptly provide notice to the Committee, the U.S. Trustee, and LCA of such resolution.

**PLEASE TAKE FURTHER NOTICE** that this Second Notice of Assumption and Assignment of Additional Contracts and Cure Amounts is subject to the full terms and conditions of the Motion, the APA, and the order approving the Motion, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entireties. A copy of the Motion, the APA, and the order approving the Motion may be obtained free of charge on the website of the Debtors' noticing and claims agent at https://cases.stretto.com/lootcrate, or by contacting any of the counsel below.

Dated: January 31, 2020
Wilmington, Delaware

**ROBINSON & COLE LLP**

 /s/ Jamie L. Edmonson
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Facsimile:  (302) 351-8618
Email:  nramsey@rc.com
            jedmonson@rc.com
            mfink@rc.com

*Co-counsel to the Debtors and Debtors in Possession*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (admitted *pro hac vice*)
Khaled Tarazi *(*admitted *pro hac vice*)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email:  mark.duedall@bclplaw.com
            leah.fiorenza@bclplaw.com
            khaled.tarazi@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Co-counsel to the Debtors and Debtors in Possession*

# SCHEDULE 1
# LOOT CRATE CURE SCHEDULE

| Counterparty | Counterparty Address | Title/Description of Contract | Cure Amount |
|---|---|---|---|
| Asmodee North America, Inc. | Attn: Darren Kyman<br>1995 West County Road 82<br>Roseville, MN 55113 | License Agreement | $0.00 |
| Contentful | 101 Montgomery Street<br>Suite 2050<br>San Francisco, CA 94101 | IT/Tech Agreement | $0.00 |
| GURU.com | 5001 Baum Boulevard<br>Suite 760<br>Pittsburgh, PA 15213 | IT/Tech Agreement | $0.00 |
| The Jim Henson Company | Attn: Executive Vice President of Business and Legal Affairs<br>1416 North La Brea Avenue<br>Hollywood, CA 90028 | License Agreement | $0.00 |
| Promevo | 808 Lyndon Lane<br>Suite 205<br>Louisville, KY 40218 | IT/Tech Agreement | $0.00 |
| Rooster Teeth Productions | 1901 East 51st Street<br>Bungalow A<br>Austin, TX 78723 | License Agreement | $0.00 |
| Zendesk | 1019 Market Street<br>San Francisco, CA 94103 | IT/Tech Agreement | $0.00 |

601533236