**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OLD LC, INC., *et al.*,[1] ) | |
| ) | Case No. 19-11791 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 19, 2020 AT 9:30 A.M. (EDT)**

**I.   MATTERS UNDER CERTIFICATE OF NO OBJECTION (CNO)**

1. Fifth Motion of Debtors for Order: (I) Authorizing Rejection of Certain Unexpired Executory Contracts Effective as of January 31, 2020 and (II) Granting Related Relief [Docket No. 403 – filed January 31, 2020]

   Objection / Response Deadline:    February 12, 2020 at 4:00 p.m. (ET)

   Objections / Responses Received:  None.

   Related Documents:

   a. Certificate of No Objection to Fifth Motion of Debtors for Order: (I) Authorizing Rejection of Certain Unexpired Executory Contracts Effective as of January 31, 2020 and (II) Granting Related Relief [Docket No. 420 – Filed February 13, 2020]

   Status:   A Certificate of No Objection has been filed with the Court. This matter will not go forward unless required by the Court.

**II.   CONTINUED MATTERS**

2. Fourth Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 404 – filed January 31, 2020]

   Objection / Response Deadline:    February 10, 2020 at 4:00 p.m. (ET)

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

Objections / Responses Received:

    a.    Objection and Reservation of Rights of Promevo, LLC to Debtors' Fourth Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 416 – filed February 10, 2020]

Status: This matter is being continued to the hearing scheduled for March 19, 2020 at 10:30 a.m. with respect to the objection of Promevo, LLC. A Certification of Counsel and revised order will be submitted to the Court as to the remainder of that motion.

3. Administrative Expense Claim for Post-Petition Taxes Due to Washington State Department of Revenue and Request for Payment [Docket No. 379 – filed January 13, 2020]

Objection / Response Deadline: February 12, 2020 at 4:00 p.m. (ET)

Objections / Responses Received: None.

Status: This matter will be continued to a date to be determined.

## III. FEE APPLICATIONS MATTERS GOING FORWARD

4. First Interim Fee Applications of Morris James LLP, Counsel to the Official Committee of Unsecured Creditors, For Allowance of Compensation and Reimbursement of Expenses for the Period from August 22, 2019 through November 30, 2019 [Docket No. 383 – filed January 15, 2020]

Objection / Response Deadline: February 5, 2020 at 4:00 p.m. (ET)

Objections / Responses Received: None.

Status: This matter will be going forward. No presentation of live witnesses is expected.

5. First Interim Fee Application of Robinson & Cole LLP as Co-Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 11, 2019 through November 30, 2019 [Docket No. 385 – filed January 15, 2020]

Objection / Response Deadline: January 29, 2020 at 4:00 p.m. (ET)

Objections / Responses Received: None.

<u>Status:</u>    This matter will be going forward. No presentation of live witnesses is expected.

| | |
|---|---|
| Dated: February 14, 2020<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Jamie L. Edmonson*<br>Jamie L. Edmonson (No. 4247)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1705<br>Facsimile:  (302) 351-8618<br>Email: jedmonson@rc.com<br>*Co-counsel to the Debtors and Debtors in Possession* |

-  *and*  -

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (Admitted *pro hac vice*)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email: mark.duedall@bclplaw.com
          leah.fiorenza@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Counsel to the Debtors and Debtors in Possession*