**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OLD LC, INC., *et al.*,[1] | ) | |
| | ) | Case No. 19-11791 (BLS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 19, 2020 AT 11:00A.M. (EDT)**

This hearing will be held telephonically and by video.  All parties wishing to appear must do so telephonically by contacting COURTCALL,LLC at 866-582-6878 no later than August 18, 2020 at 9:00 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall.

**PLEASE NOTE THAT YOU MUST APPPEAR THROUGH BOTH COURTCALL AND**
**ZOOM. TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM PARTIES SHOULD USE**
**THE FOLLOWING.**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1609619261

**Meeting ID: 160 961 9261**
**Password: 079443**

I.      **CONTINUED MATTERS**

1.      Fourth Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 404 – filed January 31, 2020]

Objection/Response Deadline:      February 10, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

[2] All matters new to this amended agenda appear in **BOLD** print.

a. Objection and Reservation of Rights of Promevo, LLC to Debtors' Fourth Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 416 – filed February 10, 2020]

Status:    This matter is continued with respect to the objection of Promevo, LLC to a date to be determined.

2. Administrative Expense Claim for Post-Petition Taxes Due to Washington State Department of Revenue and Request for Payment [Docket No. 379 – filed January 13, 2020]

Objection/Response Deadline:    February 12, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Status:    This matter is continued to a date to be determined.

## II.    **MATTERS GOING FORWARD**

3. Omnibus Motion of the Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 492, filed April 22, 2020]

Objection/Response Deadline:    April 30, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

a. Limited Opposition of Upfront V, L.P., Mark Suster, and Dana Kibler to Omnibus Motion of the Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 506, filed April 30, 2020]

b. Breakwater Credit Opportunity Fund, L.P. Saif Mansour, Aamir Amdani, Darrick Geant, Eric Beckman and Joe Kaczorowski's Limited Opposition to Omnibus Motion of the Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 511, filed May 1, 2020]

c. Debtors Motion for Leave to File and Serve a Late Reply in Support of Omnibus Motion of The Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 516, filed May 5, 2020]

d. Supplemental Opposition of Upfront V, L.P., Mark Suster, and Dana Kibler to Omnibus Motion of the Debtors for an Order Pursuant to

Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 547, filed June 3, 2020]

e.    Breakwater Credit Opportunity Fund, L.P., Saif Mansour, Aamir Amdani, Darrick Geant, Eric Beckman, and Joe Kaczorowski's (I) Opposition to (A) Debtors' Application for the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel, and (B) The Debtors' Motion to Partially Seal the Same; and (II) Supplemental Opposition to Debtors' Omnibus Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 551, filed June 3, 2020]

f.    Reply in Support of: (I) Omnibus Motion of the Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination; (II) Debtors' Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel Effective January 10, 2020; and (III) Motion of Debtors for Entry of Order Authorizing the Filing Under Seal of Portions of Their Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP s Bankruptcy Counsel Effective January 10, 2020 [Docket No. 552, filed June 5, 2020]

Status:    This matter will go forward. **Witnesses may testify.**

4.    Motion of Debtors for Entry of Order Authorizing the Filing Under Seal of Portions of the Their Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel Effective January 10, 2020 [Docket No. 535, filed May 19, 2020]

Objection/Response Deadline:    June 3, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

a.    [SEALED] Supplemental Application to Retain Bryan Cave Leighton Paisner LLP as Counsel to the Debtors and Debtors in Possession [Docket No. 536, filed May 19, 2020]

b.    Notice of Intent to Redact [Docket No. 537, filed May 20, 2020]

c.    Objection of Creditor Upfront V, L.P. to Motion of Debtors for Entry of Order Authorizing the Filing Under Seal of Portions of Their Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel Effective January 10, 2020 [Docket No. 548, filed June 3, 2020]

     d.     Opposition of Creditor Upfront V, L.P. to Debtors' Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel effective as of January 10, 2020 [Docket No. 549, filed June 3, 2020]

     e.     Breakwater Credit Opportunity Fund, L.P., Saif Mansour, Aamir Amdani, Darrick Geant, Eric Beckman, and Joe Kaczorowski's (I) Opposition to (A) Debtors' Application for the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel, and (B) The Debtors' Motion to Partially Seal the Same; and (II) Supplemental Opposition to Debtors' Omnibus Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination [Docket No. 551, filed June 3, 2020]

     f.     Reply in Support of: (I) Omnibus Motion of the Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Production of Documents and Appearances for Examination; (II) Debtors' Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel Effective January 10, 2020; and (III) Motion of Debtors for Entry of Order Authorizing the Filing Under Seal of Portions of Their Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP s Bankruptcy Counsel Effective January 10, 2020 [Docket No. 552, filed June 5, 2020]

     g.     Response of the Official Committee of Unsecured Creditors to (I) Debtors Application for an Order Authorizing the Amended Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel Effective January 10, 2020, and (II) the Debtors Motion to Seal [Docket No 553, filed June 6, 2020]

    <u>Status:</u>    This matter will go forward. **Witnesses may testify.**

5.    Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases Under Chapter 7 [Docket No. 605, filed July 22, 2020]

    <u>Objection/Response Deadline:</u>    August 12, 2020 at 4:00 p.m. (ET)

    <u>Related Documents:</u>

     a.     The Official Committee of Unsecured Creditors Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code,

Converting the Debtors' Cases to Cases Under Chapter 7 [Docket No 606, filed July 22, 2020]

b.      Notice of Motion [Docket No. 612, filed July 29, 2020]

Objections/Responses Received:

a.      Objection of the Debtors to the Official Committee of Unsecured Creditors' Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtor' Cases to Cases Under Chapter 7 [Docket No. 608, filed July 24, 2020]

b.      Objection of the Debtors to Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases Under Chapter 7 [Docket No. 619, filed August 12, 2020]

Status:      **This matter will go forward as a status conference. The parties have reached a tentative resolution, and the Committee's motion is being continued sine die.**

## III.    **FEE APPLICATIONS**

6.      Summary of Third Interim Fee Application of Morris James LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Third Period from March 1, 2020 through May 31, 2020 [Docket No. 591, filed July 15, 2020]

Objection/Response Deadline:      August 5, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

**Related Document:**

a.      **Certification of Counsel to the Interim Fee Applications of Morris James LLP, Robinson & Cole LLP and Withumsmith+Brown, PC [Docket No. 629, filed August 18, 2020]**

Status:      **A Certification of Counsel has been filed. This matter will go forward, only if required by the Court.**

7.      Summary of Third Interim Fee Application of Robinson & Cole LLP as Co-Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from March 1, 2020 through May 31, 2020 [Docket No. 593, filed July 15, 2020]

Objection/Response Deadline:    August 5, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

**Related Document:**

a.    **Certification of Counsel to the Interim Fee Applications of Morris James LLP, Robinson & Cole LLP and Withumsmith+Brown, PC [Docket No. 629, filed August 18, 2020]**

Status:    **A Certification of Counsel has been filed. This matter will go forward, only if required by the Court.**

8.    Summary of First and Final Application of Withumsmith+Brown, PC for Compensation and Reimbursement of Expenses Incurred as Tax Consultants to the Debtors and Debtors-in-Possession for the Period of August 26, 2019 through April 30, 2020 [Docket No. 610, filed July 27, 2020]

Objection/Response Deadline:    August 17, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:    None at this time.

**Related Document:**

a.    **Certification of Counsel to the Interim Fee Applications of Morris James LLP, Robinson & Cole LLP and Withumsmith+Brown, PC [Docket No. 629, filed August 18, 2020]**

Status:    **A Certification of Counsel has been filed. This matter will go forward, only if required by the Court.**

Dated: August 18, 2020        **ROBINSON & COLE LLP**
Wilmington, Delaware

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1705
Facsimile:  (302) 351-8618
Email:  jedmonson@rc.com

*-   and   -*

6

**BRYAN CAVE LEIGHTON PAISNER LLP**

Mark I. Duedall (No. 3346)

Leah Fiorenza McNeill (Admitted *pro hac vice*)

1201 W. Peachtree Street, NW, 14th Floor

Atlanta, Georgia 30309-3471

Telephone: (404) 572-6600

Facsimile:  (404) 572-6999

Email:  mark.duedall@bclplaw.com
        leah.fiorenza@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**

Andrew J. Schoulder (Admitted *pro hac vice*)

1290 Avenue of the Americas

New York, New York 10104-3300

Telephone: (212) 541-2000

Facsimile:  (212) 541-4630

Email:  andrew.schoulder@bclplaw.com

*Co-Counsel to the Debtors and Debtors in Possession*