# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*,[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

**NOTICE OF *AMENDED* AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 14, 2022 AT 11:00 A.M. (ET)**

**\*\*THIS HEARING HAS BEEN ADJOUNRED TO
JUNE 29, 2022 AT 1:30 P.M. (ET)
AT THE REQUEST OF THE COURT\*\***

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by June 13, 2022, at 4:00 p.m. Eastern Time
COURTCALL WILL NOT BE USED FOR THIS HEARING.
Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsf-qupjwsHbGjnsN3mj4MJ1Mb_LJDLNY

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
Topic: Old LC, Inc., *et al.*
Time: June 14, 2022, at 11:00 a.m. Eastern Time (US and Canada)**

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309. The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc. Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

605355779

**MATTERS GOING FORWARD**

1. Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 833 – filed May 26, 2022].

    Objection Deadline: June 7, 2022, at 4:00 p.m. (ET).

    Responses Received:

    a) Objection of the United States Trustee to Joint Motion to Incur Litigation Financing, and Cross Motion of the United States Trustee to Convert or Dismiss the Debtors' Chapter 11 Cases [D.I. 836 – filed June 7, 2022];

    b) Objection of Loot (Assignment for the Benefit of Creditors), LLC to Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 837 – filed June 7, 2022];

    c) The Loot Company's Joinder to Loot (Assignment for the Benefit of Creditors), LLC's Objection to the Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 840 – filed June 7, 2022]; and

    d) Joinder by Loot (Assignment for the Benefit of Creditors), LLC to Cross Motion of the United States Trustee to Convert or Dismiss the Debtors' Chapter 11 Cases [D.I. 842 – filed June 10, 2022].

    Related Documents:

    a) Amended Notice of Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 834 – filed May 26, 2022]; and

    b) Declaration of Ron Bender in Support of Loot (Assignment for the Benefit of Creditors), LLC's Objection to the Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 838 – filed June 7, 2022].

Status: **This matter has been adjourned to June 29, 2022 at 1:30 P.M. (ET) at the Request of the Court.**

**ADVERSARY PROCEEDING**

*Old LC, Inc. (f/k/a Loot Crate, Inc.), et al. v. The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe,* Adv. Pro. No. 22-50107 (BLS)

2. Pretrial Conference - Summons and Notice of Pretrial Conference in an Adversary Proceeding [A.D.I. 13 – filed February 3, 2022]; and Summons and Notice of Pretrial Conference in an Adversary Proceeding [A.D. I. 35 – filed March 29, 2022].

    Objection Deadline: None

    Responses Received:

    a) None

    Related Documents:

    a) First Amended Complaint [A.D.I. 31 – filed March 21, 2022];

    b) Order Approving Second Stipulation Regarding Time for Loot (Assignment for the Benefit of Creditors), LLC to File Response to First Amended Complaint [A.D.I. 43 – filed April 25, 2022];

    c) The Loot Company's Motion to Dismiss First Amended Complaint [A.D.I. 44 – filed April 29, 2022];

    d) Opening Brief in Support of The Loot Company's Motion to Dismiss First Amended Complaint [A.D.I. 45 – filed April 29, 2022];

    e) Answer to First Amended Complaint and Counterclaim [A.D.I. 46 – filed April 29, 2022];

    f) Order Approving Further Stipulation Regarding Time for The Plaintiffs to File Answer or Other Response to The Loot Company's Counterclaim and a Response to The Loot Company's Motion to Dismiss [A.D.I. 54 – filed May 26, 2022];

    g) Debtors' Motion to Dismiss The Loot Company's Counterclaims [A.D.I. 56 – filed June 3, 2022];

    h) Opening Brief in Support of Debtors' Motion to Dismiss The Loot Company's Counterclaims [A.D.I. 57 – filed June 3, 2022];

i) Plaintiffs' Response in Opposition to The Loot Company's Motion to Dismiss Count VI of the Plaintiff's First Amended Complaint [A.D.I. 58 – filed June 3, 2022]; and

j) Reply Brief in Support of The Loot Company's Motion to Dismiss First Amended Complaint [A.D.I. 59 – filed June 10, 2022]

Status: **This matter has been adjourned to June 29, 2022 at 1:30 P.M. (ET) at the Request of the Court.**

Dated: June 13, 2022

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 /s/ *Mark I. Duedall*
Mark I. Duedall (No. 3346)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email:         mark.duedall@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (*Admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email:         andrew.schoulder@bclplaw.com

**ROBINSON & COLE LLP**
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile:   (302) 516-1699
Email:  jedmonson@rc.com

*Co-Counsel to the Debtors*