# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*,[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2022 AT 1:30 P.M. (ET)

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by June 28, 2022, at 4:00 p.m. Eastern Time**
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsdOCrqzgjEyx9wZwmqdE2Lw3LdFox0g8
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
> **Topic: Old LC, Inc.,** *et al.*
> **Time: June 29, 2022, at 1:30 p.m. Eastern Time (US and Canada)**

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.  The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc.  Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

[2] **Amended items appear in bold.**

605355779

**MATTERS GOING FORWARD**

1. Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 833 – filed May 26, 2022].

    Objection Deadline: June 7, 2022, at 4:00 p.m. (ET).

    Responses Received:

    a) Objection of the United States Trustee to Joint Motion to Incur Litigation Financing, and Cross Motion of the United States Trustee to Convert or Dismiss the Debtors' Chapter 11 Cases [D.I. 836 – filed June 7, 2022];

    b) Objection of Loot (Assignment for the Benefit of Creditors), LLC to Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 837 – filed June 7, 2022];

    c) The Loot Company's Joinder to Loot (Assignment for the Benefit of Creditors), LLC's Objection to the Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 840 – filed June 7, 2022]; and

    d) Joinder by Loot (Assignment for the Benefit of Creditors), LLC to Cross Motion of the United States Trustee to Convert or Dismiss the Debtors' Chapter 11 Cases [D.I. 842 – filed June 10, 2022].

    Related Documents:

    a) Amended Notice of Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 834 – filed May 26, 2022]; and

    b) Declaration of Ron Bender in Support of Loot (Assignment for the Benefit of Creditors), LLC's Objection to the Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Authority Pursuant to 11 U.S.C. §§ 363 and 105 and Federal Rule of Bankruptcy Procedure 6004 to Enter into a Post-Petition Agreement with Stratera Capital, LLC [D.I. 838 – filed June 7, 2022].

605355779

Status: In light of developments in the underlying litigation brought by the Committee against various third parties (which developments will be addressed at the hearing in the form of a status conference), this Motion is no longer necessary and will be withdrawn; the status conference will also address the cross-motion to convert or dismiss.

**ADVERSARY PROCEEDING**

*Old LC, Inc. (f/k/a Loot Crate, Inc.), et al. v. The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe,* Adv. Pro. No. 22-50107 (BLS)

2. Pretrial Conference - Summons and Notice of Pretrial Conference in an Adversary Proceeding [A.D.I. 13 – filed February 3, 2022]; and Summons and Notice of Pretrial Conference in an Adversary Proceeding [A.D. I. 35 – filed March 29, 2022].

    Objection Deadline: None

    Responses Received:

    a) None

    Related Documents:

    a) First Amended Complaint [A.D.I. 31 – filed March 21, 2022];

    b) Order Approving Second Stipulation Regarding Time for Loot (Assignment for the Benefit of Creditors), LLC to File Response to First Amended Complaint [A.D.I. 43 – filed April 25, 2022];

    c) The Loot Company's Motion to Dismiss First Amended Complaint [A.D.I. 44 – filed April 29, 2022];

    d) Opening Brief in Support of The Loot Company's Motion to Dismiss First Amended Complaint [A.D.I. 45 – filed April 29, 2022];

    e) Answer to First Amended Complaint and Counterclaim [A.D.I. 46 – filed April 29, 2022];

    f) Order Approving Further Stipulation Regarding Time for The Plaintiffs to File Answer or Other Response to The Loot Company's Counterclaim and a Response to The Loot Company's Motion to Dismiss [A.D.I. 54 – filed May 26, 2022];

    g) Debtors' Motion to Dismiss The Loot Company's Counterclaims [A.D.I. 56 – filed June 3, 2022];

h) Opening Brief in Support of Debtors' Motion to Dismiss The Loot Company's Counterclaims [A.D.I. 57 – filed June 3, 2022];

i) Plaintiffs' Response in Opposition to The Loot Company's Motion to Dismiss Count VI of the Plaintiff's First Amended Complaint [A.D.I. 58 – filed June 3, 2022];

j) Reply Brief in Support of The Loot Company's Motion to Dismiss First Amended Complaint [A.D.I. 59 – filed June 10, 2022];

k) **Motion to Dismiss Adversary Proceeding Filed by Loot (Assignment for the Benefit of Creditors), LLC [ A. D. I. 62 - filed June 13, 2022];**

l) **Memorandum of Law in Support of Defendant Loot (Assignment for the Benefit of Creditors), LLC's Motion to Dismiss Plaintiffs' First Amended Complaint [ A. D. I. 63 - filed June 13, 2022];**

m) **Brief //The Loot Company's Brief in Response to Debtors' Motion to Dismiss Counterclaims [ A. D. I. 64 - filed June 17, 2022]; and**

n) **Notice of Completion of Briefing [ A. D. I. 65 - filed June 21, 2022].**

Status: This matter is going forward.

Dated: June 28, 2022

                                       Respectfully submitted,

                                       **BRYAN CAVE LEIGHTON PAISNER LLP**

                                       */s/ Mark I. Duedall*
                                       Mark I. Duedall (No. 3346)
                                       One Atlantic Center – Fourteenth Floor
                                       1201 W. Peachtree Street, NW
                                       Atlanta, Georgia 30309-3471
                                       Telephone: (404) 572-6600
                                       Facsimile:  (404) 572-6999
                                       Email: mark.duedall@bclplaw.com

                                       **BRYAN CAVE LEIGHTON PAISNER LLP**
                                       Andrew J. Schoulder (*Admitted pro hac vice*)
                                       1290 Avenue of the Americas
                                       New York, New York 10104-3300
                                       Telephone: (212) 541-2000
                                       Facsimile:  (212) 541-4630
                                       Email: andrew.schoulder@bclplaw.com

605355779

**ROBINSON & COLE LLP**
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile:   (302) 516-1699
Email: jedmonson@rc.com

*Co-Counsel to the Debtors*

605355779